## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE GLUCAGON-LIKE PEPTIDE-1
RECEPTOR AGONISTS (GLP-1 RAS)
PRODUCTS LIABILITY LITIGATION

_____

|  |  |  |
|---|---|---|
| MARY NIEDFELDT, | : | MDL NO. 3094 |
|  | : |  |
| *Plaintiff,* | : | THIS DOCUMENT RELATES TO ALL |
|  | : | CASES |
| vs. | : |  |
|  | : | JUDGE KAREN SPENCER MARSTON |
| NOVO NORDISK A/S, NOVO NORDISK | : |  |
| Inc. , and ELI LILLY AND COMPANY, | : | COMPLAINT AND JURY DEMAND |
|  | : |  |
|  | : | CIVIL ACTION NO.: |
| *Defendants.* | : |  |
|  | : |  |

_____

## COMPLAINT AND DEMAND FOR JURY TRIAL

### DIRECT FILING ORDER AND VENUE

Plaintiff files this Complaint pursuant to the Direct Filing Order and is to be bound by the rights, protections and privileges, and obligations of that Direct Filing Order and other Orders of the Court. Further, in accordance with the Direct Filing Order, Plaintiff hereby designates the United States District Court for the Eastern District of Pennsylvania as Plaintiff's designated venue ("Original Venue"). Plaintiff makes this selection based upon one (or more) of the following factors:

__ Plaintiff currently resides in Wamego, KS (City/State).

__ Plaintiff purchased and used Defendant(s)' products in Wamego, KS (City/State).

__ The Original Venue is a judicial district in Defendants Novo Nordisk A/S, Novo Nordisk Inc. and/or Eli Lilly and Company reside, and all Defendants are residents of the State in which the district is located (28 USC § 1391(b)(1)).

1

X_ The Original Venue is a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, specifically (28 USC § 1391(b)(2)): Defendants routinely market their products at issue and conduct business related to their products at issue in the Eastern District of Pennsylvania.

__ There is no district in which an action may otherwise be brought under 28 USC § 1391, and the Original Venue is a judicial district in which Defendants Novo Nordisk A/S, Novo Nordisk Inc. and/or Eli Lilly and Company are subject to the Court's personal jurisdiction with respect to this action (28 USC § 1391(b)(3)).

__ Other reason (please explain): _____.

## NATURE OF THE CASE

1.      This is an action for damages suffered by Plaintiff, MARY NIEDFELDT, who was severely injured as a result of Plaintiff's use of GLP-1 receptor agonists researched, manufactured, tested, labeled, advertised, promoted, marketed, sold, and/or distributed by Novo Nordisk A/S, Novo Nordisk, Inc., and Eli Lilly and Company.

2.      Medications within the GLP-1 receptor agonist ("GLP-1 RA") class of drugs mimic the activities of physiologic GLP-1, a gut hormone that binds to receptors throughout the body and, notably, activates GLP-1 receptors in the pancreas to stimulate the release of insulin and suppress glucagon.[1]

3.      GLP-1 RAs are designed to work similarly, to stimulate insulin production and reduce glucose production, but engineered to last longer than naturally-occurring GLP-1, which has a short life and is quickly metabolized by enzymes.

---

[1] D. Hinnen, *Glucagon-Like Peptide 1 Receptor Agonists for Type 2 Diabetes*, 30(3) DIABETES SPECTR. 202-10 (Aug. 2017), available at https://www.ncbi.nlm.nih.gov/pmc/articles/PMC5556578/.

4.      GLP-1 RAs are prescribed, for certain patient populations, to control blood sugar in adults with type 2 diabetes, reduce cardiac risk, and/or aid in chronic weight management.

5.      Defendants acknowledge that gastrointestinal events are well known side effects of the GLP-1 RA class of drugs.[2] However, Defendants have downplayed the nature, duration, extent, and seriousness of gastrointestinal events and failed to warn about other adverse events caused by their GLP-1 RAs. Defendants have never provided adequate warnings about the risks of, among other things, gastroparesis requiring emergent care or hospitalization, all other injuries mentioned in this Complaint, and their sequelae.

6.      The decision to target the American population for the sale of Defendants' GLP-1 RAs was not accidental. Defendants understood the vast financial potential of marketing medications for weight loss in the United States, where obesity rates were on the rise despite the culture's obsession with losing weight and being thin.

7.      Defendants set on a course to create and expand the market for weight-loss medication(s) by, among other things, advocating for obesity to be classified as a disease and thereby expanding the market for their drugs, spending hundreds of millions of dollars in an effort to change the medical consensus on how to treat obesity, implementing cutting-edge invasive, unprecedented and multifaceted marketing campaigns that were so effective they engrained these drugs in the pop culture zeitgeist, and spending untold millions in an effort to get weight-loss medications covered under public and private insurance. Defendants engaged in this conduct even before GLP-1 RAs were approved for weight loss, encouraging extensive off-label demand for, and use of, GLP-1 RAs.

---

[2] *See, e.g.*, C.T. Jones, *Ozempic Users Report Stomach Paralysis from Weight Loss Drug: 'So Much Hell'*, ROLLING STONE (Jul. 25, 2023), available at https://www.rollingstone.com/culture/culture-news/ozempic-stomach-paralysis- weight-loss-side-effects-1234794601.

8.     By undertaking that effort, Defendants also were systematically and intentionally targeting users of other diabetes medications. Defendants' promise of weight loss wrongfully enticed users of other diabetes medications to switch to a GLP-1 RA who never would have done so had it not been for the off-label promotion of those drugs.

9.     Defendants also sought to make the GLP-1 RAs more accessible by, among other things, marketing through telemedicine where the criteria for qualifying for the drugs, *e.g.*, Body Mass Index ("BMI"), are more easily manipulated.

10.     Defendants' efforts to conceal (or minimize) the risks associated with taking their drugs were intended to create the impression that these were "miracle drugs" to help users lose weight. However, Defendants never disclosed that many people who take these drugs stop taking them because of the drastic side effects (thereby never achieving weight loss or any health benefit allegedly associated with the drug); the drugs do not result in meaningful weight loss for up to 15% of people;[3] the average weight loss for someone taking the drugs is a modest 10.09% of the person's body weight;[4] and that a person will need to stay on these drugs for the rest of their lives to maintain the weight loss.[5] What is worse, Defendants kept this information hidden while actively degrading trust in the prevailing view that lifestyle changes like proper nutrition and exercise were the keys to health and can accomplish long-lasting weight loss and management for most people.

11.     The efforts to engrain GLP-1 RAs such as Ozempic in the public conscious, to manipulate the medical community's views on obesity treatment, and to make the drugs more

---

[3] Erica Carbajal, *Up to 15% of patients on weight loss drugs may be 'non-responders'*, BECKER'S HOSPITAL REV. (Apr. 1, 2024) available at https://www.beckershospitalreview.com/glp-1s/upto-15-of-patients-on-weight-loss-drugs-non-responders.html.
[4] Gao, et al., *Efficacy and safety of semaglutide on weight loss in obese or overweight patients without diabetes: A systematic review and meta-analysis of randomized controlled trials*, FRONTIERS IN PHARMACOLOGY 1 (2022).
[5] Wilding, et al., *Weight regain and cardiometabolic effects after withdrawal of semaglutide: The STEP 1 trial extension*, 24 DIABETES OBES METAB. 1553, 1562 ("[T]reatment withdrawal led to most of the weight loss being regained within 1 year, …, reinforcing the need for continued treatment to maintain weight loss ….").

accessible acted as a launching pad for the explosive growth of the GLP-1 RAs both for people with diabetes, and for people seeking to lose weight, whether they were using the drug as prescribed or off-label. Plaintiff would not have taken GLP-1 RAs if they had been provided a full and clear warning of the true risks of taking these drugs.

12.    Defendants' efforts to expand and grow the market both for treatment of diabetes and weight-loss, whether off-label or not, worked. The U.S. GLP-1 RA market is expected to exceed $100 Billion by 2030 with total U.S. users comprising about 9% of the population.[6] This growth is a tremendous boon to Defendants but comes at a significant cost. Financially, it is expected that Defendants' lobbying efforts will pay off, and GLP-1 RAs may get added to prescription drug coverage under Medicare Part D in the coming years. Some analysts project that this will add $13.6 to $26.8 Billion to Medicare Part D expenses even if only 10% of people with obesity use them, causing a significant shift in premiums and coverage in other areas.[7]

13.    The outsized growth of the market for GLP-1 RAs also means that the patient base has expanded to include many patients who would be better served choosing alternate treatment paths. Defendants' marketing campaigns have altered the public understanding of weight loss treatment, creating the impression that GLP-1 RAs are not just one tool among many available to doctors, but are instead "miracle drugs." But, these patients, like Plaintiff, were lured into a false sense of hope that GLP-1 RAs would guarantee results and be efficacious and safe. Plaintiff injected themselves with GLP-1 RAs believing that they were doing something to promote their health when, in fact, it had the opposite effect.

---

[6] J.P. Morgan Research, *The increase in appetite for obesity drugs* (Nov. 29, 2023), available at https://www.jpmorgan.com/insights/global-research/current-events/obesity-drugs#sectionheader#0.
[7] Vanderbilt University Medical Center, *Cost of covering antiobesity drugs could be billions to Medicare despite, a new analysis finds* (Mar. 15, 2023), available at https://www.vumc.org/health-policy/medicare-antiobesity-medications-nejm.

14.    As a result of the foregoing, Plaintiff has suffered and was diagnosed with various forms of injury which were directly and proximately caused by their regular and prolonged use of GLP-1 RAs. Plaintiff's injuries include, but are not limited to chronic nausea and vomiting, and emotional distress, among other injuries.

## PARTY PLAINTIFF

15.    Plaintiff, MARY NIEDFELDT, is a citizen of the United States, and is a resident of the State of Kansas.

16.    Plaintiff is 64 years old.

17.    Plaintiff used GLP-1 RAs manufactured, marketed and sold by Defendants from approximately October 2022 to July 2024.

18.    Plaintiff's physician(s) ("prescribing physician(s)") prescribed the GLP-1 RAs that Plaintiff used.

19.    As a result of using Defendants' GLP-1 RAs, Plaintiff was caused to suffer from chronic nausea and vomiting and, as a result, sustained severe and debilitating personal injuries, pain, suffering, and emotional distress, and incurred medical expenses.

20.    As a result of using Defendants' GLP-1 RAs, Plaintiff was caused to suffer from chronic nausea and vomiting, which resulted in, her requiring emergency medical care.

## DEFENDANTS

21.    Defendant Novo Nordisk Inc. is and at all relevant times has been a Delaware corporation with a principal place of business at 800 Scudders Mill Road, Plainsboro, New Jersey.

22.    Defendant Novo Nordisk A/S is and at all relevant times has been a public limited liability company organized under the laws of Denmark with a principal place of business in Bagsværd, Denmark.

23.    Defendants Novo Nordisk Inc. and Novo Nordisk A/S are referred to collectively herein as "the Novo Nordisk Defendants", "Novo Nordisk", or "Novo."

24.    Each of the Novo Nordisk Defendants was the agent and employee of Novo Nordisk and the other Defendants and, in doing the things alleged, was acting within the course and scope of such agency and employment and with Novo Nordisk and the other Defendants' actual and implied permission, consent, authorization and approval.

25.    In collaboration amongst themselves, as part of their business, and at all relevant times, the Novo Nordisk Defendants designed, researched, manufactured, tested, advertised, promoted, marketed, sold, and/or distributed GLP-1 RAs, including Ozempic, Rybelsus, Wegovy, Victoza, and Saxenda. Alternatively, Novo has acquired the entity or entities who designed, researched, manufactured, tested, advertised, promoted, marketed, sold, and distributed GLP-1 RAs, including Ozempic, Rybelsus, Wegovy, Victoza, and Saxenda, and is, thus, the successor to such entity or entities.

26.    Novo Nordisk's contacts with Philadelphia, Pennsylvania, include the following, which are related to the actions and transactions at issue in this complaint:

27.    Novo Nordisk has retained U.S. private contract manufacturer PCI Pharma Services to handle assembly and packaging of Wegovy, including putting together the self-injection pens used to administer Wegovy.[8]  The self-injection pens are required for a patient to use the drug and potentially suffer adverse effects underlying this complaint. PCI Pharma Services is headquartered in Philadelphia, PA.[9]

28.    Novo Nordisk routinely recruits employees within Philadelphia related to diabetes

---

[8] https://www.reuters.com/business/healthcare-pharmaceuticals/novo-nordisk-hires-private-us-firm-handle-some-wegovy-pen-assembly-source-2023-09-18/
[9] *Id*.; https://pci.com/contact/

care and recruits sales associates in Pennsylvania.[10] Novo Nordisk maintains employees in Philadelphia related to diabetes care.[11] The Philadelphia Department of Public Health released a report on "Drug Marketing Through Gifts of Meals to Physicians in Philadelphia," which showed Novo Nordisk's Ozempic was #8 in the "Top 20 Drugs Marketed in Philadelphia" in 2018 through February 2020.[12]

29.     Novo Nordisk's marketing agency for Wegovy, Accenture Song (formerly ConcentricLife), has multiple offices in Pennsylvania including Philadelphia.[13]

30.     The marketing agency that leads the Wegovy account is now Accenture Song. Accenture Song has four Pennsylvania offices, including one in Philadelphia. The Wegovy marketing team was awarded the industry Launch award for the year, and specifically thanked "our partners at Novo Nordisk" whose dedication "made it possible."[14]

31.     Novo Nordisk funds extensive research at University of Pennsylvania in Philadelphia and Penn Medicine specifically related to diabetes care and weight loss.[15] Moreover, University of Pennsylvania Professors have received research funds on behalf of the University of Pennsylvania while also serving on the advisory board of Novo Nordisk on studies directly related to semaglutide and obesity.[16]

32.     Novo Nordisk has funded Philadelphia community programs to address obesity and

---

[10] https://novonordisk.dejobs.org/philadelphia-pa/medical-liaison-cvr-cv-pa-southern-central-nj-de/AB98A6439EE94FCFA77A4344F098D410/job/; https://www.novonordisk-us.com/careers/find-a-job/job-ad.292229.en_US.html
[11] https://www.linkedin.com/in/lindsey-hunt-82911b55
[12] https://www.phila.gov/media/20200204150030/2020-drug-marketing-report_2_4_2020.pdf
[13] https://www.pm360online.com/elite-2023-marketing-team-wegovy-obesity-marketing-team-of-novo-nordisk-inc/; https://newsroom.accenture.com/news/2023/accenture-completes-acquisition-of-healthcare-marketing-agency-concentriclife; https://www.accenture.com/us-en/about/locations/office-details?loc=Pennsylvania.
[14] https://www.newswire.com/news/concentric-health-experience-named-agency-of-the-year-at-the-2022-21695158
[15] *See, e.g.*, https://www.nursing.upenn.edu/details/news.php?id=1522; https://www.pennmedicine.org/news/news-releases/2020/march/newly-discovered-brain-response-to-obesity-drug-may-inform-future-treatments.
[16] https://onlinelibrary.wiley.com/doi/full/10.1002/oby.23946; https://www.med.upenn.edu/weight/wadden.html; https://wfpc.sanford.duke.edu/podcast_guest/wadden-thomas/

diabetes.[17] This includes Novo Nordisk serving as a "local sponsor" for the Philadelphia Walk from Obesity and Fun Run; targeting Philadelphia as its second city in its "Cities Changing Diabetes" initiative; and hosting a "Tackle Your Health" sweepstakes with the Philadelphia Eagles to educate Eagle fans on the risk factors associated with type 2 diabetes and obesity.[18]

33.    Defendant Eli Lilly and Company is and at all relevant times has been an Indiana corporation with a principal place of business at 893 S. Delaware St., Indianapolis, Indiana.

34.    Eli Lilly designed, researched, manufactured, tested, labeled, advertised, promoted, marketed, sold, and/or distributed GLP-1 RAs, including Trulicity, Mounjaro, and Zepbound.

35.    Defendants Novo Nordisk Inc., Novo Nordisk A/S, and Eli Lilly and Company are referred to collectively herein as "Defendants."

## FACTUAL ALLEGATIONS

### A. Introduction to GLP-1 and GLP-1 RA Products

36.    Researchers first discovered GLP-1 in hamsters in 1983.[19] It is a hormone that helps regulate blood sugar, appetite, and digestion in animals, including humans; and is produced naturally in the brain and intestinal wall of humans.

37.    In 1993, researchers discovered that a peptide from the venom of gila monsters activated GLP-1 receptors.[20] Gila monsters can go for months without eating but maintain stable blood sugar levels because they make very high levels of a glucagon peptide called exendin-4. Thus, the gila monster served as the inspiration for the GLP-1 RA class of drugs.

---

[17] https://hcifonline.org/tag/population-health/
[18] https://bariatrictimes.com/walk-from-obesity-raising-funds-in-philadelphia-summer-2019/;
https://www.citiesforbetterhealth.com/network/our-cities/philadelphia.html;
https://static.clubs.nfl.com/image/upload/v1666020341/eagles/mp3pn3smy1yf2sj3cyrp.pdf
[19] Bell, et al., *Hamster preproglucagon contains the sequence of glucagon and two related peptides*, 302 NATURE 716 (1983).
[20] Thorens, et al., *Cloning and functional expression of the human islet glp-1 receptor*, 42 DIABETES 1678 (1993).

38.     Following the discovery that exendin-4 is similar in structure to GLP-1, a synthetic version of exendin-4 was developed to treat diabetes. This became the first GLP-1 drug, known as Byetta, with the active ingredient exenatide, which came to market in 2005. Byetta was initially brought to market as a collaboration between Eli Lilly and Amylin.[21] Whereas naturally-occurring GLP-1 has a short half-life of just a few minutes, Byetta's half-life was noted to be 2.4 hours.[22]

39.     Simultaneously with the development of exenatide, Novo was developing another GLP-1 drug called liraglutide. In the early 1990s, Novo researchers discovered that when they injected liraglutide into rats, it caused them to stop eating almost entirely.[23] Liraglutide came to market in 2010, marketed initially as Victoza and later as Saxenda. Liraglutide has a half-life of 13-15 hours.[24]

40.     Various active ingredients fall within the GLP-1 RA class of drugs, including semaglutide (marketed by Novo as Ozempic, Wegovy, and Rybelsus), liraglutide (marketed by Novo as Saxenda, Victoza, and in combination with insulin as Xultophy 100/3.6), tirzepatide (marketed by Lilly as Mounjaro and Zepbound), dulaglutide (marketed by Lilly as Trulicity), exenatide (marketed by various companies as Byetta, Bydureon, and Bydureon BCise), albiglutide (marketed by GlaxoSmithKline as Tanzeum), and lixisenatide (marketed by Sanofi as Adlyxin and in combination with insulin as Soliqua 100/33). The U.S. Food & Drug Administration ("FDA") recognizes GLP-1 RAs as a class of drugs based on similarities in their mechanisms of action,

---

[21] News Release: Amylin and Lilly Announce FDA Approval of BYETTA(TM) (Exenatide Injection) (Apr. 29, 2005), *available at* https://investor.lilly.com/news-releases/news-releasedetails/amylin-and-lilly-announce-fda-approval-byettatm-exenatide (last visited Nov. 8, 2023) (describing the drug as a "collaboration" between Amylin and Lilly).

[22] Cai, et al., *Long-acting preparations of exenatide,* DRUG DES. DEVEL. THER. (Sept. 2013).

[23] Gina Kolata, *We Know Where New Weight Loss Drugs Came From, but Not Why They Work*, NEW YORK TIMES  (Aug. 17, 2023), available at https://www.nytimes.com/2023/08/17/health/weight-loss-drugs-obesity-ozempic- wegovy.html.

[24] Rubino, et al., *Effect of Weekly Subcutaneous Semaglutide vs Daily Liraglutide on Body Weight in Adults with Overweight or Obesity without Diabetes: The STEP 8 Randomized Clinical Trial,* JAMA (Jan. 2022).

physiologic effects, and chemical structure.[25] Defendants likewise recognize that their GLP-1 RAs are members of the same class.[26]

41.    Medications within the GLP-1 RA class of drugs mimic the activities of physiologic GLP-1 in numerous ways,[27] including attaching to GLP-1 receptors, sending various signals in the body, triggering a sensation of satiety (or perception of fullness, thereby curbing users' appetites and decreasing intake of calories and nutrients),[28] acting on the pancreas to stimulate the release of insulin, suppressing the release of glucagon, and slowing or inhibiting gastric emptying and intestinal motility.[29]

42.    In contrast to naturally-occurring GLP-1, which has a short life and is quickly metabolized by enzymes, GLP-1 RAs are engineered to last longer, as previously noted. The chemical structure of GLP-1 RAs includes a fatty chain that inhibits such quick dissolution. GLP-1 RAs such as semaglutide have a long half-life of well over 100 hours, causing the drugs to stay in the body for a month or more after the last dose.

---

[25] *See* FDA Ozempic Summary Review, available at https://www.accessdata.fda.gov/drugsatfda_docs/nda/2017/209637Orig1s000SumR.pdf at 8 (including liraglutide, dulaglutide, and semaglutide in the GLP-1 RA class) (last visited Jan. 2, 2025); *see also* FDA Mounjaro Clinical Review, available at https://www.accessdata.fda.gov/drugsatfda_docs/nda/2022/215866Orig1s000MedR.pdf at 52 (results of tirzepatide toxicology studies in animals were typical of the GLP-1 RA pharmacologic class) (last visited Jan. 2, 2025); *see also* https://www.fda.gov/industry/structuredproductlabeling-resources/pharmacologic-class (last visited Dec. 28, 2023).

[26] SURMOUNT-1 Clinical Trial Protocol at 45, available at https://cdn.clinicaltrials.gov/largedocs/22/NCT04184622/Prot_000.pdf ("General safety characteristics of all studied doses of tirzepatide were similar to those of the GLP-1R agonist class…"); STEP-1 Clinical Trial Protocol at 15, accessible at https://cdn.clinicaltrials.gov/large-docs/35/NCT03548935/Prot_002.pdf ("[T]he tolerability and safety profile [of semaglutide] was overall consistent with… the GLP-1 RA class in general.").

[27] Cleveland Clinic, *GLP-1 Agonists* (Jul. 3, 2023), available at https://my.clevelandclinic.org/health/treatments/13901-glp-1-agonists.

[28] *See* Bloemendaal, et al., *Effects of glucagon-like peptide 1 on appetite and body weight: focus on the CNS,* J. ENDOCRINOLOGY (Apr. 2014).

[29] Deane, et al., *Endogenous Glucagon-Like Peptide-1 Slows Gastric Emptying in Healthy Subjects, Attenuating Postprandial Glycemia,* 95(1) J. CLINICAL ENDO. METAB., 225-221 (January 1, 2010), available at https://academic.oup.com/jcem/article/95/1/215/2835243; American Society of Anesthesiologists, *Patients Taking Popular Medications for Diabetes and Weight Loss Should Stop Before Elective Surgery, ASA Suggests* (Jun. 29, 2023), available at https://www.asahq.org/about-asa/newsroom/news-releases/2023/06/patients-takingpopular-medications-for-diabetes-and-weight-loss-should-stop-before-elective-surgery.

43.    Most GLP-1 RAs are approved to treat type 2 diabetes,[30] but some (Wegovy, Saxenda, and Zepbound) are approved to treat obesity or to reduce cardiovascular risks.

44.    Most GLP-1 RAs are administered by injection, with the exception of Rybelsus, which is in tablet form.[31]

45.    Most of the GLP-1 RAs at issue in this case are weekly injectable drugs, except that liraglutide (the active ingredient in Saxenda and Victoza) is a daily injectable drug.[32]

46.    Most GLP-1 RAs are dosed between 0.25 and 2 milligrams per week, except that the maximum dose for Wegovy is 2.4 milligrams per week, and the maximum dose for Mounjaro is 15 milligrams per week.

47.    Because the risks associated with GLP-1 RAs are common to the entire class of drugs, any evidence regarding the association between NAION and its sequelae and *any* GLP-1 RA (such as tirzepatide, exenatide, liraglutide, albiglutide, dulaglutide, lixisenatide, and semaglutide) should have put Defendants on notice of the need to warn patients and prescribing physicians of the risk of gastroparesis and its sequelae associated with these drugs.

**1.    FDA's Approval of Ozempic**

48.    On December 5, 2016, Novo Nordisk announced submission of a new drug application (NDA) to the FDA for regulatory approval of once-weekly injectable semaglutide, a new glucagon-like peptide-1 (GLP-1) medication for treatment of type 2 diabetes. In the announcement, Novo Nordisk represented that in clinical trials "once-weekly semaglutide had a

---

[30] Unlike patients with type 1 diabetes, who cannot produce insulin, patients with type 2 diabetes cannot use insulin properly. *Compare* Cleveland Clinic, *Type 1 Diabetes* (Mar. 9, 2022), available at https://my.clevelandclinic.org/health/diseases/21500-type-1-diabetes, *with* Cleveland Clinic, *Type 2 Diabetes* (Nov. 8, 2023), available at https://my.clevelandclinic.org/health/diseases/21501-type-2-diabetes.
[31] Cleveland Clinic, *GLP-1 Agonists* (Jul. 3, 2023), available at https://my.clevelandclinic.org/health/treatments/13901-glp-1-agonists.
[32] *Id.*

safe and well tolerated profile with the most common adverse event being nausea."[33]

49.     On December 5, 2016, Defendant Novo Nordisk Inc. submitted NDA 209637, requesting that the FDA grant it approval to market and sell Ozempic (semaglutide) 0.5 mg or 1 mg injection in the United States as an adjunct to diet and exercise to improve glycemic control in adults with type 2 diabetes mellitus. On December 5, 2017, the FDA approved NDA 209637.[34]

50.     On March 20, 2019, Defendant Novo Nordisk Inc. submitted supplemental new drug application (sNDA) 209637/S-003 for Ozempic (semaglutide) 0.5 mg or 1 mg injection, requesting approval to expand its marketing of Ozempic by adding an indication to reduce the risk of major adverse cardiovascular events in adults with type 2 diabetes and established cardiovascular disease.[35] On January 16, 2020, the FDA approved sNDA 209637/S-003.[36]

51.     On May 28, 2021, Defendant Novo Nordisk Inc. submitted sNDA 209637/S-009, requesting approval for a higher 2 mg dose of Ozempic (semaglutide) injection. On March 28, 2022, the FDA approved sNDA 209637/S-009.[37]

**2.  FDA's Approval of Wegovy**

52.     On December 4, 2020, the Novo Nordisk Defendants announced submission of a new drug application (NDA) to the FDA for regulatory approval of subcutaneous semaglutide 2.4

---

[33] Novo Nordisk, *Novo Nordisk files for regulatory approval of once-weekly semaglutide in the US and EU for the treatment of type 2 diabetes* (Dec. 5, 2016), available at
https://ml.globenewswire.com/Resource/Download/d2f719e1-d69f-4918-ae7e-48fc6b731183 (visited on 9/26/23).
[34] FDA Approval Letter for NDA 209637 (Ozempic), available at
https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2017/209637s000ltr.pdf (visited on 9/26/23).
[35] *Novo Nordisk files for US FDA approval of oral semaglutide for blood sugar control and cardiovascular risk reduction in adults with type 2 diabetes*, Cision PR Newswire (March 20, 2019), available at
https://www.prnewswire.com/news-releases/novo-nordisk-files-for-us-fda-approval-of-oral-semaglutide-for-blood-sugar-control-and-cardiovascular-risk-reduction-in-adults-with-type-2-diabetes-300815668.html (visited on 9/26/23).
[36] FDA Supplement Approval Letter for NDA 209637/A-003 (Ozempic), available at
https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2020/209637Orig1s003ltr.pdf (visited on 9/26/23).
[37] FDA Supplement Approval Letter for NDA 209637/S-009 (Ozempic), available at
https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2022/209637Orig1s009ltr.pdf (visited on 9/26/23).

mg, a once-weekly glucagon-like peptide-1 (GLP-1) medication for chronic weight management. In the announcement, the Novo Nordisk Defendants represented that "once-weekly semaglutide 2.4 appeared to have a safe and well-tolerated profile" and "[t]he most common side effects were gastrointestinal and were transient, and mild or moderate in severity."[38]

53.    On December 4, 2020, Defendant Novo Nordisk Inc. submitted NDA 215256, requesting that the FDA grant it approval to market and sell Wegovy (semaglutide) injection in the United States as an adjunct to a reduced calorie diet and increased physical activity for chronic weight management in adults with an initial body mass index (BMI) of either $30/kg/m^2$ or greater (obese), or $27\,kg/m^2$ or greater (overweight) in the presence of at least one weight-related comorbid condition. On June 4, 2021, the FDA approved NDA 215256.[39]

54.    On June 29, 2022, Defendant Novo Nordisk Inc. submitted supplemental new drug application (sNDA) 215256/S-005 for Wegovy (semaglutide) injection, requesting approval for the addition of an indication for use in adolescents 12 years and older with an initial BMI at or above the 95th percentile for age and sex. On December 23, 2022, the FDA approved sNDA 215256/S-005.[40]

55.    On December 23, 2022, the Novo Nordisk Defendants announced the FDA's approval of sNDA 215256/S-005 for a new indication of Wegovy to treat obesity in teens aged 12 years and older. In the press release, the Novo Nordisk Defendants touted the "safety and efficacy of Wegovy as a treatment for adolescents with obesity[.]"41 As with its prior press releases, the

---

[38] Novo Nordisk, *Novo Nordisk files for regulatory approval of once-weekly semaglutide 2.4 mg for weight management,* (Dec. 4, 2020), available at https://www.globenewswire.com/news-release/2020/12/04/2139776/0/en/Novo-Nordisk-files-for-US-FDA-regulatory-approval-of-once-weekly- semaglutide-2-4-mg-for-weight-management.html (last visited on 9/19/23).
[39] FDA Approval Letter for NDA 215256 (Wegovy), available at https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2021/215256Orig1s000ltr.pdf(last visited on 9/19/23).
[40] FDA Supplement Approval Letter for NDA 215256/S-005(Wegovy), available at https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2022/215256Orig1s005ltr.pdf (last visited on 8/8/23).
[41] Novo Nordisk, *FDA approves once-weekly Wegovy injection for the treatment of obesity in teens aged 12 years*

Novo Nordisk Defendants disclosed Important Safety Information and provided links to the Medication Guide and Prescribing Information, but gastroparesis was not identified as a side effect or risk

56.    On September 23, 2022, Defendant Novo Nordisk Inc. submitted sNDA 215256/S-007, requesting approval for an update to the Prescribing Information and Medication Guide to include Wegovy (semaglutide) 1.7 mg subcutaneous weekly as an additional maintenance dose. On July 21, 2023, the FDA approved sNDA 215256/S-007.[42]

### 3.    FDA's Approval of Trulicity

57.    On September 18, 2014, the FDA approved Eli Lilly's Biologics License Application ("BLA") for dulaglutide "as an adjunct to diet and exercise to improve glycemic control in adults with type 2 diabetes mellitus" to be marketed as Trulicity in "single dose pre-filled syringes and pre-filled pens." As initially approved, the recommended dose for Trulicity was 1.5 mg per week.[43]

58.    On April 19, 2019, Eli Lilly submitted supplemental BLA 125469/S-033, requesting approval to expand its marketing of Trulicity by adding an indication for reduction of major cardiovascular events in adults with type 2 diabetes. On February 21, 2020, the FDA approved the request.[44]

59.    On November 4, 2019, Eli Lilly submitted BLA 125469/S-036, seeking approval for higher doses (3 mg per week and 4.5 mg per week) of Trulicity. On September 3, 2020, the FDA

---

*and older* (Dec. 23, 2022), available at https://www.novonordisk-us.com/media/news-archive/news-details.html?id=151389 (last visited on 9/19/23).
[42] FDA Supplement Approval Letter for NDA 215256/S-007(Wegovy), available at https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2023/215256Orig1s007ltr.pdf (last visited on 9/19/23).
[43] FDA Approval Letter for BLA 125469/0 (Sept. 18, 2014), available at https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2014/125469Orig1s000ltr.pdf (last visited Nov. 8, 2023).
[44] FDA Approval Letter for BLA 125469/S-033 (Feb. 21, 2020), available at https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2020/125469Orig1s033ltr.pdf (last visited Nov. 8, 2023).

approved that request.[45]

60.    On May 17, 2022, Eli Lilly submitted BLA 125469/S-051, seeking to add an indication for a new patient population: "pediatric patients 10 years of age and older with type 2 diabetes mellitus." On November 17, 2022, the FDA approved the drug for pediatric use.[46]

### 4.  FDA's Approval of Mounjaro

61.    On September 14, 2021, Eli Lilly submitted NDA 215866 Mounjaro (tirzepatide) injection as an adjunct to diet and exercise to improve glycemic control in adults with type 2 diabetes mellitus. On May 13, 2022, the FDA approved NDA 215866.[47]

62.    On May 13, 2022, Eli Lilly announced the FDA's approval of NDA 215866 Mounjaro (tirzepatide) injection as an adjunct to diet and exercise to improve glycemic control in adults with type 2 diabetes. In the press release, Eli Lilly disclosed a safety summary and provided a link to the Medication Guide and Prescribing Information, but gastroparesis was not identified as a risk.

### 5. FDA's Approval of Rybelsus

63.    On March 20, 2019, Defendant Novo Nordisk Inc. submitted NDA 213051, requesting that the FDA grant it approval to market and sell Rybelsus (oral semaglutide) in both 7 mg and 14 mg oral doses in the United States as an adjunct to diet and exercise to improve glycemic control in adults with type 2 diabetes mellitus.[48] On September 20, 2019, the FDA approved NDA

---

[45] *See News Release: FDA approves additional doses of Trulicity (dulaglutide) for the treatment of type 2 diabetes,* Eli Lilly (Sept. 3, 2020) available at https://investor.lilly.com/news-releases/news-release-details/fda-approves-additional-doses-trulicityr-dulaglutide-treatment (last visited Nov.15, 2023).
[46] FDA Approval Letter for BLA 125469/S-051 (Nov. 17, 2022), available at https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2022/125469Orig1s051ltr.pdf (last visited Nov. 15, 2023).
[47] FDA Approval Letter for NDA 215866 (Mounjaro) available at https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2022/215866Orig1s000ltr.pdf (last visited on 8/24/23).
[48] Clinical Review for NDA 213051 (Rybelsus), available at https://www.accessdata.fda.gov/drugsatfda_docs/nda/2019/213051Orig1s000MedR.pdf (last visited on 9/22/23).

213051.[49]

64.      On December 10, 2019, Defendant Novo Nordisk Inc. submitted a supplemental new drug application (NDA 213051/S-001) for Rybelsus (semaglutide) asking "for the addition of efficacy and safety information to the prescribing information based on clinical data from the PIONEER 6 cardiovascular outcomes trial entitled, 'A trial investigating the cardiovascular safety of oral semaglutide in subjects with type 2 diabetes.'"[50] On January 16, 2020, the FDA approved NDA 213051/S-001.[51]

65.      On March 28, 2022, the FDA notified Defendant Novo Nordisk, Inc. of new safety information that it determined should be included in the labeling for GLP-1 RA products pertaining to the risk of acute gallbladder disease. On April 27, 2022, Defendant Novo Nordisk, Inc. submitted a supplemental new drug application (NDA 213051/S-011) and amendments for Rybelsus (semaglutide) tablets incorporating the FDA's required safety modifications to the label. On June 10, 2022, the FDA provided supplemental approval for NDA 213051/S-011.[52]

66.      On July 15, 2022, Defendant Novo Nordisk Inc. submitted a supplemental new drug application (NDA 123051/S-012) for Rybelsus to remove the "Limitation of Use" statement "Not recommended as first-line therapy for patients inadequately controlled on diet and exercise" in the "Prescribing Information and Medication Guide" ("PI"). The following updates were also made to the PI information: a) addition of Pancreatitis and Diabetic Retinopathy Complications to the Other Adverse Reactions subsection in section 6.1, Clinical Trials Experience; b) updating the

---

[49] FDA Approval Letter for NDA 213051 (Rybelsus), available at
https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2019/213051Orig1s000ltr.pdf (last visited on 9/20/23).
[50] FDA Approval Letter available at
https://www.accessdata.fda.gov/drugsatfda_docs/nda/2020/213182Orig1s000Approv.pdf (last visited on 9/22/23).
[51] FDA Approval Letter for NDA 213051/S-001 (Rybelsus), available at
https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2020/213182Orig1s000,%20213051Orig1s001ltr.pdf
(last visited on 9/21/23).
[52] FDA Approval Letter for NDA 123051/S-011 (Rybelsus) available at
https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2022/213051Orig1s011ltr.pdf (last visited on 9/20/23).

Immunogenicity section and moving it from section 6.2 to section 12.6; c) adding "Gastrointestinal: ileus" to section 6.2, Postmarketing Experience; d) revising section 7.1, Concomitant Use with an Insulin Secretagogue (e.g., Sulfonylurea) or with insulin; and e) other minor grammatical changes. The FDA approved NDA 123051/S-012 on January 12, 2023.[53]

67.    On January 12, 2023, the Novo Nordisk Defendants announced the FDA's approval of NDA 123051/S-012 for the label update described above. In the press release, the Novo Nordisk Defendants emphasized that "Rybelsus has been prescribed to hundreds of thousands of patients to help improve glycemic control[,]" and they disclosed Important Safety Information about Rybelsus and provided links to its Medication Guide and Prescribing Information, but they did not warn about the risk of ileus or intestinal obstruction.[54]

**6.   FDA's Approval of Saxenda**

68.    On December 20, 2013, Novo Nordisk Inc. submitted NDA (New Drug Application) 206321, requesting that the FDA grant it approval to market and sell Saxenda (liraglutide 3 mg) in the United States as an adjunct to a reduced calorie diet and increased physical activity for chronic weight management in adults with an initial body mass index (BMI) of either 30/kg/m2 or greater (obese), or 27 kg/m2 or greater (overweight) combined with at least one weight-related comorbid condition. Following the receipt of several amendments, the FDA approved NDA 206321 on December 23, 2014.[55]

69.    At the same time, Novo Nordisk was seeking approval for Saxenda from health

---

[53] *Novo Nordisk announces FDA approval of label update for Rybelsus® (semaglutide) allowing use as a first-line option for adults with type 2 diabetes,* Cision PR Newswire (Jan. 12, 2023), available at https://www.prnewswire.com/news-releases/novo-nordisk-announces-fda-approval-of-label-update-for-rybelsus-semaglutide-allowing-use-as-a-first-line-option-for-adults-with-type-2-diabetes-301720965.html (last visited on 9/20/23).

[54] Novo Nordisk, Novo Nordisk announces FDA approval of label update for Rybelsus® (semaglutide) allowing use as a first-line option for adults with type 2 diabetes (Jan. 12, 2023), available at https://www.novonordisk-us.com/media/news-archive/news-details.html?id=154651 (last visited on 9/21/23).

[55] FDA Approval Letter for NDA 206321 (Saxenda), available at

organizations worldwide. Health Canada approved Saxenda for chronic weight management in February 2015. The European Commission authorized Saxenda for marketing throughout the European Union (EU) to help manage weight in adults in March 2015.[56]

70.    On April 26, 2017, the FDA approved an updated Saxenda injectable 3 mg label, based on the findings of the SCALE Obesity and Pre-diabetes 3-year trial.[57]

71.    On December 4, 2020, the FDA approved Novo Nordisk's supplemental NDA for Saxenda for chronic weight management in pediatric patients aged 12 years and older who are obese, as defined by specific body mass index (BMI) cut-offs for age and sex that correspond to BMI 30 kg/m2 or higher for adults, and who weigh more than 60 kg (132 pounds).[58] In the press release, Novo Nordisk touted the "safety and efficacy of Saxenda as a treatment for adolescents with obesity[.]"[59] As with its prior press releases, Novo Nordisk disclosed Important Safety Information and provided links to the Medication Guide and Prescribing Information, but gastroparesis and its sequelae were not identified as a side effect or risk.

## 7.    FDA's Approval of Victoza

72.    On March 23, 2008, Novo Nordisk Inc. submitted NDA (New Drug Application) 022341, requesting that the FDA grant it approval to market and sell Victoza (liraglutide [rDNA origin] injection) in the United States as an adjunct therapy to diet and exercise to improve glycemic control in subjects with type 2 diabetes. Following the receipt of several amendments,

---

https://www.accessdata.fda.gov/drugsatfda_docs/nda/2014/206321Orig1s000Approv.pdf (visited on 11/20/23).
[56] Clinical Trials Arena, *Saxenda (liraglutide) for the treatment of obesity, US* (Aug. 4, 2023), available at https://www.clinicaltrialsarena.com/projects/saxenda-liraglutide-obesity/?cf-view (visited 11/20/23).
[57] FDA Supplemental Approval for NDA 206321/S-004, available at https://www.accessdata.fda.gov/drugsatfda docs/nda/2019/206321Orig1s004.pdf (visited on 11/20/23).
[58] FDA Supplemental Approval for NDA 206321/S-012, -013, -014, available at https://www.accessdata.fda.gov/drugsatfda docs/appletter/2020/206321Orig1s012,%20s013,%20s014ltr.pdf (visited on 11/20/23).
[59] Novo Nordisk, FDA approves Saxenda for the treatment of obesity in adolescents aged 12-17 (Dec. 4, 2020), available at https://www.prnewswire.com/news-releases/fda-approves-saxenda-for-the-treatment-of-obesity-in-adolescents-aged-12-17-301186800.html (visited 11/20/23).

the FDA approved NDA 206321 on January 25, 2010.[60]

73.     At the same time, Novo Nordisk was seeking approval for Victoza from health organizations worldwide. Health Canada approved Victoza (liraglutide) for treatment of adults with Type 2 diabetes in May 2010. The European Commission authorized Victoza for marketing throughout the European Union (EU) to help treat type 2 diabetes in adults in July 2009.[61]

74.     On January 25, 2010, the FDA issued a Q&A regarding the safety requirements for Victoza.[62] The FDA noted that "Victoza … is not recommended as a first-line therapy for patients whose blood sugar is not controlled by diet and exercise." The FDA listed safety concerns that healthcare professionals should be aware of, including pancreatitis and medullary thyroid cancer and stated that "the Agency believes that the benefits of this drug to patients with T2DM outweigh potential risks associated with its use."

75.     On August 25, 2017, the FDA approved Novo Nordisk's supplemental NDA for Victoza proposing the addition of an indication to reduce the risk of major cardiovascular events in adults with type 2 diabetes mellitus and established cardiovascular disease, and revised labeling to reflect the results of the "Liraglutide Effect and Action in Diabetes: Evaluation of cardiovascular outcome Results" (LEADER) trial.[63] In the press release, Novo Nordisk touted Victoza as an

---

[60] FDA Approval Letter for NDA 022341 (Victoza), available at https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2010/022341s000ltr.pdf (last visited on 1/24/25); *see also* Original NDA Submission for NDA 22-341 Victoza [liraglutide injection] at https://www.accessdata.fda.gov/drugsatfda_docs/nda/2010/022341s000admincorres.pdf (last visited on 1/24/25).

[61] *Summary Basis of Decision – Victoza – Health Canada*, available at https://hpr-rps.hres.ca/reg-content/summary-basis-decision-detailOne.php?linkID=SBD00302#:~:text=On%20May%2021%2C%202010%2C%20Health,1%20(GLP%2D1) (visited on 1/24/25); *Novo Nordisk says Victoza cleared for EU market*, Reuters (July 3, 2009) available at https://www.reuters.com/article/business/healthcare-pharmaceuticals/novo-nordisk-says-victoza-cleared-for-eu-market-idUSL3325185/ (last visited on 1/24/25); Novo Nordisk Press Release (July 3, 2009), available at https://www.novonordisk.com/content/nncorp/global/en/news-and-media/news-and-ir-materials/news-details.html?id=3441 (last visited 1/24/25).

[62] Questions and Answers – Safety Requirements for Victoza (liraglutide), available at https://www.fda.gov/drugs/postmarket-drug-safety-information-patients-and-providers/questions-and-answers-safety-requirements-victoza-liraglutide (last visited 1/20/25).

[63] FDA Supplemental Approval for NDA 022341/S-027, available at

"effective" treatment option for people with type 2 diabetes and established cardiovascular disease, but, as with its prior press releases, Novo Nordisk did not identify gastroparesis, ileus and/or intestinal obstruction and their sequelae as a side effect or risk.[64]

76.    On December 17, 2018, Novo Nordisk submitted supplemental new drug application sNDA 022341/S031 for Victoza injection, requesting approval to expand the approved age range of patients with type 2 diabetes to 10 years and older.[65] On June 17, 2019, the FDA approved sNDA 022241/S031.[66]

77.    On July 5, 2023, a supplemental approval added 'ileus' as a gastrointestinal adverse reaction reported during post-approval use of Victoza in the label's Post-marking Experience subsection.[67]

### 8.  Novo Nordisk's Marketing and Promotion of Ozempic

78.    On December 5, 2017, Novo Nordisk announced the FDA's approval of Ozempic (semaglutide) 0.5 mg or 1 mg injection in a press release stating that: "Novo Nordisk expects to launch OZEMPIC® in the U.S. in Q1 2018, with a goal of ensuring broad insurance coverage and patient access to the product. OZEMPIC® will be priced at parity to current market-leading weekly GLP-1 RAs and will be offered with a savings card program to reduce co-pays for eligible commercially-insured patients. Additionally, as part of the access strategy, Novo Nordisk is working with appropriate health insurance providers to establish innovative contracting solutions."[68]

---

https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2017/022341Orig1s027ltr.pdf (visited on 1/24/25).
[64] Novo Nordisk, *Victoza ® approved in the US as the only type 2 diabetes treatment indicated to reduce the risk of major adverse cardiovascular events*, (Aug. 25, 2017) (last visited 1/20/25).
[65] FDA Approval Letter for sNDA 022341/S031 (Victoza), available at
https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2019/022341Orig1s031ltr.pdf (last visited 1/24/25).
[66] FDA Approval Letter for sNDA 022341/S031 (Victoza), available at
https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2019/022341Orig1s031ltr.pdf (last visited 1/24/25).
[67] See https://www.accessdata.fda.gov/drugsatfda_docs/label/2023/022341s039lbl.pdf (last visited 1/24/25).
[68] *Novo Nordisk Receives FDA Approval of OZEMPIC® (semaglutide) Injection For the Treatment of Adults with*

79.    On February 5, 2018, Novo Nordisk announced that it had started selling Ozempic in the United States and touted the medication as a "new treatment option[]" that "addresses the concerns and needs of people with diabetes[.]" Novo Nordisk offered an "Instant Savings Card to reduce co-pays to as low as $25 per prescription fill for up to two years."[69]

80.    Novo Nordisk promoted the safety and sale of Ozempic in the United States on its websites, in press releases, through in-person presentations, through the drug's label, in print materials, on social media, and through other public outlets.

81.    On July 30, 2018, Novo Nordisk launched its first television ad for Ozempic, to the tune of the 1970s hit pop song "Magic" by Pilot, wherein Novo Nordisk advertised that "adults lost on average up to 12 pounds" when taking Ozempic, even though it is not indicated for weight loss.[70]

82.    On March 28, 2022, Novo Nordisk announced the FDA's approval of sNDA 209637/S-009 for a higher 2 mg dose of Ozempic (semaglutide) injection. In the press release, Novo Nordisk represented Ozempic as having "proven safety" and advertised that "plus it can help many patients lose some weight."[71]

83.    Since 2018, Novo Nordisk has spent more than $884,000,000 on television ads in the United States to promote its semaglutide drugs (Ozempic, Wegovy and Rybelsus) with the

---

*Type 2 Diabetes*, Cision PR Newswire (December 05, 2017), available at https://www.prnewswire.com/news-releases/novo-nordisk-receives-fda-approval-of-ozempic-semaglutide-injection-for-the-treatment-of-adults-with-type-2-diabetes-300567052.html (visited on 9/26/23).
[69] *Novo Nordisk Launches Ozempic® and Fiasp®, Expanding Treatment Options for Adults with Diabetes*, Cision PR Newswire (February 05, 2018), available at https://www.prnewswire.com/news-releases/novo-nordisk-launches-ozempic-and-fiasp-expanding-treatment-options-for-adults-with-diabetes-300592808.html (visited on 9/26/23).
[70] *Ozempic TV Spot, 'Oh!'*, iSpot.tv (July 30, 2018), available at https://www.ispot.tv/ad/d6Xz/ozempic-oh (visited on 9/26/23).
[71] *Novo Nordisk receives FDA approval of higher-dose Ozempic® 2 mg providing increased glycemic control for adults with type 2 diabetes*, Cision PR Newswire (March 28, 2022), available at https://www.prnewswire.com/news-releases/novo-nordisk-receives-fda-approval-of-higher-dose-ozempic-2-mg- providing-increased-glycemic-control-for-adults-with-type-2-diabetes-301512209.html (visited on 10/16/23).

majority of the spending allocated specifically to advertising Ozempic.[72]

84.    In 2022, Novo Nordisk spent $180.2 million on Ozempic ads, including an estimated $157 million on national television ads for Ozempic, making Ozempic the sixth most advertised drug that year. As a result of its GLP-1 RA treatments, including Ozempic, Novo Nordisk forecasts sales growth of 13% to 19% for 2023.[73]

85.    On July 6, 2023, it was reported that Novo Nordisk had spent $11 million in 2022 on food and travel for doctors "as part of its push to promote Ozempic and other weight loss-inducing diabetes drugs."[74] The spending bought more than 457,000 meals for almost 12,000 doctors while also flying doctors to places like London, Paris, Orlando, and Honolulu.[75]

86.    In an article published on July 21, 2023, the President and CEO of the Alliance of Community Health Plans described Novo Nordisk's spending on meals for doctors as "outrageous" and suggested that the millions Novo Nordisk spent marketing its drugs to prescribers would be better used furthering research about potential side effects and long-term effectiveness. The author cited research published in the spring of 2023 showing an increased risk of intestinal obstruction as a result of using GLP-1 RA drugs.[76]

---

[72] Ritzau, *Novo Nordisk runs TV ads in US for multimillion-dollar sum*, MedWatch (April 26, 2023), available at https://medwatch.com/News/PharmaBiotech/article15680727.ece (visited on 9/26/23).

[73] Adams B, Fierce Pharma, *The top 10 pharma drug ad spenders for 2022*, https://www.fiercepharma.com/special-reports/top-10-pharma-drug-brand-ad-spenders-2022 (visited on 9/26/23).

[74] Nicolas Florko, *Novo Nordisk bought prescribers over 450,000 meals and snacks to promote drugs like Ozempic*, National Center for Health Research (July 5, 2023), available at https://www.center4research.org/novo-nordisk-gave-doctors-450000-meals-ozempic/ (visited on 9/26/23).

[75] Nicolas Florko, *Novo Nordisk bought prescribers over 450,000 meals and snacks to promote drugs like Ozempic*, National Center for Health Research (July 5, 2023), available at https://www.center4research.org/novo-nordisk-gave-doctors-450000-meals-ozempic/ (visited on 9/26/23).

[76] Erin Prater*, Ozempic manufacturer Novo Nordisk spent $11 million last year 'wining and dining' doctors. Experts slam the move as a breach of doctor-patient trust,* Fortune Well (July 21, 2023), available at https://fortune.com/well/2023/07/21/ozempic-novo-nordisk-meals-travel-prescribing-doctors/ (visited on 9/26/23); *see also* Erin Prater, *Weight-loss drugs like Ozempic and Wegovy may put certain people at risk of serious complications, researchers warn,* Fortune Well (March 7, 2023), available at https://fortune.com/well/2023/03/07/ozempic-wegovy-elevated-risk-intestinal-obstruction-later-type-2-diabetes-weight-loss-drug/ (visited on 10/18/23).

87.    As a result of Novo Nordisk's advertising and promotion efforts, Ozempic has been widely used throughout the United States. The number of prescriptions filled reached an all-time high of 373,000 in one week in February of 2023, with more than half of those being new prescriptions.[77] In June 2023, it was reported that new prescriptions for Ozempic had surged by 140 percent from the prior year.[78]

88.    On TikTok, the hashtag #Ozempic had 273 million views as of November 22, 2022,[79] and currently has over 1.3 billion views.[80]

89.    On June 15, 2023, NBC News published a report about the "thousands of weight-loss ads on social media for the drugs Ozempic and Wegovy." While many of those ads were found to be from online pharmacies, medical spas, and diet clinics, as of June of 2023, Novo Nordisk was still running online social-media ads for its semaglutide products, despite claiming in May that it would stop running ads due to a shortage of the drug.[81]

90.    On July 10, 2023, a global media company declared Ozempic as "2023's buzziest drug" and one of the "Hottest Brands, disrupting U.S. culture and industry."[82]

91.    At all relevant times, Novo Nordisk was in the business of and did design, research, manufacture, test, advertise, promote, market, sell, and/or distribute Ozempic.

---

[77] Choi A, Vu H, *Ozempic prescriptions can be easy to get online. Its popularity for weight loss is hurting those who need it most*, CNN (March 17, 2023), available at https://www.cnn.com/2023/03/17/health/ozempic-shortage-tiktok-telehealth/ (visited on 9/26/23).

[78] Gilbert D, *Insurers clamping down on doctors who prescribe Ozempic for weight loss*, The Washington Post (June 12, 2023), available at https://www.washingtonpost.com/business/2023/06/11/weight-loss-ozempic-wegovy-insurance/ (visited on 9/26/23).

[79] Blum D, *What is Ozempic and Why Is It Getting So Much Attention?*, The New York Times (published Nov. 22, 2022, updated July 24, 2023), available at https://www.nytimes.com/2022/11/22/well/ozempic-diabetes-weight-loss.html (visited on 9/26/23).

[80] https://www.tiktok.com/tag/ozempic (visited on 11/14/23).

[81] Ingram D, *More than 4,000 ads for Ozempic-style drugs found running on Instagram and Facebook*, NBC News (June 15, 2023), available at https://www.nbcnews.com/tech/internet/ozempic-weight-loss-drug-ads-instagram-wegovy-semaglutide-rcna88602 (visited on 9/26/23).

[82] Bain P, *Ozempic was 2023's Buzziest Drug*, AdAge (July 10, 2023), available at https://adage.com/article/special-report-hottest-brands/ozempic-hottest-brands-most-popular-marketing-2023/2500571 (visited on 9/26/23).

### 9. Eli Lilly's Marketing and Promotion of Trulicity

92.     At all relevant times, Eli Lilly was in the business of and did design, research, manufacture, test, advertise, promote, market, sell, and/or distribute Trulicity.

93.     Trulicity has been the top earning product for Eli Lilly for the past several years, with the drug bringing in more than $5.6 billion in revenue in 2022 in the United States alone. The demand for Trulicity is largely driven by Eli Lilly's advertising, which costs the company more than $1 billion annually. Eli Lilly advertises Trulicity through its websites, press releases, in-person presentations, the drug's label, print materials, social media, and other public outlets. Eli Lilly's advertisements tout the health benefits of Trulicity, without warning of the risk of gastroparesis or its sequelae.[83]

94.     Upon the approval of Trulicity on September 18, 2014, an Eli Lilly spokesperson indicated that Trulicity "has demonstrated proven glycemic control, only has to be taken once weekly, and comes in an easy-to-use pen."[84] Although a press release accompanying Trulicity's approval acknowledged that "nausea," "vomiting" abdominal pain" were among the most common adverse reactions reported with use of Trulicity, the press release did not indicate that those common adverse reactions were symptoms of gastroparesis or warn of the risk of gastroparesis or its sequelae. Instead, the press release merely indicated that "Trulicity has not been studied in patients with … [pre-existing] gastroparesis."[85]

95.     Following the FDA's approval of Trulicity in September 2014, Eli Lilly launched

---

[83] Eli Lilly and Company 2022 Annual Report, available at https://investor.lilly.com/static-files/2f9b7bb1-f955-448d-baa2-c4343d39ee62 (last visited Nov. 15, 2023).
[84] *Lilly's Trulicity (dulaglutide) Now Available in U.S. Pharmacies,* PR Newswire (Nov. 10, 2014), available at https://www.prnewswire.com/news-releases/lillys-trulicity-dulaglutide-now-available-in-us-pharmacies-282138401.html (last visited Nov. 15, 2023).
[85] *News Release: FDA Approves Trulicity (dulaglutide), Lilly's Once-Weekly Therapy for Adults with Type 2 Diabetes,* Eli Lilly (Sept. 18, 2014), available at https://investor.lilly.com/news-releases/news-release-details/fda-approves-trulicitytm-dulaglutide-lillys-once-weekly-therapy (last visited Nov. 15, 2023).

its direct-to-consumer ad campaign in 2015, with print and digital ads first appearing in September 2015 and the first Trulicity television ad launching on October 19, 2015.[86]

96.    On November 5, 2018, in a press release announcing Trulicity's "superiority in reduction of cardiovascular events," as shown by an internal clinical trial, Eli Lilly acknowledged that "[t]he safety profile of Trulicity … was generally consistent with the GLP-1 receptor agonist class." Although the press release included a section titled "Important Safety Information for Trulicity," the press release did not warn that Trulicity can cause gastroparesis or its sequelae.[87]

97.    In a February 21, 2020, press release announcing Trulicity's new indication for reduction of cardiovascular risk, Eli Lilly touted Trulicity's ability to reduce the risk of major adverse cardiovascular events, including heart attack and stroke, even in adults without established cardiovascular disease.[88] In the press release, Eli Lilly again indicated that "Trulicity's safety profile [is] consistent with the GLP-1 receptor agonist (RA) class," but despite warning of certain risks, the press release did not warn of the risk of gastroparesis, or its sequelae, associated with GLP-1 RAs.

98.    When announcing the approval of higher weekly doses of Trulicity in September 2020, Eli Lilly's press release indicated that "with the 3.0 and 4.5 [mg] doses available, people with type 2 diabetes who use Trulicity can benefit from additional A1C and weight loss as their condition progresses."[89] Despite touting the off-label use of Trulicity for "weight loss," Eli Lilly

---

[86] Beth Snyder Bulik, *One year after FDA nod, Eli Lilly's Trulicity launches first consumer campaign,* Fierce Pharma (Oct. 19, 2015) https://www.fiercepharma.com/dtc-advertising/one-year-after-fda-nod-eli-lilly-s-trulicity-launches-first-consumer-campaign (last visited Nov. 15, 2023).

[87] *News Release: Trulicity (dulaglutide) demonstrates superiority in reduction of cardiovascular events for broad range of people with type 2 diabetes,* Eli Lilly (Nov. 5, 2018), available at https://investor.lilly.com/news-releases/news-release-details/trulicityr-dulaglutide-demonstrates-superiority-reduction (last visited Nov. 15, 2023).

[88] *News Release: Trulicity (dulaglutide) is the first and only type 2 diabetes medicine approved to reduce cardiovascular events in adults with and without established cardiovascular disease,* Eli Lilly (Feb. 21, 2020), available at https://investor.lilly.com/news-releases/news-release-details/trulicityr-dulaglutide-first-and-only-type-2-diabetes-medicine (last visited Nov. 15, 2023).

[89] *News Release: FDA approves additional doses of Trulicity (dulaglutide) for the treatment of type 2 diabetes,* Eli

did not warn of the associated risk of gastroparesis or its sequelae.

99.    Around this same time, Robert H. Schmerling, MD, Senior Faculty Editor and Editorial Advisory Board Member at Harvard Health Publishing commented that the actors in the television ads for Trulicity appeared notably thinner than the typical person with type 2 diabetes.[90]

100.    In Summer 2021, in conjunction with Eli Lilly's sponsorship of the rescheduled Summer Olympics, Eli Lilly ran extensive television ads for Trulicity featuring Olympic gymnast Laurie Hernandez and her father, who has type 2 diabetes. The ad indicates that treatment with Trulicity is the "right choice" for people with type 2 diabetes but does not mention or warn about gastroparesis or its sequelae.[91]

101.    In a similar January 2022 television ad featuring Olympic figure skater Madison Chock and her mother, Eli Lilly again indicated that Trulicity was the "right choice" for people with type 2 diabetes but did not warn that Trulicity can cause gastroparesis or its sequelae.[92]

102.    In January 2022, the FDA determined that Eli Lilly's "10,800 Minutes" Instagram ad for Trulicity "ma[de] false or misleading claims and representations about the benefits and risks of Trulicity" and that the ad elicits "a misleading impression regarding the safety and effectiveness of Trulicity" that "minimizes the risks associated with the use of Trulicity." In response to a letter from the FDA, Eli Lilly temporarily removed the Trulicity Instagram account.[93] The FDA citation

Lilly (Sept. 3, 2020) available at https://investor.lilly.com/news-releases/news-release-details/fda-approves-additional-doses-trulicityr-dulaglutide-treatment (last visited Nov.15, 2023).

[90] Robert H. Schmerling, MD, *Harvard Health Ad Watch: A feel-good message about a diabetes drug,* Harvard Health Publishing (Sept. 18, 2020), available at https://www.health.harvard.edu/blog/harvard-health-ad-watch-a-feel-good-message-about-a-diabetes-drug-2020091620961 (last visited Nov. 15, 2023).

[91] *See* Trulicity TV advertisement, available at https://www.youtube.com/watch?v=eVA1vYV980w (last visited Nov. 15, 2023); Beth Snyder Bulik, *Lilly warms up for Olympics with Team USA athletes in ads for Trulicity, Emgality and Verzenio,* Fierce Pharma (July 7, 2021), available at https://www.fiercepharma.com/marketing/lilly-warms-up-for-olympics-team-usa-athletes-ads-for-trulicity-emgality-and-verzenio (last visited Nov. 15, 2023).

[92] *See* Trulicity TV advertisement (Madison Chock), available at https://www.ispot.tv/ad/q3ii/trulicity-shes-got-this-featuring-madison-chock (last visited Nov. 15, 2023).

[93] Fraiser Kansteiner, *FDA chides Eli Lilly for 2nd misleading ad in 2 months, this time for diabetes blockbuster Trulicity,* Fierce Pharma (Jan. 25, 2022), available at https://www.fiercepharma.com/marketing/fda-chides-lilly-for-

is emblematic of Eli Lilly's willingness to mislead and omit important information, focusing on profit over safety, specifically with respect to Trulicity.

103.    That same month, it was reported that Trulicity was the most advertised drug on United States television, with Eli Lilly spending an estimated $36.2 million on national television advertisements in January 2022 alone.[94]

104.    In another Trulicity television ad that premiered in February 2022, Eli Lilly boasted that Trulicity "can help you lose up to ten pounds," a use for which Trulicity is not indicated, but did not mention the risk of gastroparesis or its sequelae.[95]

105.    Similarly, Eli Lilly's promotional website for Trulicity (Trulicity.com) states that people taking Trulicity "lost up to 10 lbs," without disclosing the risk of gastroparesis.[96]

106.    By the end of 2022, the market was experiencing shortages of Trulicity due to "high demand" driven by Eli Lilly's advertising.[97]

107.    At all times, Trulicity's label has indicated that Trulicity delays gastric emptying and that the delay in gastric emptying "diminishes with subsequent doses." However, Trulicity's label has never warned that Trulicity can cause gastroparesis or its sequelae.

**10.    Defendant's Marketing and Promotion of Mounjaro**

108.    On May 13, 2022, Eli Lilly announced approval of Mounjaro, proclaiming "Mounjaro's safety … in a broad range of adults with type 2 diabetes."[98]

---

second-misleading-ad-2-months-time-for-diabetes-med-trulicity (last visited Nov. 15, 2023).
[94] Ben Adams, *Eli Lilly's Trulicity dethrones Dupixent, taking January's TV ad spending crown,* Fierce Pharma (Feb. 4, 2022), available at https://www.fiercepharma.com/marketing/sanofi-regeneron-s-dupixent-de-throned-as-lilly-s-trulicity-takes-crown-january-s-biggest (last visited Nov. 15, 2023).
[95] Trulicity TV advertisement ("Father-Son"), available at https://www.ispot.tv/ad/q4Kl/trulicity-father-son (last visited Nov. 15, 2023).
[96] *See* https://www.trulicity.com/what-is-trulicity#what-is-trulicity.
[97] https://www.fiercepharma.com/manufacturing/after-novos-wegovy-supply-woes-lillys-would-be-obesity-rival-tirzepatide-runs-scarce
[98] *FDA approves Lilly's Mounjaro™ (tirzepatide) injection, the first and only GIP and GLP-1 receptor agonist for the treatment of adults with type 2 diabetes*, Cision PR Newswire (May 13, 2022) available at

109.    At all relevant times, Eli Lilly was in the business of and did design, research, manufacture, test, advertise, promote, market, sell, and/or distribute Mounjaro.

110.    On October 6, 2022, Eli Lilly announced that the FDA had "granted Fast Track designation for the investigation of tirzepatide" to treat obese or overweight adults.[99]

111.    According to a recent publication, in fall 2022, analysts at UBS projected that Mounjaro could reach peak sales of $25 billion, asserting Eli Lilly's position in the multibillion-dollar obesity market.[100]

112.    In March 2023, it was reported that Eli Lilly kicked off a full-scale consumer campaign for Mounjaro after launching a digital campaign in January, including a 75-second TV spot supporting Mounjaro aired on FOX on February 12, the same day as Super Bowl LVII.[101]

113.    On April 11, 2023, the New York Times reported that Mounjaro was "gaining attention, with many people using it off-label to lose weight." The article described research which "found that Mounjaro may be even more powerful" than Ozempic, which it reported had recently "steamrollered through TikTok, talk shows and tabloids as people raved about using it off-label to lose weight." Although Eli Lilly denied promoting or encouraging "the off-label use of any of our medicines[,]" it was obvious to Eli Lilly and others in the industry that Mounjaro was following Ozempic's rising popularity for its weight loss effects. Furthermore, the same article also noted

---

https://www.prnewswire.com/news-releases/fda-approves-lillys-mounjaro-tirzepatide-injection-the-first-and-only- gip-and-glp-1-receptor-agonist-for-the-treatment-of-adults-with-type-2-diabetes-301547339.html (last visited on 8/24/23).

[99] *Lilly Receives U.S. FDA Fast Track designation for tirzepatide for the treatment of adults with obesity, or overweight with weight-related comorbidities* (October 6, 2022) available at https://investor.lilly.com/news-releases/news-release-details/lilly-receives-us-fda-fast-track-designation-tirzepatide (last visited on 8/24/23).

[100] Munger L, BioSpace, *Eli Lilly and Novo Nordisk Face Off in Lucrative Obesity Market* (May 30, 2023) available at https://www.biospace.com/article/eli-lilly-and-novo-nordisk-face-off-in-lucrative-obesity-market/ (last visited on 8/24/23).

[101] O'Brien J, Medical Marketing and Media, *Eli Lilly kicks off consumer campaign for diabetes drug Mounjaro* (March 9, 2023) available at https://www.mmm-online.com/home/channel/campaigns/eli-lilly-kicks-off-consumer-campaign-for-diabetes-drug-mounjaro/ (last visited on 8/24/23).

Eli Lilly's October announcement regarding the FDA's fast-track designation for its review of tirzepatide.[102]

### 11. Novo Nordisk's Marketing and Promotion of Wegovy

114.    On June 4, 2021, the Novo Nordisk Defendants announced the FDA's approval of Wegovy (semaglutide) injection 2.4 mg in press releases stating that it is "the first-and-only prescription weight-loss medication with once-weekly dosing." Novo Nordisk described Wegovy as having "unprecedented efficacy" and quoted its executive vice president of Development as saying that "'[t]he approval of Wegovy in the US brings great promise to people with obesity."[103]

115.    According to an article published in September 2021, the Novo Nordisk Defendants' launch of Wegovy in the U.S. was one of the fastest ever for the organization, with the sales team on the field with the drug just 72 hours after its FDA approval and the drug on the shelves days later. The head of North America operations and president of Novo Nordisk U.S. explained that the drug had sped quickly through the FDA approval process thanks to a priority review voucher and the company working under a condensed timeline.[104]

116.    On August 4, 2021, the Novo Nordisk Defendants announced that "the 2021 outlook for sales growth was expected to be 10-13% at CER (previously 6-10%), and operating profit growth was expected to be 9-12% at CER (previously 5-9%)" after reporting that "[i]n June 2021, Wegovy, semaglutide 2.4 mg, was made available to patients in the US following the approval from the US Food and Drug Administration (FDA) for weight management in adults

---

[102] Blum D, *The Diabetes Drug That Could Overshadow Ozempic,* The New York Times (published April 11, 2023, updated June 24, 2023) available at https://www.nytimes.com/2023/04/11/well/live/ozempic-mounjaro-weight-loss-diabetes.html (last visited on 8/24/23).
[103] Novo Nordisk, *Wegovy (semaglutide 2.4 mg), the first and only once-weekly GLP-1 therapy for weight management, approved in the US* (June 4, 2021), available at https://www.novonordisk.com/news-and-media/news-and-ir-materials/news-details.html?id=62112 (last visited on 9/19/23).
[104] Upton, Julian, *Rethinking Obesity: Wegovy*, Pharmaceutical Executive - 09-01-2021, Volume 41, Issue 9 (published on September 14, 2021), available at https://www.pharmexec.com/view/wegovy (last visited on 9/19/23).

living with obesity."[105]

117.    Novo Nordisk promoted the safety and sale of Wegovy in the United States on its websites, in press releases, through in-person presentations, through the drug's label, in print materials, on social media, and through other public outlets.

118.    In November 2021, it was reported that the Novo Nordisk Defendants had launched an obesity awareness campaign called "It's Bigger Than Me" ahead of its planned Direct to Consumer ads for the recently approved Wegovy. Novo Nordisk Defendants worked with actress Queen Latifah to create a series of videos, which appeared on YouTube, Instagram, and a dedicated website, in order to change minds about obesity. One article described the video series as "Novo Nordisk tak[ing] a page from three popular TV genres—medical drama, '90s sitcom and procedural crime show—" in order to steer the narrative about obesity "away from 'blame, shame, bias, and stigma' and toward empathy and understanding[.]"[106]

119.    In October 2021, the Novo Nordisk Defendants rolled out a physician education site Rethink Obesity, to persuade doctors to discuss obesity treatment with patients.[107]

120.    In the weeks leading up to the drug's release to pharmacies, the Novo Nordisk Defendants also hosted doctor events to spread the word about Wegovy.[108]

121.    On February 2, 2022, Novo Nordisk announced its 2021 financial report, in which

---

[105] Novo Nordisk, *Novo Nordisk's net profit increased by 10% in the first six months of 2021* (August 4, 2021), available at https://www.novonordisk.com/news-and-media/news-and-ir-materials/news-details.html?id=71008 (last visited on 9/19/23).
[106] Natalie Missakian, *Novo Nordisk casts Queen Latifah in TV-themed awareness campaign for obesity*, Fierce Pharma (Nov. 1, 2021) available at https://www.fiercepharma.com/marketing/queen-latifah-tackles-obesity-tv-inspired-awareness-campaign-for-novo-nordisk (last visited on 9/19/23).
[107] Natalie Missakian, *Novo Nordisk casts Queen Latifah in TV-themed awareness campaign for obesity*, Fierce Pharma (Nov. 1, 2021) available at https://www.fiercepharma.com/marketing/queen-latifah-tackles-obesity-tv-inspired-awareness-campaign-for-novo-nordisk (last visited on 9/19/23).
[108] Fraiser Kansteiner, *Novo Nordisk, armed with Wegovy green light, preps aggressive push to build obesity market*, Fierce Phama (June 8, 2021) available at https://www.fiercepharma.com/pharma/novo-nordisk-armed-wegovy-green-light-obesity-preps-one-fastest-launches-ever-execs (last visited on 9/19/23).

it reported that its North America operations had increased obesity care sales by 83% at constant exchange rates (CER), reflecting the launch of Wegovy in June 2021.[109] An article reporting on the announcement stated that in 2021, Novo Nordisk earned approximately $1.2 billion from sales of Wegovy and its earlier weight loss treatment Saxenda and that Novo Nordisk aimed to increase obesity drug sales to more than $3.7 billion.[110]

122.    Since 2018, Novo Nordisk has spent more than $884,000,000 on television ads in the United States to promote its semaglutide drugs (Ozempic, Wegovy and Rybelsus).[111]

123.    On July 5, 2023, it was reported that the Novo Nordisk Defendants had spent$11,000,000 on food and travel for doctors as part of their efforts to promote their GLP-1 medications, including Wegovy. In 2022 alone, the Novo Nordisk Defendants bought more than 457,000 meals to educate doctors and other prescribers about its GLP-1s, with nearly 12,000 doctors receiving more than 50 meals and snacks from Defendants. In 2022, the Novo Nordisk Defendants also spent $2 million flying doctors to London, Paris, Orlando, and Honolulu related to its GLP-1s.[112]

124.    On July 21, 2023, it was reported that Novo Nordisk had purchased more than 457,000 meals—at a total price of more than $9 million—to educate prescribers about Wegovy and its other GLP-1s. The president and CEO of the Alliance of Community, who was interviewed for the article, described the expenditures as "outrageous" and suggested that the millions Novo

[109] Novo Nordisk, Company Announcement, *Financial report for the period 1 January 2021 to 31 December 2021* (Feb. 2, 2022), available at https://www.novonordisk.com/content/dam/nncorp/global/en/investors/pdfs/financial-results/2021/Q4-2021-company-announcement.pdf, at 12 (last visited on 9/19/2023).

[110] Nate Pagliarulo, *Novo sees fast growth ahead of obesity drugs despite production hurdles*, BioPharmaDive (Mar. 4, 2022) available at https://www.biopharmadive.com/news/novo-wegovy-obesity-sales-demand-outlook/619834/ (last visited on 9/19/23).

[111] Ritzau, *Novo Nordisk runs TV ads in US for multimillion-dollar sum*, MedWatch (April 26, 2023), available at https://medwatch.com/News/Pharma_____Biotech/article15680727.ece (visited on 9/26/23).

[112] Florko, N, *Novo Nordisk bought prescribers over 450,000 meals and snacks to promote drugs like Ozempic,* National Center for Health Research (July 5, 2023), available at https://www.center4research.org/novo-nordisk-gave-doctors-450000-meals-ozempic (last visited on 9/20/23).

Nordisk spent marketing its drugs to prescribers would be better used furthering research about their potential side effects and long-term effectiveness. The author pointed out that research published in spring 2023 "suggested that GLP-1s could put patients at an elevated risk of a potentially fatal gastrointestinal condition that requires surgery."[113]

125.    In an article published on July 21, 2023, the President and CEO of the Alliance of Community Health Plans described Novo Nordisk's spending on meals for doctors as "outrageous" and suggested that the millions Novo Nordisk spent marketing its drugs to prescribers would be better used furthering research about potential side effects and long-term effectiveness. The author cited research published in the spring of 2023 showing an increased risk of intestinal obstruction as a result of using GLP-1 RA drugs.[114]

126.    As a result of the Novo Nordisk Defendants' advertising and promotion efforts, Wegovy has been widely used throughout the United States. The number of prescriptions filled reached over 100,000 per week in May 2023, with more than 30,000 of those being new prescriptions.[115]

127.    On TikTok, the hashtag #Wegovy currently has over 555 million views, and the hashtag #wegovyweightloss currently has over 165 million views.[116]

---

[113] Erin Prater, *Ozempic manufacturer Novo Nordisk spent $11 million last year 'wining and dining' doctors. Experts slam the move as a breach of doctor-patient trust,* Fortune Well (July 21, 2023), available at https://fortune.com/well/2023/07/21/ozempic-novo-nordisk-meals-travel-prescribing-doctors/ (last visited on 9/19/23).

[114] Erin Prater, *Ozempic manufacturer Novo Nordisk spent $11 million last year 'wining and dining' doctors. Experts slam the move as a breach of doctor-patient trust,* Fortune Well (July 21, 2023), available at https://fortune.com/well/2023/07/21/ozempic-novo-nordisk-meals-travel-prescribing-doctors/ (visited on 9/26/23); *see also* Erin Prater, *Weight-loss drugs like Ozempic and Wegovy may put certain people at risk of serious complications, researchers warn*, Fortune Well (March 7, 2023), available at https://fortune.com/well/2023/03/07/ozempic-wegovy-elevated-risk-intestinal-obstruction-later-type-2-diabetes-weight-loss-drug/ (visited on 10/18/23).

[115] Skydsgaard & Fick, *Novo Nordisk: U.S. is priority for weight-loss drug over new markets*, Reuters (May 4, 2023), available at https://www.reuters.com/business/healthcare-pharmaceuticals/novo-nordisk-us-is-priority- weight-loss-drug-over-launching-new-markets-2023-05-04/ (last visited on 9/19/23).

[116] https://www.tiktok.com/tag/wegovy (last visited on 9/22/23); https://www.tiktok.com/tag/wegovyweightloss (last visited on 9/22/23).

128.    On June 15, 2023, NBC News published a report about the "thousands of weight-loss ads on social media for the drugs Ozempic and Wegovy." While many of those ads were found to be from online pharmacies, medical spas, and diet clinics, as of June of 2023, Novo Nordisk was still running online social-media ads for its semaglutide products, despite claiming in May that it would stop running ads due to a shortage of the drug.[117]

129.    On May 5, 2023, it was reported that Novo Nordisk would limit distribution of its low-dose versions of Wegovy to ensure that people already taking the drug would have enough supply amidst shortages of the drug caused by a boom in sales due to celebrity endorsements. The company announced that it was serving hundreds of thousands of U.S. patients with Wegovy but trends indicated that demand for Wegovy in the U.S. would exceed current supply capacity.[118]

130.    On June 20, 2023, it was reported that Wegovy was on track for sales of over $4 billion this year in the U.S. alone, despite the Novo Nordisk Defendants' struggle to keep up with demand for the drug. One analyst described the prescription growth trend for the GLP-1 class of drugs as 80 percent in diabetes and 313 percent in obesity and said that the market opportunity for Novo Nordisk and its main competitor could be $40 billion.[119]

131.    On August 10, 2023, an investment site reported that Novo Nordisk had raised its outlook as revenue from Wegovy skyrocketed 537% to $1.1 billion in the second quarter. Total sales were up 32% to $8 billion, with a profit of $2.9 billion, even though Novo Nordisk had cut

[117] Ingram D, *More than 4,000 ads for Ozempic-style drugs found running on Instagram and Facebook*, NBC News (June 15, 2023), available at https://www.nbcnews.com/tech/internet/ozempic-weight-loss-drug-ads-instagram-wegovy-semaglutide-rcna88602 (visited on 9/26/23).
[118] Cara Murez, *Maker of Wegovy Limits Supply of Obesity Drug in U.S.*, U.S. News & World Report (May 5, 2023) available at https://www.usnews.com/news/health-news/articles/2023-05-05/maker-of-wegovy-limits-supply-of-obesity-drug-in-u-s (last visited on 9/19/23).
[119] Goldstein, Steve, *Hit Wegovy weight-loss drug on track for $4 billion in U.S. sales despite supply,* MarketWatch (June 20, 2023), available at https://www.marketwatch.com/story/hit-wegovy-weight-loss-drug-on-track-for-4-billion-in-u-s-sales-despite-supply-constraints-analyst-says-b8672974 (last visited on 9/19/23).

its supply of starter doses starting in May 2023.[120]

132.    At all relevant times, Novo Nordisk was in the business of and did design, research, manufacture, test, advertise, promote, market, sell, and/or distribute Wegovy.

**12.    Novo Nordisk's Marketing and Promotion of Rybelsus**

133.    On September 20, 2019, the Novo Nordisk Defendants announced the FDA's approval of Rybelsus (semaglutide) tablets 7 mg or 14 mg in a press release stating that: "Rybelsus … will be available in the U.S. beginning in Q4 2019…. Initial supply of Rybelsus will come from manufacturing facilities in Denmark; however, future supply for Rybelsus will come from … a new manufacturing facility in Clayton, NC to prepare for the future demand of Rybelsus." The Novo Nordisk Defendants further stated that they were "working with health insurance providers with a goal of ensuring broad insurance coverage and patient access to the product. A savings card program will be available at the time of launch for eligible commercially-insured patients to keep out of pocket costs down to as little as $10 a month." The Novo Nordisk Defendants acknowledged that the most common side effects associated with the use of Rybelsus included nausea, stomach (abdominal) pain, diarrhea, decreased appetite, vomiting, and constipation. While the Novo Nordisk Defendants listed possible thyroid tumors (including cancer), inflammation of the pancreas, changes in vision, low blood sugar, kidney problems, and serious allergic reactions as "serious side effects", they failed to list ileus or intestinal obstruction.[121]

134.    On January 16, 2020, the Novo Nordisk Defendants announced FDA approval of

---

[120] McColl, Bill, *Novo Nordisk Boosts Guidance as Sales of Weight-Loss Drug Wegovy Soar*, Investopedia (Aug. 10, 2023), available at https://www.investopedia.com/novo-nordisk-boosts-guidance-as-sales-of-weight-loss-drug-wegovy-soar-7629281 (last visited on 9/19/23).
[121] *FDA approves Rybelsus (semaglutide), the first GLP-1 analog treatment available in a pill for adults with type 2 diabetes,* Cision PR Newswire (September 20, 2019), available at https://www.prnewswire.com/news-releases/fda-approves-rybelsus-semaglutide-the-first-glp-1-analog-treatment-available-in-a-pill-for-adults-with-type-2-diabetes-300922438.html (last visited on 9/20/23).

Rybelsus (semaglutide) tablets 7 mg and 14 mg prescribing information based on clinical data from the PIONEER 6 cardiovascular outcomes. In their announcement, the Novo Nordisk Defendants acknowledged that the most common side effects of Rybelsus are "nausea, stomach (abdominal) pain, diarrhea, decreased appetite, vomiting, and constipation." While the Novo Nordisk Defendants listed possible thyroid tumors (including cancer), inflammation of the pancreas, changes in vision, low blood sugar, kidney problems (kidney failure), and serious allergic reactions as "serious side effects", they failed to list severe gastrointestinal events, including ileus or intestinal obstruction.[122]

135.    On January 12, 2023, the Novo Nordisk Defendants announced FDA approval of a label update for Rybelsus (semaglutide) allowing its use as a first-line option for adult with type 2 diabetes. The update removed the previous limitation that Rybelsus could not be used as an initial therapy option for treating patients with type 2 diabetes. The announcement reiterated that the Novo Nordisk Defendants "work[] with health insurance providers to ensure broad insurance coverage and patient access to Rybelsus. Eligible, commercially insured patients may pay as little as $10 for a one- to three-month prescription of this medicine." The Novo Nordisk Defendants acknowledged that the most common side effects of Rybelsus are "nausea, stomach (abdominal) pain, diarrhea, decreased appetite, vomiting, and constipation." While the Novo Nordisk Defendants listed possible thyroid tumors (including cancer), inflammation of the pancreas, changes in vision, low blood sugar, kidney problems (kidney failure), serious allergic reactions, and gallbladder problems as "serious side effects", they did not list ileus or intestinal obstruction

---

[122] *FDA approves Ozempic for cardiovascular risk reduction in adults with type 2 diabetes and known heart disease, updates Rybelsus label,* Cision PR Newswire (January 16, 2020), available at https://www.prnewswire.com/news-releases/fda-approves-ozempic-for-cardiovascular-risk-reduction-in-adults-with-type-2-diabetes-and-known-heart-disease-updates-rybelsus-label-300988672.html (last visited on 9/20/23).

as a side effect or risk.[123]

136.    The Novo Nordisk Defendants promoted the safety and sale of Rybelsus in the United States on its websites, in press releases, through in-person presentations, through the drug's label, in print materials, on social media, and through other public outlets.

137.    On September 22, 2020, the Novo Nordisk Defendants launched their first television ad for Rybelsus featuring an upbeat cover version of "You Are My Sunshine" by Simon Ravenhall. In the ad, the Novo Nordisk Defendants advertised that "people taking Rybelsus lost up to 8 pounds", even though it is not a weight loss drug.[124] Also, the Novo Nordisk Defendants identified only one "serious side effect" of taking Rybelsus in the ad, pancreatitis.

138.    From 2018 until present, the Novo Nordisk Defendants have spent $884,000,000 on running television ads in the United States to promote their semaglutide drugs (Ozempic, Wegovy and Rybelsus).[125]

139.    In 2021, the Novo Nordisk Defendants spent $307.6 million on Rybelsus ads making it the No. 2 top spender that year.[126] In 2022, the Novo Nordisk Defendants spent $167.2 million on Rybelsus advertisements, making it the No. 7 top spender last year.[127] In 2022, the Novo Nordisk Defendants spent an estimated $123.9 million on Rybelsus television ads alone.[128] More

---

[123] *Novo Nordisk announces FDA approval of label update for Rybelsus (semaglutide) allowing use as first-line option for adults with type 2 diabetes*, Cision PR Newswire (January 23, 2023), available at https://www.prnewswire.com/news-releases/novo-nordisk-announces-fda-approval-of-label-update-for-rybelsus-semaglutide-allowing-use-as-a-first-line-option-for-adults-with-type-2-diabetes-301720965.html (last visited on 9/20/23).

[124] *Ozempic TV Spot,* "Wake Up", iSpot.tv (September 2020), available at https://www.ispot.tv/ad/nvgx/rybelsus-wake-up (last visited on 9/20/23).

[125] Ritzau, *Novo Nordisk runs TV ads in US for multimillion-dollar sum*, MedWatch (April 26, 2023), available at https://medwatch.com/News/Pharma_____Biotech/article15680727.ece (last visited on 9/20/23).

[126] Adams B, Fierce Pharma, *The top 10 pharma drug ad spenders for 2022*, https://www.fiercepharma.com/special-reports/top-10-pharma-drug-brand-ad-spenders-2022 (last visited on 9/20/23).

[127] Adams B, Fierce Pharma, *The top 10 pharma drug ad spenders for 2022*, https://www.fiercepharma.com/special-reports/top-10-pharma-drug-brand-ad-spenders-2022 (last visited on 9/20/23).

[128] Adams B, Fierce Pharma, *The top 10 pharma drug ad spenders for 2022*, https://www.fiercepharma.com/special-reports/top-10-pharma-drug-brand-ad-spenders-2022 (last visited on 9/20/23).

than 60% of the Novo Nordisk Defendants' television advertisement budget was for a single ad "Down With Rybelsus" that sought to make the case for switching from other GLP-1 RA's to Rybelsus.[129] The commercial featured an actor playing a physician with a voice-over stating that Rybelsus lowered A1C better than "a leading branded pill", referring to Merck & Co.'s diabetes drug, Januvia.[130] The television ad identified only one "serious side effect" of taking Rybelsus, pancreatitis.[131] As a result of its GLP-1 RA treatments, including Rybelsus, the Novo Nordisk Defendants forecast sales growth of 13% to 19% for 2023.[132]

140.    On July 5, 2023, it was reported that the Novo Nordisk Defendants had spent $11,000,000 on food and travel for doctors as part of their efforts to promote their GLP-1 medications, including Rybelsus. In 2022 alone, the Novo Nordisk Defendants bought more than 457,000 meals to educate doctors and other prescribers about its GLP-1, with nearly 12,000 doctors receiving more than 50 meals and snacks from Novo Nordisk Defendants. In 2022, the Novo Nordisk Defendants also spent $2 million flying doctors to London, Paris, Orlando, and Honolulu related to its GLP-1s.[133]

141.    On July 21, 2023, it was reported that Novo Nordisk had purchased more than 457,000 meals—at a total price of more than $9 million—to educate prescribers about its GLP-1s. The president and CEO of the Alliance of Community, who was interviewed for the article, described the expenditures as "outrageous" and suggested that the millions Novo Nordisk spent marketing its drugs to prescribers would be better used furthering research about their potential

---

[129] *Down With RYBELSUS*, https://www.ispot.tv/ad/btuw/rybelsus-down-with-rybelsus (last visited on 9/20/23).
[130] *Down With RYBELSUS*, https://www.ispot.tv/ad/btuw/rybelsus-down-with-rybelsus (last visited on 9/20/23).
[131] *Down With RYBELSUS*, https://www.ispot.tv/ad/btuw/rybelsus-down-with-rybelsus (last visited on 9/20/23).
[132] Adams B, Fierce Pharma, *The top 10 pharma drug ad spenders for 2022*, https://www.fiercepharma.com/special-reports/top-10-pharma-drug-brand-ad-spenders-2022 (last visited on 9/20/23).
[133] Florko, N, *Novo Nordisk bought prescribers over 450,000 meals and snacks to promote drugs like Ozempic,* National Center for Health Research (July 5, 2023), available at https://www.center4research.org/novo-nordisk-gave-doctors-450000-meals-ozempic (last visited on 9/20/23).

side effects and long-term effectiveness. The author pointed out that research published in spring 2023 "suggested that GLP-1s could put patients at an elevated risk of a potentially fatal gastrointestinal condition that requires surgery."[134]

142.    As a result of the Novo Nordisk Defendants' advertising and promotion efforts, Rybelsus has been widely used throughout the United States. In its inaugural year alone, Rybelsus "defied full-year sales expectations in 2020" topping $350 million. Over 80% of these Rybelsus prescriptions were from patients new to the GLP-1 RA class, not significantly dipping into the Novo Nordisk Defendants' already strong market position with Ozempic.[135]

143.    On TikTok, there are currently over 54.5M views on #rybelsus-review, 46 million views on #rybelsus, and 44.1M views on #rybelsus-experience.[136]

144.    On June 15, 2023, NBC News published a report about the thousands of weight loss advertisements on social media for Defendants' drugs, including Rybelsus. While many of those ads were found to be from online pharmacies, medical spas, and diet clinics, as of June of 2023 the Novo Nordisk Defendants were still running online social-media ads for their semaglutide products, despite claiming in May that they would stop running ads due to a shortage of the drug.[137]

145.    On June 25, 2023, NBC News reported that the Novo Nordisk Defendants anticipate filing for FDA approval for Rybelsus for weight loss in people who are obese or

---

[134] Erin Prater, *Ozempic manufacturer Novo Nordisk spent $11 million last year 'wining and dining' doctors. Experts slam the move as a breach of doctor-patient trust,* Fortune Well (July 21, 2023), available at https://fortune.com/well/2023/07/21/ozempic-novo-nordisk-meals-travel-prescribing-doctors/ (last visited on 9/19/23).
[135] *Novo Nordisk's Rybelsus launch defied 2020 full-year sales expectations, despite the economic impacts of the Covid-19 pandemic*, Pharmaceutical Technology (February 12, 2001), available at https://www.pharmaceutical-technology.com/comment/novo-nordisk-rybelsus-launch-sales (last visited on 9/20/23).
[136] https://www.tiktok.com/discover/rybelsus-review; https://www.tiktok.com/discover/rybelsus; https://www.tiktok.com/discover/rybelsus-experience (last visited on 9/22/23).
[137] Ingram D, *More than 4,000 ads for Ozempic-style drugs found running on Instagram and Facebook*, NBC News (June 15, 2023), available at https://www.nbcnews.com/tech/internet/ozempic-weight-loss-drug-ads-instagram-wegovy-semaglutide-rcna88602 (last visited on 9/19/23).

overweight, and do not have type 2 diabetes. ADA chief scientist, Dr. Robert Gabbay, called the development "a game changer."[138]

146.    At all relevant times, Novo Nordisk was in the business of and did design, research, manufacture, test, advertise, promote, market, sell, and/or distribute Rybelsus.

### 13.    Novo Nordisk's Marketing and Promotion of Saxenda

147.    On December 23, 2014, Novo Nordisk announced the approval of Saxenda (liraglutide 3 mg) as the first, once-daily human GLP-1 analogue for the treatment of obesity. In its announcement, Novo Nordisk's executive vice president and chief science officer, Mads Krogsgaard Thomsen, touted that "[m]any people with obesity suffer from comorbidities. Saxenda has the potential to help some of these people achieve and maintain clinically significant weight loss and improve their weight-related comorbidities."[139]

148.    An article published in Fierce Biotech described the approval of Saxenda as "a milestone for [Novo Nordisk] as it blueprints a future in the obesity drug market." The author reported that Novo Nordisk believes "Saxenda will serve as a springboard into a bright future developing weight-loss treatments" and had already planned "to make obesity a full-fledged therapeutic area" despite the recent history of disappointing launches for other weight-loss therapies due to safety concerns and payer disinterest.[140]

149.    On April 22, 2015, Novo Nordisk announced that Saxenda was commercially available in the United States as "a new treatment that can provide some patients who have obesity

---

[138] Lovelace, B, *Effective pills for weight loss, including an oral version of Ozempic, are on the horizon,* NBC News (June 25, 2023), available at https://www.nbcnews.com/health/health-news/effective-pills-weight-loss-oral-version-ozempic-are-horizon-rcna90981 (last visited on 9/20/23).

[139] Novo Nordisk, *Novo Nordisk receives FDA approval for Saxenda for the treatment of obesity* (December 23, 2014), available at https://www.novonordisk.com/content/nncorp/global/en/news-and-media/news-and-ir-materials/news-details.html?id=1430 (visited on 11/20/23).

[140] Garde, D., Fierce Biotech, *Novo Nordisk kick-starts its obesity franchise with a long-awaited FDA nod* (December 23, 2014), available at https://www.fiercebiotech.com/regulatory/novo-nordisk-kick-starts-its-obesity-franchise-a-long-awaited-fda-nod (visited on 11/20/23).

or are overweight with comorbidities a new path to achieving clinically meaningful weight loss".[141] Reuters described the launch as "a long-awaited milestone that will provide a new revenue stream for the Danish drugmaker" and noted that Novo Nordisk "expects sales from [the drug] to eventually reach $1 billion a year." Novo Nordisk indicated that it "plans to use 500 of its 3,000-strong U.S. sales force to promote Saxenda[.]"[142]

150.    On April 27, 2017, Novo Nordisk announced that the FDA had approved an updated product label for Saxenda including data showing that approximately half of patients on Saxenda (26% vs 10% on placebo) who lost more than or equal to 5% of their weight after 56 weeks (56% vs 25% on placebo) maintained their weight loss for 3 years. Novo Nordisk stated that the "long- term study data reinforce the established safety profile of Saxenda"; however, it reported that "[t]he most common side effects were gastrointestinal (nausea and diarrhea) and more frequent with Saxenda® treatment than with placebo."[143]

151.    In March 2020, it was reported that "[s]ince its 2014 FDA approval, Saxenda has become a top-selling obesity therapy, with about 56% share of the global obesity prescription drug market, according to Novo Nordisk. In 2019, sales of the product jumped 47% to reach 5.68 billion Danish krones ($850 million)."[144]

---

[141] Novo Nordisk, *Novo Nordisk announces Saxenda® (liraglutide [rDNA origin] injection) is now commercially available in the United States* (April 22, 2015), available at https://www.novonordisk-us.com/media/news-archive/news-details.html?id=36770#:~:text=Approved%20June%208%2C%202014. (visited on 11/20/23).
[142] Jensen, T., et al. Reuters, *Novo launches Saxenda in U.S., sees more launches in 2015* (April 22, 2015), available at https://www.reuters.com/article/us-novonordisk-saxenda/novo-launches-saxenda-in-u-s-sees-more-launches-in-2015-idUSKBN0ND1KX20150422/.
[143] News provided by Novo Nordisk, PR Newswire, *Novo Nordisk Receives FDA Approval of Saxenda® (liraglutide) injection 3 mg Label Update Including Long-Term Safety and Efficacy Data from 3-Year Trial* (April 27, 2017), available at https://www.prnewswire.com/news-releases/novo-nordisk-receives-fda-approval-of-saxenda-liraglutide-injection-3-mg-label-update-including-long-term-safety-and-efficacy-data-from-3-year-trial-300447261.html (visited on 11/20/23).
[144] Liu, A., Fierce Biotech, *Insights into how Novo Nordisk's Saxenda cuts food cravings may inspire new obesity drugs* (March 5, 2020) available at https://www.fiercebiotech.com/research/sickle-cell-gene-therapy-process-may-cause-cancer-linked-mutations-blood-stem-cells (visited on 11/20/23).

152.    On December 4, 2020, Novo Nordisk announced that the FDA had approved an updated label for Saxenda for use in the treatment of obesity in adolescents (12–17 years) with a body weight above 60 kg and an initial BMI corresponding to 30 kg/m2 or greater for adults, as an adjunct to reduced-calorie meals and increased physical activity. The press release stated that "[t]he safety and efficacy of Saxenda® as a treatment for adolescents with obesity is supported by data from a phase 3a trial published earlier this year in the *New England Journal of Medicine*;" however, it was noted that the most common adverse reactions observed in the adolescent population "were gastrointestinal events, including nausea, vomiting and diarrhea."[145]

153.    Novo Nordisk promoted the safety and sale of Saxenda in the United States on its websites, in press releases, through in-person presentations, through the drug's label, in print materials, on social media, and through other public outlets.

154.    In fall 2021, as part of its weight-loss drug promotions, Novo Nordisk launched a celebrity-endorsed, direct-to-consumer obesity awareness campaign designed to steer the narrative about obesity "away from 'blame, shame, bias, and stigma' and toward empathy and understanding" along with a physician education site "*Rethink Obesity*", to persuade doctors to discuss obesity treatment with patients.[146]

155.    In December 2021, Novo Nordisk launched a full-scale television advertisement "*Science for Obesity*" to promote Saxenda exclaiming: "it turns out there's a science to obesity"… to which a would-be patient responds: "which is why my doctor added Saxenda to my weight loss plan." While advising viewers that doctors are prescribing Saxenda because it is scientifically

---

[145] Novo Nordisk, *FDA approves Saxenda® for the treatment of obesity in adolescents aged 12-17* (December 4, 2020), available at https://www.novonordisk-us.com/media/news-archive/news- details.html?id=39225 (visited on 11/20/23).
[146] Natalie Missakian, *Novo Nordisk casts Queen Latifah in TV-themed awareness campaign for obesity*, Fierce Pharma (Nov. 1, 2021), available at https://www.fiercepharma.com/marketing/queen-latifah-tackles-obesity-tv-inspired-awareness-campaign-for-novo-nordisk (visited on 9/19/23).

sound, Novo Nordisk neither mentions nor warns of the risk of developing gastroparesis and its sequelae in the advertisement.[147] Since 2018, Novo Nordisk has spent more than $884,000,000 on television ads in the United States to promote its GLP-1 medications.[148]

156.    On February 2, 2022, Novo Nordisk announced its 2021 financials, in which it reported that its North America operations had increased obesity care sales by 83% at constant exchange rates (CER).[149] An article reporting on the announcement stated that in 2021, Novo Nordisk earned approximately $1.2 billion from sales of Wegovy and its earlier weight loss treatment Saxenda and that Novo Nordisk aimed to increase obesity drug sales to more than $3.7 billion.[150]

157.    On February 8, 2022, it was reported that Novo Nordisk "intends to promote its previous obesity drug Saxenda (liraglutide) to maintain its market share in obesity" to counter the supply issues associated with its obesity drug Wegovy.[151] As a result, sales of Saxenda jumped 53% in 2022, reaching $10.7 billion Danish krones ($1.6 billion USD), and sales have continued to surge in 2023 with sales already hitting $3.3 billion Danish krones ($484 million USD) in the first quarter alone.[152] According to a July 2023 article in Fortune, renewed interest in Saxenda prescriptions jumped nearly 30,000 between May 2023 and June 2023, the biggest monthly jump

---

[147] iSpot.tv, *Saxenda TV Spot, "Science to Obesity"* (Dec. 10, 2021), available at https://www.ispot.tv/ad/q_p4/saxenda-science-to-obesity (visited 11/20/23).

[148] Ritzau, *Novo Nordisk runs TV ads in US for multimillion-dollar sum*, MedWatch (April 26, 2023), available at https://medwatch.com/News/PharmaBiotech/article15680727.ece (visited on 9/26/23).

[149] Novo Nordisk, Company Announcement, *Financial report for the period 1 January 2021 to 31 December 2021* (Feb. 2, 2022), available at https://www.novonordisk.com/content/dam/nncorp/global/en/investors/pdfs/financial-results/2021/Q4-2021-company-announcement.pdf, at 12 (visited on 9/19/2023).

[150] Nate Pagliarulo, *Novo sees fast growth ahead of obesity drugs despite production hurdles*, BioPharmaDive (Mar. 4, 2022), available at https://www.biopharmadive.com/news/novo-wegovy-obesity-sales-demand-outlook/619834/ (visited on 9/19/23).

[151] Globaldata Healthcare, Pharmaceutical Technology, *Novo Nordisk's Wegovy has supply challenges but maintains success in diabetes and obesity space* (March 17, 2023), available at https://www.pharmaceutical-technology.com/comment/novo-nordisks-wegovy-supply-challenges/?cf-view (visited on 11/20/23).

[152] Fierce Pharma, *Obesity drug shortage expands to Saxenda as Novo Nordisk warns of limited supply for 2023 and beyond* (July 19, 2023), available at https://www.fiercepharma.com/pharma/obesity-drug-shortage-expands-saxenda-novo-nordisk-warns-limited-supply-2023-and-beyond (visited 11/20/23).

over the past two years.[153] On July 19, 2023, it was reported that "Saxenda will have limited availability through the end of 2023 because of surging demand." In a statement to Fierce Pharma, a Novo Nordisk spokesperson said the company continues to see demand for Saxenda increase "at a substantial rate" and that "many patients will have difficulty filling their Saxenda prescriptions for the remainder of 2023 and beyond."[154]

158.    In February 2023, the Financial Times reported that Novo Nordisk issued an apology, stating that "its branding was missing from a LinkedIn post promoting online weight loss webinars and e-learning modules" that it sponsored from February 2020 to December 2021. The article noted that "[t]he webinars, which were viewed by thousands of healthcare professionals, preferentially included positive information about Novo Nordisk's weight loss drug Saxenda that the self-regulatory watchdog deemed a "disguised" large-scale promotional campaign.[155] A month later, an article published in the BMJ reported that Novo Nordisk had "been suspended as a member of the Association of the British Pharmaceutical Industry (ABPI) for two years because of 'serious breaches' of the organization's code of practice." According to the publication's author, Novo Nordisk "failed to disclose clearly its sponsorship of a weight management training course for healthcare professionals which included positive information on its obesity drug Saxenda (liraglutide)", and the ABPI "was concerned that Novo Nordisk did not recognize that this was a large scale Saxenda promotional campaign which the company had knowingly paid for and which

---

[153] Court, E., et al., Fortune, *Yet another weight loss drug is now hard to get as high demand creates major shortages* (July 18, 2023), available at https://fortune.com/2023/07/18/weight-loss-drug-saxenda-shortage/ (visited on 11/20/23).

[154] Liu, A., Fierce Pharma, *Obesity drug shortage expands to Saxenda as Novo Nordisk warns of limited supply for 2023 and beyond* (July 19, 2023), available at https://www.fiercepharma.com/pharma/obesity-drug-shortage-expands-saxenda-novo-nordisk-warns-limited-supply-2023-and-beyond (visited on 11/21/23).

[155] Kuchler, H., et al. Financial Times, *Novo Nordisk apologises for not disclosing sponsorship of anti-obesity training* (February 12, 2023), available at https://www.ft.com/content/591772df-0451-4348-9bad-f375ed4b7ede (visited on 11/20/23).

was 'disguised.'"[156]

159.    On May 31, 2023, an article citing Bloomberg Intelligence projected that Novo Nordisk's "megablockbuster" anti-obesity drugs Saxenda and Wegovy are set to haul in $44 billion by the end of the decade. This would be "a major ballooning of the market that was worth just $2.5 billion last year[]", with 70% of sales coming from within the United States. The article speculated that these figures could trend even higher because Novo Nordisk (along with its competitor Eli Lilly) are working on oral versions of their popular weight-loss drugs.[157]

160.    On July 5, 2023, it was reported that Novo Nordisk had spent $11,000,000 on food and travel for doctors as part of their efforts to promote their GLP-1 medications, including Saxenda. In 2022 alone, Novo Nordisk bought more than 457,000 meals to educate doctors and other prescribers about its GLP-1s, with nearly 12,000 doctors receiving more than 50 meals and snacks from Defendants. In 2022, Novo Nordisk also spent $2 million flying doctors to London, Paris, Orlando, and Honolulu related to its GLP-1s.[158]

161.    On July 21, 2023, it was reported that Novo Nordisk had purchased more than 457,000 meals—at a total price of more than $9 million—to educate prescribers about Saxenda and its other GLP-1s. The president and CEO of the Alliance of Community, who was interviewed for the article, described the expenditures as "outrageous" and suggested that the millions Novo Nordisk spent marketing its drugs to prescribers would be better used furthering research about their potential side effects and long-term effectiveness. The author pointed out that research

---

[156] Wise, J., thebmj, *Novo Nordisk suspended from industry body over serious breaches* (March 17, 2023), available at https://www.bmj.com/content/380/bmj.p634 (visited on 11/20/23).

[157] Fierce Pharma, Marking us thinner will see fatter profits for pharma as Bloomberg's crystal ball predicts obesity drug sales hitting $44B by 2030 (May 31, 2023), available at https://www.fiercepharma.com/marketing/making-us-thinner-will-see-fatter-profits-pharma-bloombergs-crystal-balls-predicts (visited 11/20/23).

[158] Florko, N, *Novo Nordisk bought prescribers over 450,000 meals and snacks to promote drugs like Ozempic,* National Center for Health Research (July 5, 2023), available at https://www.center4research.org/novo-nordisk-gave-doctors-450000-meals-ozempic (visited on 9/20/23).

published in spring 2023 "suggested that GLP-1s could put patients at an elevated risk of a potentially fatal gastrointestinal condition that requires surgery."[159]

162.    Saxenda continues to surge in popularity on social media. On TikTok, the hashtag #Saxenda currently has over 615 million views.[160]

163.    At all relevant times, Novo Nordisk was in the business of and did design, research, manufacture, test, advertise, promote, market, sell, and/or distribute Saxenda.

164.    On January 25, 2010, Novo Nordisk announced the FDA's approval of Victoza (liraglutide) as the first once-daily human Glucagon-Like Peptide-1 (GLP-1) analogue developed for the treatment of type 2 diabetes. In the press release, Novo Nordisk announced that: "The US approval of Victoza® represents a major advancement in the treatment of type 2 diabetes and is an important milestone for Novo Nordisk that follows the recent approval in Japan and the ongoing successful launch in Europe."[161]Additionally, the press release included statements from Novo Nordisk's president and CEO, Lars Rebien Sørensen, who said, "We are convinced that Victoza® will prove to be a valuable treatment option for people with type 2 diabetes in the US."[162]

165.    Upon the approval of Victoza on January 25, 2010, the president of Novo Nordisk Inc. indicated that Victoza "provides a once-a-day treatment that not only lowers blood sugar, but helps reduce weight." [163] Although a press release accompanying Victoza's approval

---

[159] Erin Prater, *Ozempic manufacturer Novo Nordisk spent $11 million last year 'wining and dining' doctors. Experts slam the move as a breach of doctor-patient trust,* Fortune Well (July 21, 2023), available at https://fortune.com/well/2023/07/21/ozempic-novo-nordisk-meals-travel-prescribing-doctors/ (visited on 9/19/23).
[160] https://www.tiktok.com/tag/saxenda (visited on 11/20/23).
[161] *Novo Nordisk Receives US Approval for Victoza® (liraglutide) for the Treatment of Type 2 Diabetes*, Novo Nordisk (Jan. 25, 2010), available at https://www.novonordisk.com/content/nncorp/global/en/news-and-media/news-and-ir-materials/news-details.html?id=3213 (last accessed 1/14/25).
[162] *Novo Nordisk Receives US Approval for Victoza® (liraglutide) for the Treatment of Type 2 Diabetes*, Novo Nordisk (Jan. 25, 2010), available at https://www.novonordisk.com/content/nncorp/global/en/news-and-media/news-and-ir-materials/news-details.html?id=3213 (last accessed 1/14/25).
[163] *Novo Nordisk Makes Victoza® Commercially Available in the United States*, PR Newswire (Feb. 16, 2010) available at https://www.prnewswire.com/news-releases/novo-nordisk-makes-victozar-commercially-available-in-the-united-states-84463542.html (last visited 1/14/2025).

acknowledged that "gastrointestinal adverse events, including nausea, vomiting, and diarrhea" were among the most common adverse reactions reported with use of Victoza, the press release did not indicate that those common adverse reactions were symptoms of gastroparesis or warn of the risk of gastroparesis or its sequelae.[164]

166.    Upon the approval of Victoza on January 25, 2010, the president of Novo Nordisk Inc. indicated that Victoza "provides a once-a-day treatment that not only lowers blood sugar, but helps reduce weight."[165] Although a press release accompanying Victoza's approval acknowledged that "gastrointestinal adverse events, including nausea, vomiting, and diarrhea" were among the most common adverse reactions reported with use of Victoza, the press release did not indicate that those common adverse reactions were symptoms of ileus and/or intestinal obstruction or warn of the risk of ileus and/or intestinal obstruction or their sequelae.[166]

167.    On August 9, 2010, CBS News reported that after making Victoza available in the US starting in February, the drug accounted for 26% of all GLP-1 agonist class prescriptions and 33.9% of all new GLP-1 diabetes patient starts. [167]

168.    On October 21, 2010, Novo Nordisk launched a new consumer campaign with featured print ads and a refurbished website which advertised Victoza's ability to bring down blood sugar levels and body weight in patients with type 2 diabetes, even though it is not a weight loss

---

[164] *Novo Nordisk Receives US Approval for Victoza® (liraglutide) for the Treatment of Type 2 Diabetes*, Novo Nordisk (Jan. 25, 2010), available at https://www.novonordisk.com/content/nncorp/global/en/news-and-media/news- and-ir-materials/news-details.html?id=3213 (last accessed 1/14/25).
[165] *Novo Nordisk Makes Victoza® Commercially Available in the United States*, PR Newswire (Feb. 16, 2010) available at https://www.prnewswire.com/news-releases/novo-nordisk-makes-victozar-commercially-available-in-the-united-states-84463542.html (last visited 1/14/2025).
[166] *Novo Nordisk Receives US Approval for Victoza® (liraglutide) for the Treatment of Type 2 Diabetes*, Novo Nordisk (Jan. 25, 2010), available at https://www.novonordisk.com/content/nncorp/global/en/news-and-media/news-and-ir-materials/news-details.html?id=3213 (last accessed 1/14/25).
[167] David Phillips, *Simple Sells: How Diabetes Drug Victoza Challenges Amylin and Lilly's Byetta*, CBS News (Aug. 9, 2010), available at https://www.cbsnews.com/news/simple-sells-how-diabetes-drug-victoza-challenges-amylin-and-lillys-byetta/ (last visited 1/15/2025).

drug.[168] The new consumer campaign was developed to "inform people with type 2 diabetes about the availability and benefits of Victoza, and to encourage a dialogue between people with type 2 diabetes and their physicians."[169]

169.    Novo Nordisk promoted the safety and sale of Victoza in the United States on its websites, in press releases, through in-person presentations, through the drug's label, in print materials, on social media, and through other public outlets.

170.    In March 2014, Novo Nordisk released a television ad for Victoza where hall of fame basketball player, Dominique Wilkin, is taking charge of his type-2 diabetes with non-insulin Victoza.[170] In the ad, the Novo Nordisk advertised that "Victoza is not for weight loss, but it may help you lose some weight."

171.    From January 2015 to September 2018, Novo Nordisk spent more than $325 million on national TV media to advertise Victoza.[171]

172.    At all relevant times, Novo Nordisk was in the business of and did design, research, manufacture, test, advertise, promote, market, sell, and/or distribute Victoza.

**B. The Medical Literature and Clinical Trials Gave Defendants Notice of Gastroparesis, Ileus, Intestinal Obstruction and Their Sequelae Being Causally Associated with GLP-1 RAs**

173.    Medications within the GLP-1 RA class of drugs mimic the activities of physiologic GLP-1, which is a gut hormone that activates the GLP-1 receptor in the pancreas to stimulate the

---

[168] Ben Comer, *Novo Launches New Consumer Ads for Victoza, Medical Marketing and Media*, (Oct. 21, 2010), available at https://www.mmm-online.com/home/channel/novo-launches-new-consumer-ads-for-victoza/ (last visited 1/15/25).

[169] Ben Comer, *Novo Launches New Consumer Ads for Victoza, Medical Marketing and Media*, (Oct. 21, 2010), available at https://www.mmm-online.com/home/channel/novo-launches-new-consumer-ads-for-victoza/ (last visited 1/15/25).

[170] *Victoza TV Commercial Featuring Dominique Wilkins*, iSpot.tv (Mar. 10, 2014) available at https://www.ispot.tv/ad/7grC/victoza-featuring-dominique-wilkins (last visited 1/15/2025).

[171] Beth Snyder Bulik, *Novo Nordisk's Ozempic Spends Big on TV in August but still Trails AbbVie, Pfizer Big Guns, Fierce Pharma*, (Sept. 5, 2018) available at https://www.fiercepharma.com/marketing/novo-nordisk-ozempic-spends-big-tv-august-still-trailed-abbvie-and-pfizer-spenders (last visited 1/15/2025).

release of insulin and suppress glucagon.[172]

174.    Because the risk of gastroparesis is common to the entire class of drugs, any published literature regarding the association between gastroparesis and *any* GLP-1 RA (such as tirzepatide, exenatide, liraglutide, albiglutide, dulaglutide, lixisenatide, and semaglutide) should have put Defendants on notice of the need to warn patients and prescribing physicians of the risk of gastroparesis associated with these drugs.

175.    In addition to pancreatic effects, the published medical literature shows that GLP-1 slows gastric emptying. As early as 2010, a study published in The Journal of Clinical Endocrinology & Metabolism indicated this effect.[173]

176.    Defendants knew or should have known of this risk of gastroparesis from the clinical trials, medical literature, and case reports.

177.    A 2016 trial funded by Novo Nordisk measuring semaglutide and cardiovascular outcomes in patients with type 2 diabetes found more gastrointestinal disorders in the semaglutide group than in the placebo group, including a severe adverse event report of impaired gastric emptying with semaglutide 0.5 mg together with other serious gastrointestinal adverse events such as abdominal pain (upper and lower), intestinal obstruction, change of bowel habits, vomiting, and diarrhea.[174]

---

[172] Hinnen D, *Glucagon-Like Peptide 1 Receptor Agonists for Type 2 Diabetes*, 30(3) Diabetes Spectr., 202–210 (August 2017), available at https://www.ncbi.nlm.nih.gov/pmc/articles/PMC5556578/ (visited on 9/26/23).

[173] Deane AM et al., *Endogenous Glucagon-Like Peptide-1 Slows Gastric Emptying in Healthy Subjects, Attenuating Postprandial Glycemia*, 95(1) J Clinical Endo Metabolism, 225-221 (January 1, 2010), available at https://academic.oup.com/jcem/article/95/1/215/2835243 (visited on 9/26/23); American Society of Anesthesiologists, *Patients Taking Popular Medications for Diabetes and Weight Loss Should Stop Before Elective Surgery, ASA Suggests* (June 29, 2023), available at https://www.asahq.org/about-asa/newsroom/news-releases/2023/06/patients-taking-popular-medications-for-diabetes-and-weight-loss-should-stop-before-elective-surgery (visited on 9/26/23).

[174] Marso, SP, et al., Semaglutide and Cardiovascular Outcomes in Patients with Type 2 Diabetes, N. Eng. J. Med. 375:1834-1844 (November 2016), available at https://www.nejm.org/doi/10.1056/NEJMoa1607141 (visited on 10/19/23).

178.    Two subjects in a semaglutide trial pool by Novo Nordisk reported moderate adverse events of impaired gastric emptying and both subjects permanently discontinued treatment due to the adverse events. Three subjects also reported mild adverse events of impaired gastric emptying in the semaglutide run-in period of trial 4376. The cardiovascular outcomes trials included two cases of gastroparesis with the first subject being diagnosed with severe gastroparesis after one month in the trial and second subject being diagnosed with gastroparesis after approximately two months in the trial.

179.    A study published in 2017 evaluated the effect of GLP-1 RAs on gastrointestinal tract motility and residue rates and explained that "GLP-1 suppresses gastric emptying by inhibiting peristalsis of the stomach while increasing tonic contraction of the pyloric region." The study authors concluded that the GLP-1 RA drug liraglutide "exhibited gastric-emptying delaying effects" and "the drug also inhibited duodenal and small bowel movements at the same time."[175]

180.    Another study in 2017 reviewed the survey results from 10,987 patients and 851 physicians and found that "GI-related issues were the top two patient-reported reasons for GLP-1RA discontinuation in the past 6 months, with 'Made me feel sick' as the most frequently reported reason (64.4%), followed by 'Made me throw up' (45.4%)."[176] As explained above, these are symptoms of gastroparesis.

181.    A 2019 study of the GLP-1 RA drug dulaglutide identified adverse events for impaired gastric emptying and diabetic gastroparesis.

182.    In August of 2020, medical literature advised that some "patients do not know they

---

[175] Nakatani Y et al., *Effect of GLP-1 receptor agonist on gastrointestinal tract motility and residue rates as evaluated by capsule endoscopy*, 43(5) Diabetes & Metabolism, 430-37 (October 2017), available at https://www.sciencedirect.com/science/article/pii/S1262363617301076 (visited on 9/26/23).
[176] Sikirica M et al., *Reasons for discontinuation of GLP1 receptor agonists: data from a real-world cross-sectional survey of physicians and their patients with type 2 diabetes*, 10 Diabetes Metab. Syndr. Obes., 403-412 (September 2017), available at https://www.ncbi.nlm.nih.gov/pmc/articles/PMC5630073/

have diabetic gastroparesis until they are put on a glucagon-like peptide 1 (GLP-1) receptor agonist such as ... semaglutide ... to manage their blood glucose." The article went on to explain that "[t]his class of drugs can exacerbate the symptoms of diabetic gastroparesis. ... Thus, GLP-1 receptor agonist therapy is not recommended for people who experience symptoms of gastroparesis."[177]

183.    In a September 2020 article funded and reviewed by Novo Nordisk, scientists affiliated with Novo Nordisk reported on two global clinical trials that evaluated the effect of semaglutide in patients with cardiovascular events and diabetes. More patients permanently discontinued taking oral semaglutide (11.6%) than placebo (6.5%) due to adverse events. The most common adverse events associated with semaglutide were nausea (2.9% with semaglutide versus 0.5% with placebo), vomiting (1.5% with semaglutide versus 0.3% with placebo), and diarrhea (1.4% with semaglutide versus 0.4% with placebo). Injectable semaglutide had a discontinuation rate of 11.5-14.5 (versus 5.7-7.6% with placebo) over a two-year period. The authors acknowledged the potential for severe gastrointestinal events, warning that "[f]or patients reporting severe adverse gastrointestinal reactions, it is advised to monitor renal function when initiating or escalating doses of oral semaglutide." For patients with other comorbidities, the study warned that "patients should be made aware of the occurrence of gastrointestinal adverse events with GLP-1 RAs." The study further identified as one "key clinical take-home point" that "patients should be made aware of the occurrence of gastrointestinal adverse events with GLP-1 RAs."[178]

184.    A July 2021 article funded and reviewed by Novo Nordisk considered 23 randomized control trials conducted across the United States, Japan, and China and concluded that

---

[177] Young CF, Moussa M, Shubrook JH, *Diabetic Gastroparesis: A Review*, Diabetes Spectr. (2020), Aug; 33(3): 290–297, available at https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7428659/ (visited on 9/26/23).
[178] Mosenzon O, Miller EM, & Warren ML, *Oral semaglutide in patients with type 2 diabetes and cardiovascular disease, renal impairment, or other comorbidities, and in older patients*, Postgraduate Medicine (2020), 132:sup2, 37-47, available at https://doi.org/10.1080/00325481.2020.1800286 (visited on 9/26/23).

"gastrointestinal disturbances" were "well-known" side effects associated with semaglutide use. When compared with placebos, the subcutaneous (injection) form of the drug induced nausea in up to 20% of patients (versus up to 8% on the placebo group), vomiting in up to 11.5% of patients (versus up to 3% in the placebo group) and diarrhea in up to 11.3% of patients (versus up to 6% in the placebo group). Overall, the percentage of patients experiencing adverse events that led to trial product discontinuation was greatest for gastrointestinal related adverse events, with some trials experiencing 100% discontinuation due to gastrointestinal related adverse events. The mean value of gastrointestinal related adverse events that led to discontinuation averaged 57.75%. The study acknowledges that while nausea and vomiting are unwanted side effects, "they may be partly responsible for aspects of the drug's efficacy[.]"[179]

185.    An October 2021 article in the Journal of Investigative Medicine ("JIM") concluded that because gastroparesis can be associated with several medications, "[i]t is crucial to identify the causative drugs as discontinuation of the drug can result in resolution of the symptoms[.]" In diabetics, making this determination can be particularly "tricky" because both diabetes and GLP-1 RAs can cause delayed gastric emptying. As such, "the timeline of drug initiation and symptom onset becomes of the upmost importance." The authors reviewed two case reports (discussed below) and concluded that history taking and making an accurate diagnosis of diabetic gastroparesis versus medication-induced gastroparesis is critical.[180]

186.    Case Report #1 in JIM involved a 52-year-old female with long-standing (10 years) well-controlled, type 2 diabetes who had been taking weekly semaglutide injections approximately

---

[179] Smits MM & Van Raalte DH (2021), *Safety of Semaglutide*, Front. Endocrinol., 07 July 2021, doi: 10.3389/fendo.2021.645563, available at https://www.ncbi.nlm.nih.gov/pmc/articles/PMC8294388/ (visited on 9/26/23).
[180] Kalas MA, Galura GM, McCallum RW, *Medication-Induced Gastroparesis: A Case Report*, J Investig Med High Impact Case Rep. 2021 Jan-Dec; 9: 23247096211051919, available at https://www.ncbi.nlm.nih.gov/pmc/articles/PMC8529310/ (visited on 9/26/23).

one month prior to the onset of gastroparesis symptoms. The patient was referred with a 7-month history of post-prandial epigastric pain, accompanied by fullness, bloating, and nausea. A gastric emptying study showed a 24% retention of isotope in the patient's stomach at four hours, indicative of delayed gastric emptying. The patient discontinued semaglutide and her symptoms resolved after six weeks. The case report authors concluded that "thorough history taking revealed the cause [of gastroparesis] to be medication induced."[181]

187.    Case Report #2 in JIM involved a 57-year-old female with a long-standing (16 years) type 2 diabetes who had been taking weekly dulaglutide injections (another GLP-1 RA) for 15 months and suffering from abdominal bloating, nausea, and vomiting for 12 of those months. A gastric emptying study showed 35% retention of isotope in the patient's stomach at four hours, indicating delayed gastric emptying. After discontinuing dulaglutide, the patient experienced a gradual resolution of symptoms over a four-week period.[182]

188.    A June 2022 study reported GLP-1 RA Mounjaro (tirzepatide) adverse events of vomiting, nausea, and "severe or serious gastrointestinal events."[183]

189.    An October 2022 study analyzed 5,442 GLP-1 RA adverse gastrointestinal events. 32% were serious, including 40 deaths, 53 life-threatening conditions, and 772 hospitalizations. The primary events were nausea and vomiting. There were also adverse events for impaired gastric emptying.[184]

---

[181] Kalas MA, Galura GM, McCallum RW, *Medication-Induced Gastroparesis: A Case Report*, J Investig Med High Impact Case Rep. 2021 Jan-Dec; 9: 23247096211051919, available at https://www.ncbi.nlm.nih.gov/pmc/articles/PMC8529310/ (visited on 9/26/23).
[182] Kalas MA, Galura GM, McCallum RW, *Medication-Induced Gastroparesis: A Case Report*, J Investig Med High Impact Case Rep. 2021 Jan-Dec; 9: 23247096211051919, available at https://www.ncbi.nlm.nih.gov/pmc/articles/PMC8529310/ (visited on 9/26/23).
[183] Jastreboff, *Tirzepatide Once Weekly for the Treatment of Obesity*, N Engl J Med, at 214 (June 4, 2022) (https://doi.org/10.1056/nejmoa2206038).
[184] Shu, *Gastrointestinal adverse events associated with semaglutide: A pharmacovigilance study based on FDA adverse event reporting system*, Front. Public Health (Oct. 20, 2022). (https://doi.org/10.3389%2Ffpubh.2022.996179).

190.    A January 2023 meta-analysis of GLP-1 RA (Mounjaro) adverse events reported high rates of nausea and vomiting.[185]

191.    In February 2023, a longitudinal study of GLP-1 RA (dulaglutide) reported adverse events for nausea and vomiting, and one adverse event of impaired gastric emptying.[186]

192.    On March 28, 2023, a case study concluded that impaired gastric emptying is "a significant safety concern, especially since it is consistent with the known mechanism of action of the drug."[187]

193.    On June 29, 2023, the American Society of Anesthesiologists ("ASA") warned that patients taking semaglutide and other GLP-1 RAs should stop the medication at least a week before elective surgery because these medications "delay gastric (stomach) emptying" and "the delay in stomach emptying could be associated with an increased risk of regurgitation and aspiration of food into the airways and lungs during general anesthesia and deep sedation." The ASA also warned that the risk is higher where patients on these medications have experienced nausea and vomiting.[188]

194.    News sources have identified the potential for serious side effects in users of Ozempic, including gastroparesis, leading to hospitalization.[189] For example, NBC News reported

---

[185] Mirsha, *Adverse Events Related to Tirzepatide*, J. of Endocrine Society (Jan. 26, 2023) (https://doi.org/10.1210%2Fjendso%2Fbvad016).

[186] Chin, *Safety and effectiveness of dulaglutide 0.75 mg in Japanese patients with type 2 diabetes in real-world clinical practice: 36 month postmarketing observational study*, J Diabetes Investig (Feb. 2023) (https://doi.org/10.1111%2Fjdi.13932).

[187] Klein, Semaglutide, delayed gastric emptying, and intraoperative pulmonary aspiration: a case report, Can J. Anesth (Mar. 28, 2023) (https://doi.org/10.1007/s12630-023-02440-3).

[188] American Society of Anesthesiologists, *Patients Taking Popular Medications for Diabetes and Weight Loss Should Stop Before Elective Surgery, ASA Suggests* (June 29, 2023), available at https://www.asahq.org/about-asa/newsroom/news-releases/2023/06/patients-taking-popular-medications-for-diabetes-and-weight-loss-should- stop-before-elective-surgery (visited on 9/26/23).

[189] Penny Min, *Ozempic May Cause Potential Hospitalizations*, healthnews (June 26, 2023), available at https://healthnews.com/news/ozempic-may-cause-potential-hospitalizations/ (visited on 9/26/23); Elizabeth Laura Nelson, *These Are the 5 Most Common Ozempic Side Effects, According to Doctors*, Best Life (April 3, 2023), available at https://bestlifeonline.com/ozempic-side-effects-news/ (visited on 9/26/23); Cara Shultz, *Ozempic and Wegovy May Cause Stomach Paralysis in Some Patients*, People (July 26, 2023), available at

in January 2023 that some Ozempic users were discontinuing use because their symptoms were unbearable, and one user said that five weeks into taking the medication she found herself unable to move off the bathroom floor because she had "vomited so much that [she] didn't have the energy to get up."[190] CNN reported in July that one Ozempic user diagnosed with gastroparesis vomits so frequently that she had to take a leave of absence from her teaching job.[191]

195.    A July 25, 2023, article in Rolling Stone magazine—"*Ozempic Users Report Stomach Paralysis from Weight Loss Drug: 'So Much Hell'*"—highlighted three patients who have suffered severe gastrointestinal related events, including gastroparesis, as a result of their use of GLP-1 RAs. Patient 1 (female, age 37) reported incidents of vomiting multiple times per day and being unable to eat. The patient's physician diagnosed her with severe gastroparesis and concluded that her problems were caused and/or exacerbated by her use of a GLP-1 RA medication. Patient 2 (female) used Ozempic for one year and reported incidents of vomiting, including multiple times per day. The patient's physician diagnosed her with severe gastroparesis related to her Ozempic use. Patient 3 (female, age 42) experienced severe nausea both during and after she discontinued use of a GLP-1 RA. In a statement to Rolling Stone, Novo Nordisk acknowledged that "[t]he most common adverse reactions, as with all GLP-1 RAs, are gastrointestinal related." Novo Nordisk further stated that while "GLP-1 RAs are known to cause a delay in gastric emptying, … [s]ymptoms of delayed gastric emptying, nausea and vomiting are listed as side effects." Novo

---

https://people.com/ozempic-wegovy-weight-loss-stomach-paralysis-7565833 (visited on 9/26/23); CBS News Philadelphia, *Popular weight loss drugs Ozempic and Wegovy may cause stomach paralysis, doctors warn* (July 23, 2023), available at https://www.cbsnews.com/philadelphia/news/weight-loss-drugs-wegovy-ozempic-stomach-paralysis/ (visited on 9/26/23).

[190] Bendix A, Lovelace B Jr., *What it's like to take the blockbuster drugs Ozempic and Wegovy, from severe side effects to losing 50 pounds*, NBC News (Jan. 29, 2023), available at https://www.nbcnews.com/health/health-news/ozempic-wegovy-diabetes-weight-loss-side-effects-rcna66493 (visited on 9/26/23).

[191] Brenda Goodman, *They took blockbuster drugs for weight loss and diabetes. Now their stomachs are paralyzed*, CNN (July 25, 2023), available at https://www.cnn.com/2023/07/25/health/weight-loss-diabetes-drugs-gastroparesis/index.html (visited on 9/26/23).

Nordisk did not claim to have warned consumers about gastroparesis or other severe gastrointestinal issues.[192]

196.    On July 25, 2023, CNN Health reported that patients taking Ozempic have been diagnosed "with severe gastroparesis, or stomach paralysis, which their doctors think may have resulted from or been exacerbated by the medication they were taking, Ozempic." Another patient taking Wegovy (semaglutide) suffered ongoing nausea and vomiting, which was not diagnosed, but which needed to be managed with Zofran and prescription probiotics.[193]

197.    On July 26, 2023, a New York hospital published an article to its online health blog section "What You Need to Know About Gastroparesis" entitled "Delayed Stomach Emptying Can Be Result of Diabetes or New Weight-Loss Medicines." It was reported that a growing number of gastroparesis cases had been seen in people taking GLP-1 RAs. The article noted that the weight- loss drugs can delay or decrease the contraction of muscles that mix and propel contents in the gastrointestinal tract leading to delayed gastric emptying. One concern raised was that patients and doctors often assume the symptoms of gastroparesis are reflux or other gastrointestinal conditions, meaning it may take a long time for someone to be diagnosed correctly.[194]

198.    In an October 5, 2023, Research Letter published in the Journal of the American Medical Association ("JAMA"), the authors examined gastrointestinal adverse events associated with GLP-1 RAs used for weight loss in clinical setting and reported that use of GLP-1 RAs compared with use of bupropion-naltrexone was associated with increased risk of pancreatitis,

---

[192] CT Jones, *Ozempic Users Report Stomach Paralysis from Weight Loss Drug: 'So Much Hell'*, Rolling Stone (July 25, 2023), available at https://www.rollingstone.com/culture/culture-news/ozempic-stomach-paralysis-weight-loss-side-effects-1234794601 (visited on 9/26/23).
[193] Brenca Goodman, *They took blockbuster drugs for weight loss and diabetes. Now their stomachs are paralyzed,* CNN Health (July 25, 2023), available at https://www.cnn.com/2023/07/25/health/weight-loss-diabetes-drugs-gastroparesis (last visited on 9/26/23).
[194] *Delayed Stomach Emptying Can Be Result of Diabetes or New Weight-Loss Medicines*, Montefiore Health Blog article (released July 26, 2023), available at https://www.montefiorenyack.org/health-blog/what-you-need-know-about-gastroparesis (last visited on 9/26/2023).

gastroparesis, and bowel obstruction.[195] The study found that patients prescribed GLP-1 RAs were at 4.22 times higher risk of intestinal obstruction and at 3.67 times higher risk of gastroparesis.

199.    The medical literature listed above is not a comprehensive list, and several other case reports have indicated that GLP-1 RAs can cause gastroparesis and impaired gastric emptying.[196]

200.    Defendants knew or should have known of the causal association between the use of GLP-1 RAs and the risk of developing gastroparesis and its sequelae, but they ignored the causal association. Defendants' actual and constructive knowledge derived from their clinical studies, case reports, medical literature, including the medical literature and case reports referenced above in this Complaint.

201.    On information and belief, Defendants not only knew or should have known that their GLP-1 RAs cause delayed gastric emptying, resulting in risks of gastroparesis, but they may have sought out the delayed gastric emptying effect due to its association with weight loss. For example, a recent study published in 2023 notes that "it has been previously proposed that long-acting GLP-1 RAs could hypothetically contribute to reduced energy intake and weight loss by delaying GE [gastric emptying,]" and the study authors suggested "further exploration of peripheral mechanisms through which s.c. semaglutide, particularly at a dose of 2.4. mg/week,

---

[195] Mohit Sodhi, et al., *Risk of Gastrointestinal Adverse Events Associated with Glucagon-Like Peptide-1 Receptor Agonists for Weight Loss*, JAMA (published online October 5, 2023), available at https://jamanetwork.com/journals/jama/fullarticle/2810542 (last visited 10/19/23).
[196] Cure, *Exenatide and Rare Adverse Events*, N. Eng. J. Med. (May 1, 2008) (https://doi.org/10.1056/nejmc0707137); Rai, *Liraglutide-induced Acute Gastroparesis*, Cureus (Dec. 28, 2018) (https://doi.org/10.7759%2Fcureus.3791); Guo, *A Post Hoc Pooled Analysis of Two Randomized Trials*, Diabetes Ther (2020) (https://doi.org/10.1007%2Fs13300-020-00869-z); Almustanyir, *Gastroparesis With the Initiation of Liraglutide: A Case Report*, Cureus (Nov. 28, 2020) (https://doi.org/10.7759/cureus.11735); Ishihara, *Suspected Gastroparesis With Concurrent Gastroesophageal Reflux Disease Induced by Low-Dose Liraglutide*, Cureus (Jul. 16, 2022) (https://doi.org/10.7759/cureus.26916); Preda, *Gastroparesis with bezoar formation in patients treated with glucagon-like peptide-1 receptor agonists: potential relevance for bariatric and other gastric surgery*, BJS Open (Feb. 2023) (https://doi.org/10.1093%2Fbjsopen%2Fzrac169).

could potentially contribute to reduced food and energy intake."[197]

### C. Defendants Failed to Warn of the Risk of Gastroparesis, Ileus, Intestinal Obstruction and Their Sequelae

202.    The Prescribing Information for Ozempic (the "label") discloses "Warnings and Precautions" and "Adverse Reactions" but does not adequately warn of the risk of gastroparesis, ileus, intestinal obstruction, and their sequelae.[198]

203.    The Ozempic label lists nausea, vomiting, diarrhea, abdominal pain, and constipation as common adverse reactions reported in Ozempic patients, but it does not include these adverse reactions in its "Warnings and Precautions" section, nor does it warn that these adverse reactions are symptoms of more severe conditions, including gastroparesis, ileus, intestinal obstruction, and their sequelae. In fact, gastroparesis and intestinal obstruction are not mentioned at all in the label.

204.    On September 22, 2023, Novo Nordisk changed the Ozempic label by adding "Gastrointestinal Disorders: Ileus" to the "Adverse Reactions" section of the label under a subheading of "Postmarketing Experience".[199] The label notes that ileus has "been reported during post-approval use of semaglutide, the active ingredient of OZEMPIC." Still, however, Novo Nordisk downplays the severity of the risk, does not warn that Ozempic can cause ileus, and does not include ileus as a risk in the "Warnings and Precautions" section of the label, even though Novo Nordisk had knowledge of the risk.

205.    Instead of properly disclosing gastrointestinal risks, the label discloses delayed

---

[197] Jensterle M et al., *Semaglutide delays 4-hour gastric emptying in women with polycystic ovary syndrome and obesity*, 25(4) Diabetes Obes. Metab. 975-984 (April 2023), available at https://dom-pubs.onlinelibrary.wiley.com/doi/epdf/10.1111/dom.14944 (visited on 9/26/23).
[198] https://www.novo-pi.com/ozempic.pdf
[199] https://www.accessdata.fda.gov/scripts/cder/safetylabelingchanges/index.cfm?event=searchdetail.page&DrugNameID=2183

gastric emptying in the "Drug Interaction" section and notes that Ozempic "may impact absorption of concomitantly administered oral medications." Similarly, in the "Mechanism of Action" section, the label minimizes gastrointestinal risks by stating that "[t]he mechanism of blood glucose lowering also involves a minor delay in gastric emptying in the early postprandial phase." These statements only describe the drug's mechanism of action and do not disclose gastroparesis, ileus, intestinal obstruction, and their sequelae as *risks* of taking Ozempic, nor do they disclose gastroparesis as a chronic condition that can result as a consequence of taking Ozempic.

206.    Similarly, Novo Nordisk's main promotional website for Ozempic (ozempic.com) includes a variety of information about the benefits of Ozempic relating to blood sugar, cardiovascular health, and weight loss, as well as "Important Safety Information" – however, Novo Nordisk does not disclose the risk of gastroparesis, ileus or intestinal obstruction within the "Important Safety Information" section of their promotional website.[200]

207.    None of Defendants' additional advertising or promotional materials warned prescription providers or the general public of the risks of gastroparesis, ileus, intestinal obstruction and their sequelae associated with GLP-1 RAs.

208.    In January 2020, Novo Nordisk removed the "Instructions" portion from Section 17 "Patient Counseling Information" of the Ozempic label, which had instructed prescribers to "[a]dvise patients that the most common side effects of Ozempic are nausea, vomiting, diarrhea, abdominal pain and constipation." These instructions were present in the 2017 and 2019 labels.

209.    The 2017 and 2019 labels for Ozempic also instructed physicians that "vomiting … decreases over time in the majority of patients." As a result, a physician would not only fail to appreciate vomiting as a symptom of gastroparesis but, even worse, would encourage a patient to

---

[200] *See* Ozempic.com (visited on 10/16/23).

continue using Ozempic despite symptoms of gastroparesis.

210.    In its section on "Females and Males of Reproductive Potential," the Ozempic label advises female users to discontinue Ozempic at least 2 months before a planned pregnancy due to the long washout period for semaglutide. This demonstrates that Novo Nordisk knew or should have known that symptoms, such as continuous and violent vomiting, can linger long after the drugs are discontinued and shows the need to warn of gastroparesis, ileus, intestinal obstruction, and their sequelae.

211.    From the date Novo Nordisk received FDA approval to market Ozempic until the present time, Novo Nordisk made, distributed, marketed, and/or sold Ozempic without adequate warning to Plaintiff's prescribing physician(s) and/or Plaintiff that Ozempic was causally associated with and/or could cause gastroparesis, ileus, intestinal obstruction and their sequelae.

212.    The Prescribing Information for Trulicity (the "Trulicity label") discloses "Warnings and Precautions" and "Adverse Reactions" but does not adequately warn of the risk of gastroparesis and its sequalae.[201]

213.    The Trulicity label lists nausea, vomiting, diarrhea, abdominal pain, and decreased appetite as the most common adverse reactions reported in Trulicity patients, but it does not include these adverse reactions in its "Warnings and Precautions" section, nor does it warn that these adverse reactions are symptoms of more severe conditions, including gastroparesis. While the Warnings and Precautions section indicates that "Use of TRULICITY may be associated with gastrointestinal adverse reactions, sometime severe," the warning is lacking in urgency and specificity.[202]

---

[201] *See* Trulicity Label (revised Nov. 2022), available at
https://www.accessdata.fda.gov/drugsatfda_docs/label/2022/125469s051lbl.pdf (last visited Nov. 15, 2023).
[202] *See* Trulicity Label (revised Nov. 2022), available at
https://www.accessdata.fda.gov/drugsatfda_docs/label/2022/125469s051lbl.pdf (last visited Nov. 15, 2023).

214.    At all times, Trulicity's label has indicated that Trulicity delays gastric emptying and that the delay in gastric emptying "diminishes with subsequent doses." However, Trulicity's label has never warned that Trulicity can cause gastroparesis or its sequelae.

215.    Instead of properly disclosing gastrointestinal risks, the label for Trulicity encourages prescribing physicians and patients to ignore the signs of gastroparesis and continue therapy with Trulicity because the Drug Interactions and Clinical Pharmacology sections of the Trulicity label state that the delayed gastric emptying caused by Trulicity "is largest after the first dose and diminishes with subsequent doses."[203]

216.    Similarly, Eli Lilly's main promotional website for Trulicity (trulicity.com) includes a variety of information about the benefits of Trulicity relating to blood sugar, cardiovascular health, and weight loss, and includes a section about "Side Effects" and a sidebar containing a "SAFETY SUMMARY WITH WARNINGS." However, Eli Lilly does not disclose the risk of gastroparesis within either the "Side Effects" or "SAFETY SUMMARY WITH WARNINGS" sections of the website.[204]

217.    Nothing in the Trulicity label has ever disclosed gastroparesis as a ***risk*** of taking Trulicity.

218.    The Prescribing Information for Rybelsus discloses warnings, precautions, and adverse reactions causally associated with Rybelsus, but it does not disclose the risk of gastroparesis. Instead, it discloses delayed gastric emptying under the "Drug Interactions" heading and notes that Rybelsus "has the potential to impact the absorption of other oral medications." Further, under the "Mechanism of Action" section, the Prescribing Information states that "[t]he

---

[203] *See* Trulicity Label (revised Nov. 2022), available at
https://www.accessdata.fda.gov/drugsatfda_docs/label/2022/125469s051lbl.pdf (last visited Nov. 15, 2023).
[204] *See* Trulicity.com (last visited Nov. 15, 2023).

mechanism of blood glucose lowering also involves a minor delay in gastric emptying in the early postprandial phase."[205] These statements do not disclose gastroparesis or delayed gastric emptying as ***risks*** of taking Rybelsus, nor do they disclose gastroparesis as a side effect or condition that can result as a consequence of taking Rybelsus.

219.    The Rybelsus label lists nausea, abdominal pain, diarrhea, decreased appetite, vomiting and constipation as common adverse reactions reported in Rybelsus patients but does not include vomiting in its "Warnings and Precautions" section, and it does not indicate a severity of risk.[206] Gastroparesis is not mentioned at all.

220.    Similarly, the Novo Nordisk Defendants' main promotional website for Rybelsus (rybelsus.com) includes a variety of information about the benefits of Rybelsus relating to blood sugar and weight loss, as well as "Important Safety Information"; however, Novo Nordisk Defendants do not disclose any risks causally associated with gastroparesis within the "Important Safety Information" section or elsewhere on their promotional website.[207]

221.    The Prescribing Information for Mounjaro discloses "Warnings and Precautions" and "Adverse Reactions" but does not adequately warn of the risk of gastroparesis and its sequalae.[208]

222.    The Mounjaro label lists nausea, diarrhea, decreased appetite, vomiting, constipation, dyspepsia, and abdominal pain as common adverse reactions, but it does not indicate a severity of symptoms. Even though the label warns about the risk of Severe Gastrointestinal

---

[205] Rybelsus prescribing information, available at http https://www.novo-pi.com/rybelsus.pdf (last visited on 9/20/23).
[206] Rybelsus prescribing information, available at http https://www.novo-pi.com/rybelsus.pdf (last visited on 9/20/23).
[207] *See* Rybelsus.com (last visited on 9/20/23).
[208] Mounjaro prescribing information, available at
https://dailymed.nlm.nih.gov/dailymed/drugInfo.cfm?setid=d2d7da5d-ad07-4228-955f-cf7e355c8cc0 (last visited on 8/24/23).

Disease, gastroparesis is not specifically mentioned.

223.    The Prescribing Information for Saxenda discloses warnings, precautions, and adverse reactions causally associated with Saxenda, but it does not disclose the risk of ileus and/or intestinal obstruction. Instead of properly disclosing gastrointestinal risks, it discloses delayed gastric emptying under the "Drug Interactions" heading and notes that Saxenda "[m]ay impact absorption of concomitantly administered oral medications." The Prescribing Information does not disclose ileus and/or intestinal obstruction as *risks* of taking Saxenda, nor does it disclose ileus and/or intestinal obstruction as a side effect or condition that can result as a consequence of taking Saxenda.[209]

224.    The Saxenda label lists, *inter alia*, nausea, vomiting, diarrhea, abdominal pain, and constipation as common adverse reactions reported in Saxenda patients but does not include ileus and/or intestinal obstruction, and their sequelae in its "Warnings and Precautions" section, and it does not indicate a severity of risk.[210] ileus and/or intestinal obstruction are not mentioned at all in the Warnings section.

225.    Similarly, Novo Nordisk's main promotional website for Saxenda (saxenda.com) includes a variety of information about the benefits of Saxenda relating to weight loss, as well as "Important Safety Information" – however, Defendants do not disclose the risk of ileus and/or intestinal obstruction, and their sequelae, within the "Important Safety Information" section or elsewhere on their promotional website.[211]

226.    The Prescribing Information for Victoza (the "label") discloses "Warnings and Precautions" and "Adverse Reactions" but does not adequately warn of the risk of gastroparesis

---

[209] Saxenda prescribing information, available at https://www.novo-pi.com/saxenda.pdf (visited on 11/20/23).
[210] Saxenda prescribing information, available at https://www.novo-pi.com/saxenda.pdf (visited on 11/20/23).
[211] *See* saxenda.com (visited on 11/20/23).

and the increased risk of severe gastrointestinal events.[212]

227.    The Victoza label lists nausea, diarrhea, vomiting, decreased appetite, dyspepsia, and constipation as common adverse reactions reported in Victoza patients, but it does not include these adverse reactions in its "Warnings and Precautions" section, nor does it warn that these adverse reactions are symptoms of more severe conditions, including gastroparesis and severe gastrointestinal events.[213]

228.    None of Defendants' additional advertising or promotional materials warned prescription providers or the general public of the risks of gastroparesis and its sequelae associated with GLP-1 RAs.

229.    Upon information and belief, Defendants knew or should have known of the causal association between the use of GLP-1 RAs and the risk of developing gastroparesis and its sequelae. Defendants' actual and constructive knowledge derived from their clinical studies, case reports, and the medical literature, including the medical literature and case reports referenced in this Complaint.

230.    Upon information and belief, Defendants ignored the causal association between the use of GLP-1 RAs and the risk of developing gastroparesis and its sequelae.

231.    Defendants' failure to disclose information that they possessed regarding the causal association between the use of GLP-1 RAs and the risk of developing gastroparesis and its sequelae, rendered the warnings for their GLP-1 RAs inadequate.

232.    On information and belief, as a result of Defendants' inadequate warnings, the medical community at large, and Plaintiff's prescribing physician in particular, were not aware that

---

[212] See https://www.novo-pi.com/victoza.pdf (last visited 1/15/25).
[213] See https://www.novo-pi.com/victoza.pdf (last visited 1/17/25).

Defendants' GLP-1 RAs can cause gastroparesis, nor were they aware that "common adverse reactions" listed on the label might be sequelae of gastroparesis.

233.    On information and belief, had Defendants adequately warned Plaintiff's prescribing physician that Defendants' GLP-1 RAs are causally associated with gastroparesis and its sequelae, then the physician's prescribing decision would have changed by not prescribing Defendants' GLP-1 RAs, or by monitoring Plaintiff's health for symptoms of gastroparesis and discontinuing Defendants' GLP-1 RAs when the symptoms first started.

234.    By reason of the foregoing acts and omissions, Plaintiff was caused to suffer from gastroparesis and its sequelae, which resulted in severe personal injuries, physical pain, and mental anguish, including diminished enjoyment of life, and fear of developing any of the above-named health consequences.

## 1.    The Sponsor of a Drug is Responsible for Ensuring the Safety of Its Drug and for Warning

235.    The Sponsor of a drug is responsible for the safety of its product.

236.    A drug company is responsible for alerting healthcare providers and patients of risks that are unknown or not well understood.

237.    The Institute of Medicine has stated that FDA's ability to oversee drug safety is limited, especially after approval of a drug.

238.    The Institute of Medicine wrote the following in a report entitled The Future of Drug Safety: Promoting and Protecting the Health of the Public: "The drug safety system is impaired by the following factors: serious resource constraints that weaken the quality and quantity of the science that is brought to bear on drug safety; an organizational culture in CDER (FDA Center for Drug Evaluation and Research) that is not optimally functional; and unclear and insufficient regulatory authorities particularly with respect to enforcement." The Report further

stated that "FDA, contrary to its public health mission, and the pharmaceutical industry, contrary to its responsibility to the users of its products (and its shareholders), do not consistently demonstrate accountability and transparency to the public by communicating safety concerns in a timely and effective fashion."

239.    The FDA has insufficient resources to monitor the 11,000 drugs on the market.

240.    Manufacturers have access to information about their drugs, especially in the post-approval phase as new risks emerge, that is superior to the access that FDA has.

241.    Uncommon risks, or those that appear as common conditions, develop after long periods of time, or have adverse impacts on special populations, may go undetected in clinical trials.

242.    If a drug company has reason to know the risks of a drug may result in adverse events, even if it develops that knowledge in the post-approval context, that company has a responsibility to investigate those risks and to provide necessary information healthcare providers.

243.    The following FDA standards govern a manufacturer's duty to warn: 21 C.F.R. § 201.57(c)(6): Warnings and precautions: "This section must describe clinically significant adverse reactions … the labeling must be revised to include a warning about a clinically significant hazard as soon as there is reasonable evidence of a causal association of a serious hazard with a drug; a causal relationship need not have been definitely established …"

244.    In addition, under 21 C.F.R. § 201.57(c)(6), the Warning and Precaution Section of prescription drug labels must "describe clinically significant adverse reactions (including any that are potentially fatal, are serious even if infrequent, or can be prevented or mitigated through appropriate use of the drug), other potential safety hazards …"

245.    It is a central premise of federal drug regulation that the manufacturer bears

responsibility for the content of its label at all times.

246.    A manufacturer is charged both with crafting an adequate label and with ensuring that its warnings remain adequate as long as the drug is on the market.

247.    According to industry guidance on warnings in labeling from the FDA in 2011, "The WARNINGS AND PRECAUTIONS section is intended to identify and describe a discrete set of adverse reactions and other potential safety hazards that are *serious* or are *otherwise clinically significant* because they have implications for prescribing decisions or for patient management."[214]

248.    FDA's Guidance also states, "Adverse reactions that do not meet the definition of a serious adverse reaction, but are otherwise clinically significant because they have implications for prescribing decisions or patient management, should also be included in the WARNINGS AND PRECAUTIONS section."[215]

249.    The medical literature discussing gastroparesis describes the distressing nature of the condition and its potential to profoundly limits a person's quality of life.[216]

## 2. Defendants' Marketing of GLP-1 RAs Was Intentionally Deceptive and Misleading and Lacked Fair Balance

250.    Defendants' extensive multifaceted advertising, marketing and promotion of GLP-1 RAs consistently highlighted and overstated the weight loss benefits of taking a GLP-1 RA while failing to disclose the risks identified with those drugs and concealing other information that would

---

[214] U.S. Dept. of Health & Human Services, Food & Drug Admin., *Guidance for Industry: Warnings and Precautions, Contraindications, and Boxed Warning Sections of Labeling for Human Prescription Drug and Biological Products – Content and Format* (Oct. 2011), at 5, available at https://www.fda.gov/files/drugs/published/Warnings-and-Precautions--Contraindications--and-Boxed-Warning-Sections-of-Labeling-for-Human-Prescription-Drug-and-Biological-Products-%E2%80%94-Content-and-Format.pdf.

[215] *Id.* at 6.

[216] *See generally, e.g.*, Lee et al, *Health-Related Social Needs in Patients With Gastroparesis: Relationships to Symptom Severity and Quality of Life*, 6 GASTRO. HEP. ADV. 48 (2023); Simons & Kline, *Scoping review: the social and emotional impacts of gastroparesis*, TRANSL. GASTROENTEROL. HEPATOL. (2024).

be material to Plaintiff and their physician in weighing the risks and benefits of taking a GLP-1 RA.

251.    Defendants did not disclose and/or minimized the risks of developing gastroparesis and its sequelae.

252.    In addition, Defendants intentionally omitted other facts that they knew to be true from their labels, physician communications, marketing, website, public statements, and other public facing communications. These documents omit facts that include: (1) the average person only loses a small percentage of their body weight while on a GLP-1 RA; (2) GLP-1 RAs are not effective for everyone; (3) patients gain the weight back when they stop taking the GLP-1 RA (*i.e.*, patients have to stay on the drug forever); (4) the weight loss achieved while on a GLP-1 RA is not a healthy weight loss; (5) when a patient regains the weight loss achieved while on a GLP-1 RA, they are typically less healthy than when they began the medication; and (6) many people stop taking a GLP-1 RA relatively quickly because of trouble tolerating the drugs. These facts are critical to the balancing of risks and benefits facing most patients.

### a. Average Weight Loss is Modest

253.    Studies show that the real number are much lower. Measured across the first 12 weeks of the drug, when most people are on the drug, the numbers are closer to 3.6% to 5.9% of body weight.[217] On July 8, 2024, a JAMA Internal Medicine article suggested that both Novo and Lilly overstated the weight loss benefits of their drug in advertisements. Over a year's time, those on tirzepatide (Mounjaro/Zepbound) lost an average of 15.3% of their body weight compared to 8.3% for semaglutide (Ozempic/Wegovy) users. Only 18% of those on semaglutide reported a

---

[217] *See* https://www.wegovy.com/aboutwegovy/why-wegovy.html for Novo Nordisk and https://zepbound.lilly.com/ for Lilly.

weight loss of at least 15% of their body weight after one year of treatment.[218] More importantly, Novo's claim that their drugs create lasting weight loss are also misleading: their own data shows that only 9.4% of patients on the highest dose available sustain weight loss over a four-year period.[219]

### b. Non-Responders

254.    Some research suggests that patients taking semaglutide (*i.e.*, Ozempic and Wegovy) "found about 14% of patients lost less than 5% of their body weight and one-third lost less than 10%" while a separate trial focused on tirzepatide (Mounjaro and Zepbound) "demonstrated similar results."[220] Notably, the article discussing the research states that "Wegovy and Zepbound have been approved by the FDA for weight loss, while Ozempic and Mounajro have been prescribed for that purpose in an off-label fashion."

### c. Patients Must Remain on the Drug to Sustain Weight Loss

255.    For those who lose weight, they typically need to stay on the drug forever to maintain the weight loss.[221] A Medscape article from March of 2024 explains that when "patients stop taking GLP-1s, they tend to regain most of that weight within a year, studies showed."[222]

256.    Novo has publicly recognized that most individuals will regain all the weight back

---

[218] Rodriguez et al., *Semaglutide vs Tirzepatide for Weight Loss in Adults With Overweight or Obesity*, 184(9) JAMA INTERN. MED. 1056–64 (2024), doi:10.1001/jamainternmed.2024.2525, available at https://jamanetwork.com/journals/jamainternalmedicine/fullarticle/2821080.
[219] Novo Nordisk, *Obesity care*, CMD24: Capital Markets Day (Mar. 7, 2024), available at https://www.novonordisk.com/content/dam/nncorp/global/en/investors/irmaterial/cmd/2024/P5-Obesity-Care.pdf.
[220] Carbajal, Erica, *Up to 15% of patients on weight loss drugs may be 'non-responders*, BECKER'S HOSPITAL REV. (April 1, 2024) available at https://www.beckershospitalreview.com/glp-1s/upto-15-of-patients-on-weight-loss- drugs-non-responders.html.
[221] M. Karth, *Is Semaglutide a Miracle Weight-Loss Drug?*, PSYCHOLOGY TODAY (Apr. 1, 2023), available at https://www.psychologytoday.com/ie/blog/the-neuroscience-of-eating-disorders/202303/ozempic-and-wegovy-is-semaglutide-a-miracle-weight.
[222] Julie Stewart, *Help Patients Prevent Weight Gain After Stopping GLP-1s*, MEDSCAPE MED. NEWS (Mar. 18, 2024), available at https://www.medscape.com/viewarticle/help-patients-prevent-weightgain-after-stopping-glp-1s-2024a10004z9?form=fpf.

within five years of stopping Ozempic or Wegovy.[223] A trial published by Novo showed that, after a year, participants had gained back two thirds of the weight lost after they stopped taking semaglutide.[224] Indeed, Novo has acknowledged that some individuals will regain even more weight after stopping Ozempic or Wegovy than they initially lost.[225]

257.    As noted by Novo's Martin Holst Lange: "once the majority of the weight loss is accrued, you don't go back and start to increase in weight *if you stay on the drug*."[226]

258.    Wegovy and Ozempic are often marketed as part of a "metabolic reset"[227] even though studies show that weight will be regained upon cessation and even though it has been widely recognized that GLP-1 RAs do not rewire "your neural networks to really define a new body weight setpoint."[228] Not only is it not a "reset," but some patients will actually regain even more weight after stopping the drug.[229]

259.    This was consistent with Lilly's sponsored SURMOUNT-4 study of tirzepatide, which showed that patients regained 14% of their body weight after switching from tirzepatide to a placebo.[230] On average, patients were able to maintain only about 10% of the weight they lost

---

[223] A. Constantino, *People taking obesity drugs Ozempic and Wegovy gain weight once they stop medication*, CNBC (Mar. 29, 2023), available at https://www.cnbc.com/2023/03/29/people-taking-obesity-drugs-ozempic-and-wegovy-gain-weight-once-they-stop-medication.html.

[224] Wilding et al., *Weight regain and cardiometabolic effects after withdrawal of semaglutide: The STEP 1 trial extension*, 24(8) DIABETES OBES METAB. 1553-64 (2022), doi:10.1111/dom.14725, available at https://dom-pubs.onlinelibrary.wiley.com/doi/10.1111/dom.14725.

[225] A. Constantino, *People taking obesity drugs Ozempic and Wegovy gain weight once they stop medication*, CNBC (Mar. 29, 2023), available at https://www.cnbc.com/2023/03/29/people-taking-obesity-drugs-ozempic-and-wegovy-gain-weight-once-they-stop-medication.html.

[226] K. Kindelan, *New study focuses on what happens if you stay on weight loss drug Wegovy for years*, ABC NEWS (May 20, 2024), available at https://abcnews.go.com/GMA/Wellness/new-study-focuses-stay-weight-loss-drug-wegovy/story?id=110401021 (emphasis added).

[227] Calibrate, *How long does it take to lose weight on Ozempic?* (Jun. 5, 2022), available at https://www.joincalibrate.com/resources/how-long-does-it-take-to-lose-weight-on-ozempic.

[228] A. Constantino, *People taking obesity drugs Ozempic and Wegovy gain weight once they stop medication*, CNBC (Mar. 29, 2023), available at https://www.cnbc.com/2023/03/29/people-taking-obesity-drugs-ozempic-and-wegovy-gain-weight-once-they-stop-medication.html.

[229] *Id.*

[230] Arone et al., *Continued Treatment With Tirzepatide for Maintenance of Weight Reduction in Adults With Obesity: the SURMOUNT-4 Randomized Clinical Trial*, 331 JAMA 38 (2023).

from the time they started taking tirzepatide.[231] Notably, the trend towards weigh regain was on clear upward trajectory at the study endpoint, suggesting patients who had ceased taking the drug would continue to regain weight over time.

260.     A meta-analysis of GLP-1 RA clinical trials found that "several GLP-1 RAs showed a gradual decline in effects on body weight throughout the long term intervention. In comparison to placebo, semaglutide resulted in a reduction of body weight from a mean difference of −3.28 kg (95% confidence interval −4.20 to −2.37) with medium term intervention to −2.75 kg (−4.60 to −0.89) with long term intervention. Liraglutide and dulaglutide also showed a similar trend."[232]

### d.  Not a Health Weight Loss

261.     Taking GLP-1s may actually result in patients being less healthy. Defendants fully understand that overall health is more than a number, whether that number is purely weight or BMI. Despite this, the focus of prescribing GLP-1 RAs for obesity is on a person's BMI and to the extent that BMI is less than 30, whether they also have a weight-related health condition (*i.e.*, cardiovascular disease, etc.).

262.     As previously noted, BMI is a simple calculation that includes only weight and height. This poses limitations for its usefulness on an individual basis, rather than a population basis. For example, Jalen Hurts, Quarterback of the Philadelphia Eagles, is 6 feet and 1 inch tall and weighs 223 pounds, putting his BMI at 29.4 and making him extremely overweight and borderline obese if considering BMI alone. However, this does not account for the fact that he is an elite athlete with a body fat percentage under 10 percent. Nonetheless, if he suffers additional

---

[231] *Id.* at 45.
[232] Yao, et al., *Comparative effectiveness of GLP-1 receptor agonists on glycaemic control, body weight, and lipid profile for type 2 diabetes: systematic review and network meta-analysis*, BMJ OPEN 8 (2023).

health condition or gains 5 pounds (or simply says he weighs 5 pounds more during a telehealth visit), he would qualify for one of the Defendants' weight loss drugs.

263.    Because of these obvious limitations of BMI, the AMA has urged doctors to deemphasize their use of BMI in determining healthy weights for patients.[233] On June 14, 2023, the AMA adopted a new policy clarifying how BMI should be used as a measure in medicine.[234] The AMA suggests that BMI be used in conjunction with other valid measures of risk such as, but not limited to, measurements of visceral fat, body adiposity index, body composition, relative fat mass, waist circumference and genetic/metabolic factors.[235]

264.    Weight loss as the sole indicator of health has also been rejected by many clinicians in favor of improvements in other health outcomes and the assess the whole health of an individual.[236] These clinicians have cautioned that "a lower body weight does not always mean a person is healthier."[237] In many instances, when someone loses weight, they lose fat (a good result), but also lose muscle mass (bad).

265.    It is recognized in the medical community that weight loss achieved by Ozempic and Wegovy is often a result of a significant loss of muscle mass.[238] As a result, individuals may be lighter than they were initially but have a higher percentage of body fat.[239]

---

[233] *Id.*

[234] AMA, *AMA adopts new policy clarifying role of BMI as a measure in medicine* (Jun. 14, 2023), available at https://www.ama-assn.org/press-center/press-releases/ama-adopts-new-policy-clarifying-role-bmi-measure- medicine.

[235] *Id.*

[236] Hagan & Nelson, *Are Current Guidelines Perpetuating Weight Stigma? A Weight-Skeptical Approach to the Care of Patients with Obesity*, 38(3) J. GEN. INTERN. MED. 793–8 (Sept. 2022), available at https://link.springer.com/content/pdf/10.1007/s11606-022-07821-w.pdf?pdf=button; *Why body mass index doesn't give the whole health picture*, UW Medicine Newsroom (Jun. 20, 2023), available at https://newsroom.uw.edu/video-library/why-body-mass-index-doesnt-give-the-whole-health-picture.

[237] C. Cassata, *Ozempic Can Cause Major Loss of Muscle Mass and Reduce Bone Density*, HEALTHLINE (May 2, 2023), available at https://www.healthline.com/health-news/ozempic-muscle-mass-loss.

[238] K. Sullivan, *Weight loss drugs can lead to muscle loss, too. Is that a bad thing?*, NBC News (May 20, 2023), available at https://www.nbcnews.com/health/health-news/weight-loss-drugs-muscle-loss-rcna84936.

[239] J. Margo, *The alarming twist when using Ozempic for weight loss*, THE AUSTRALIAN FINANCIAL REVIEW (Jul. 21, 2023), available at https://www.afr.com/policy/health-and-education/lighter-but-fatter-the-ozempic-

266.    To further exacerbate the problem, if patients stop taking a GLP-1 RA and regain weight, as discussed above, that weight gain is typically not adding muscle but instead adding fat. Therefore, the resulting "new you" is less healthy—weighing the same but having a higher percentage of body fat.

267.    The loss of too much muscle mass can lead to sarcopenia, a condition called being "skinny fat," in which the patient has decreased muscle mass, lessened bone density, and lower resting metabolic rate—all of which results in a loss of strength and functionality.[240]

268.    Lilly recognizes that much of the weight loss is actually healthy muscle tissue, but rather than warn consumers that most of the weight loss on tirzepatide will be muscle loss, Lilly has instead invested in developing combination drugs to combat the muscle loss.[241]

269.    Defendants did not warn about the dangers of the type of unhealthy weight loss occurring with GLP-1 RAs. Novo personnel refer to weight loss resulting from Wegovy as a "healthy" weight loss.[242] At the same time, Novo told investors: "Healthy weight loss is, I don't want to call it the next frontier. But it is certainly important … There is a risk if you do introduce very fast and dramatic weight loss you will lose almost 50-50 lean body mass and fat mass. So the tempered but consistent body weight loss could potentially be healthier than a very dramatic fast weight loss."[243] Novo also stated that reasonable preservation of lean body mass "has to be a focus area, and you will probably see [it] in our pipeline."[244]

---

paradox- 20230718-p5dp5w.
[240] C. Cassata, *Ozempic Can Cause Major Loss of Muscle Mass and Reduce Bone Density*, HEALTHLINE (May 2, 2023), available at https://www.healthline.com/health-news/ozempic-muscle-mass-loss.
[241] Dani Blum, *The Race Is On to Stop Ozempic Muscle Loss*, NEW YORK TIMES (Feb. 8, 2024), available at https://www.nytimes.com/2024/02/08/well/live/ozempic-muscle-loss-exercise.html.
[242] A. Pawlowski, *Is it safe to take the anti-obesity drug Wegovy long-term? Doctors weigh in*, TODAY (Jan. 25, 2023), available at https://www.today.com/health/diet-fitness/is-wegovy-safe-for-weight-loss-rcna67277.
[243] *See* 2022-11-03 Q3 Earnings Call.
[244] *Id.*

270.    Similarly for Lilly, it was a "big investor question around [the] muscle issue"[245] and Lilly knew that "the quality of weight loss" mattered.[246] Lilly recognized that there could be some patients who "could benefit from both weight loss and maybe more muscle," hence why Lilly was investing in further research on products that would prevent muscle loss.[247]

271.    Because Defendants do not warn of or disclose the type of weight loss occurring with GLP-1 RAs, patients do not factor that into their analysis of risks and benefits when considering taking a GLP-1 RA and are not aware that they should take specific steps to mitigate this muscle loss, like dietary changes and strength training.[248]

### e. Many Patients Do Not Stay on the Drugs Long Enough to See Benefits

272.    Approximately 58% of patients stop taking a GLP-1 RA within 12 weeks, and 30 percent stop in the first 4 weeks. In May of 2024, Blue Cross Blue Shield published "Real-World Trends in GLP-1 Treatment Persistence and Prescribing for Weight Management" noting these statistics.[249] This means that "[the] value [GLP-1 RA treatment] is not likely to be realized" in most patients.[250]

273.    This is perhaps caused by the fact that side effects are most likely to present themselves in the first 12 weeks of use as the dosage increases. Lilly itself has noted that the risks of the medicine are often seen within just 12 weeks of use as patients are escalating the dosage

---

[245] 20231128 Evercore ISI 6th Annual HealthCONx Conference.
[246] 2024430 Q1 2024 Earnings Call.
[247] 20231128 Evercore ISI 6th Annual HealthCONx Conference.
[248] J. Margo, *The alarming twist when using Ozempic for weight loss*, THE AUSTRALIAN FINANCIAL REVIEW (Jul. 21, 2023), available at https://www.afr.com/policy/health-and-education/lighter-but-fatter-the-ozempic-paradox- 20230718-p5dp5w.
[249] Blue Health Intelligence, *Real-World Trends in GLP-1 Treatment Persistence and Prescribing for Weight Management*, Issue Brief (May 2024), available at https://www.bcbs.com/media/pdf/BHI_Issue_Brief_GLP1_Trends.pdf.
[250] Gleason et al., *Real-world persistence and adherence to glucagon-like peptide-1 receptor agonists among obese commercially insured adults without diabetes*, 30 JMCP 2 (2024).

up.[251] Physicians also recognize that adverse events are also more likely to occur during dose escalation with Ozempic and Wegovy.[252]

274.    Neither Novo or Lilly warns or highlights that most people are unable to tolerate the drug and stay on it long enough for it to make a meaningful difference. These are clear indications that could impact a patient's decision to take a GLP-1 RA.

275.    Federal regulators have raised misleading promotional, marketing and advertising materials with Novo and Lilly (the OPDP's March 14, 2008 letter was previously discussed):

276.    On September 23, 2021, Health and Human Services ("HHS") issued a response letter to Novo regarding Wegovy's misleading statements and that fact that it was minimizing the risk of nausea.[253]

277.    In a June 1, 2015 letter to Lilly related to a proposed print advertisement, the OPDP remarked that Lilly "downplays the risk of nausea experienced in clinical trials."

278.    In the same 2015 letter, the OPDP said that the promotional materials "misleadingly" implied that Trulicity was indicated for weight-loss and that patients would see substantial loss in weight. While these promotional materials did contain some language in small print that Trulicity was "not indicated for weight loss," the OPDP found that the inclusion of such disclosures did not "mitigate the overwhelmingly powerful weight loss claims and presentations conveyed in the proposed detailed aid."

279.    A mere 3 months later, on September 16, 2014, the FDA wrote again, finding many

---

[251] D. Ovalle et al., *Patients grapple with side effects of popular weight-loss drugs*, THE WASHINGTON POST (Aug. 8, 2023), available at https://www.washingtonpost.com/health/2023/08/08/weight-loss-drugs-side-effects-wegovy- ozempic/.
[252] Braxton Medical Clinic, *Understanding the Side Effects of Semaglutide and Tirzepatide* (Jun. 2, 2024), available at https://www.braxtonmedicalclinic.com/post/understanding-the-side-effects-of-semaglutide-and-tirzepatide-a-comprehensive-guide-for-patients-of.
[253] OPDP Letter, Sept. 23, 2021 (Novo_GLP_MDL_WEG_NDA_000531088).

significant issues related to Trulicity marketing. In addition to repeated comments about minimization of risk and overstatement of efficacy, this time the OPDP noted that Lilly's marketing materials were broadening the patient population for Trulicity. Indeed, the OPDP wrote that Lilly's marketing was "misleading because they suggest that Trulicity is useful in a broader range of patients or conditions than has been demonstrated by substantial evidence." In a January 30, 2018 letter to Lilly, the OPDP repeated its concerns about the "Net impression" of the Trulicity marketing, specifically regarding the prominence and readability of the small print text in the ads, and referring to letters from 2015, 2016 and 2017 as to this point.

280.    A February 12, 2019 letter from OPDP to Lilly repeated the concern about the small print text at the bottom of the commercials.

281.    In a December 17, 2020 letter to Lilly, the OPDP found that Lilly was creating a "misleading impression" that Trulicity was indicated for "weight loss."

282.    Specifically, the OPDO found that Lilly was omitting information that patients were receiving additional medications during the trials which showed weight loss. The OPDO found that the "omission of this information undermines the ability of the viewer to understand and evaluate the efficacy claims presented in the proposed TV Ad."

## FIRST CAUSE OF ACTION
## (INADEQUATE WARNING)

283.    Plaintiff repeats, reiterates, and realleges each and every allegation of this Complaint contained in each of the foregoing paragraphs inclusive, with the same force and effect as if more fully set forth herein.

284.    West Virginia law imposes a duty on producers, manufacturers, distributors, lessors, and sellers of a product to exercise all reasonable care when producing, manufacturing,

distributing, leasing, and selling their products.

285.    At all times mentioned herein, Defendants designed, researched, manufactured, tested, advertised, promoted, marketed, sold and/or distributed the GLP-1 RAs that were used by Plaintiff.

286.    Defendants' GLP-1 RAs were expected to and did reach the usual consumers, handlers, and persons coming into contact with said products without substantial change in the condition in which it was produced, manufactured, sold, distributed, and marketed by Defendants.

287.    At all relevant times, and at the times Defendants' GLP-1 RAs left Defendants' control, Defendants knew or should have known that their GLP-1 RAs were unreasonably dangerous because they did not adequately warn of the risk of gastroparesis, ileus and/or intestinal obstruction, and their sequelae, especially when used in the form and manner as provided by Defendants.

288.    Despite the fact that Defendants knew or should have known that Defendants' GLP-1 RAs caused unreasonably dangerous injuries, Defendants continued to market, distribute, and/or sell Defendants' GLP-1 RAs to consumers, including Plaintiff, without adequate warnings.

289.    Despite the fact that Defendants knew or should have known that Defendants' GLP-1 RAs caused unreasonably dangerous injuries, Defendants continued to market GLP-1 RAs to prescribing physicians, including Plaintiff's prescribing physician(s), without adequate warnings.

290.    Defendants knew or should have known that consumers such as Plaintiff would foreseeably suffer injury as a result of their failure to provide adequate warnings, as set forth herein.

291.    At all relevant times, given their increased safety risks, Defendants' GLP-1 RAs were not fit for the ordinary purpose for which they were intended.

292.    At all relevant times, given their increased safety risks, Defendants' GLP-1 RAs did not meet the reasonable expectations of an ordinary consumer, particularly Plaintiff.

293.    Defendants had a duty to exercise reasonable care in the designing, researching, testing, manufacturing, marketing, supplying, promotion, advertising, packaging, sale, and/or distribution of their GLP-1 RAs into the stream of commerce, including a duty to assure that the product would not cause users to suffer unreasonable, dangerous injuries, such as gastroparesis, and its sequelae.

294.    At all relevant times, Plaintiff was using Defendants' GLP-1 RAs for the purposes and in a manner normally intended—namely, as an adjunct to diet and exercise to improve glycemic control in adults with type 2 diabetes mellitus.

295.    The GLP-1 RAs designed, researched, manufactured, tested, advertised, promoted, marketed, sold, and distributed by Defendants were defective due to inadequate warnings or instructions, as Defendants knew or should have known that the products created a risk of serious and dangerous injuries, including gastroparesis, and its sequelae, as well as other severe personal injuries, and Defendants failed to adequately warn of said risk.

296.    The GLP-1 RAs designed, researched, manufactured, tested, advertised, promoted, marketed, sold, and distributed by Defendants were defective due to inadequate post-marketing surveillance and/or warnings because, after Defendants knew or should have known of the risks of serious side effects, including gastroparesis, and its sequelae, as well as other severe health consequences from GLP-1 RAs, they failed to provide adequate warnings to users and/or prescribers of the products, and continued to improperly advertise, market and/or promote their products.

297.    The labels for Defendants' GLP-1 RAs were inadequate because they did not warn

and/or adequately warn of all possible adverse side effects causally associated with the use of GLP-1 RAs, including the increased risk of gastroparesis, and its sequelae.

298.     The labels for Defendants' GLP-1 RAs were inadequate because they did not warn and/or adequately warn that GLP-1 RA had not been sufficiently and/or adequately tested for safety risks, including gastroparesis, and its sequelae.

299.     The labels for Defendants' GLP-1 RAs were inadequate because they did not warn and/or adequately warn of all possible adverse side effects concerning the failure and/or malfunction of GLP-1 RA.

300.     The labels for Defendants' GLP-1 RAs were inadequate because they did not warn and/or adequately warn of the severity and duration of adverse effects, as the warnings given did not accurately reflect the symptoms or severity of the side effects.

301.     Communications made by Defendants to Plaintiff and Plaintiff's prescribing physician(s) were inadequate because Defendants failed to warn and/or adequately warn of all possible adverse side effects causally associated with the use of GLP-1 RAs, including the increased risk of gastroparesis, and its sequelae.

302.     Communications made by Defendants to Plaintiff and Plaintiff's prescribing physician(s) were inadequate because Defendants failed to warn and/or adequately warn that labels for Defendants' GLP-1 RAs had not been sufficiently and/or adequately tested for safety risks, including gastroparesis, and its sequelae.

303.     Plaintiff had no way to determine the truth behind the inadequacies of Defendants' warnings as identified herein, and Plaintiff's reliance upon Defendants' warnings was reasonable.

304.     Plaintiff's prescribing physician(s) had no way to determine the truth behind the inadequacies of Defendants' warnings as identified herein, and his/her/their reliance upon

Defendants' warnings was reasonable.

305.    Upon information and belief, had Plaintiff's prescribing physician(s) been warned of the increased risks of gastroparesis, and their sequelae, which are causally associated with Defendants' GLP-1 RAs, then the prescribing physician would not have prescribed Defendants' GLP-1 RAs and/or would have provided Plaintiff with adequate warnings regarding the dangers of Defendants' GLP-1 RAs so as to allow Plaintiff to make an informed decision regarding Plaintiff's use of Defendants' GLP-1 RAs.

306.    Upon information and belief, had Plaintiff's prescribing physician(s) been warned that Defendants' GLP-1 RAs had not been sufficiently and/or adequately tested for safety risks, including gastroparesis, and its sequelae, the prescribing physician would not have prescribed Defendants' GLP-1 RAs and/or would have provided Plaintiff with adequate warnings regarding the lack of sufficient and/or adequate testing of Defendants' GLP-1 RAs so as to allow Plaintiff to make an informed decision regarding Plaintiff's use of Defendants' GLP-1 RAs.

307.    If Plaintiff had been warned of the increased risks of gastroparesis, and its sequelae, which are causally associated with Defendants' GLP-1 RAs, then Plaintiff would not have used Defendants' GLP-1 RAs and/or suffered from gastroparesis, and its sequelae.

308.    If Plaintiff had been warned that Defendants' GLP-1 RAs had not been sufficiently and/or adequately tested for safety risks, including chronic nausea and vomiting, then Plaintiff would not have used Defendants' GLP-1 RAs and/or suffered chronic nausea and vomiting.

309.    If Plaintiff had been warned of the increased risks of gastroparesis, and its sequelae, which is causally associated with Defendants' GLP-1 RAs, then Plaintiff would have informed Plaintiff's prescribers that Plaintiff did not want to take Defendants' GLP-1 RAs.

310.    Upon information and belief, if Plaintiff had informed Plaintiff's prescribing

physician(s) that Plaintiff did not want to take Defendants' GLP-1 RAs due to the risks of gastroparesis, and its sequelae, or the lack of adequate testing for safety risks, then Plaintiff's prescribing physician(s) would not have prescribed Defendants' GLP-1 RAs.

311.    By reason of the foregoing, Defendants have become liable to Plaintiff for the designing, marketing, promoting, distribution and/or selling of an unreasonably dangerous product, GLP-1 RAs.

312.    Defendants designed, researched, manufactured, tested, advertised, promoted, marketed, sold, and distributed a defective product which created an unreasonable risk to the health of consumers and to Plaintiff in particular, and Defendants are therefore liable for the injuries sustained by Plaintiff.

313.    Defendants' inadequate warnings for their GLP-1 RAs were acts that amount to willful, wanton, and/or reckless conduct by Defendants.

314.    Said inadequate warnings for Defendants' drugs were a substantial factor in causing Plaintiff's injuries.

315.    As a result of the foregoing acts and omissions, Plaintiff was caused to suffer serious and dangerous injuries, including chronic nausea and vomiting, which resulted in other severe personal injuries, including physical pain, mental anguish, diminished enjoyment of life, and fear of developing any of the above-named health consequences.

316.    As a result of the foregoing acts and omissions Plaintiff did incur medical, health, incidental, and related expenses, and requires and/or will require more health care and services.

## SECOND CAUSE OF ACTION
## (BREACH OF EXPRESS WARRANTY)

317.    Plaintiff repeats, reiterates, and realleges each and every allegation of this

Complaint contained in each of the foregoing paragraphs inclusive, with the same force and effect as if more fully set forth herein.

318.    At all relevant times, Defendants expressly warranted to Plaintiff and Plaintiff's prescribing physician(s) that Defendants' GLP-1 RAs were safe as an adjunct to diet and exercise to improve glycemic control in adults with type 2 diabetes mellitus.

319.    The aforementioned express warranties were made to Plaintiff and Plaintiff's prescribing physician(s) by way of Defendants' GLP-1 RAs' labels, websites, advertisements, promotional materials, and through other statements.

320.    As a result of Defendants' express warranties, Plaintiff's prescribing physician(s) was induced to prescribe Defendants' GLP-1 RAs to Plaintiff, and Plaintiff was induced to use Defendants' GLP-1 RAs.

321.    At all relevant times, Defendants reasonably anticipated and expected that individuals, such as Plaintiff, would use and/or consume Defendants' GLP-1 RAs based upon their express warranties.

322.    At all relevant times, Defendants reasonably anticipated and expected that prescribing physicians, such as Plaintiff's prescribing physician(s), would recommend, prescribe and/or dispense Defendants' GLP-1 RAs based upon their express warranties.

323.    At all relevant times, Defendants knew or should have known that Defendants' GLP-1 RAs were unreasonably dangerous because of their increased risk of gastroparesis and its sequelae, especially when the drugs were used in the form and manner as provided by Defendants.

324.    At all relevant times, Defendants knew or should have known that Defendants' GLP-1 RAs had not been sufficiently and/or adequately tested for safety.

325.    The unreasonably dangerous characteristics of Defendants' GLP-1 RAs were

beyond that which would be contemplated by the ordinary user, such as Plaintiff, with the ordinary knowledge common to the public as to the drug's characteristics.

326. The unreasonably dangerous characteristics of Defendants' GLP-1 RAs were beyond that which would be contemplated by Plaintiff's prescribing physician(s), with the ordinary knowledge common to prescribing physicians as to the drug's characteristics.

327. At the time Defendants' GLP-1 RAs left Defendants' control, Defendants' GLP-1 RAs did not conform to Defendants' express warranties because Defendants' GLP-1 RAs were not safe to use as an adjunct to diet and exercise to improve glycemic control in adults with type 2 diabetes mellitus, in that they were causally associated with increased risks of gastroparesis and its sequelae.

328. The express warranties made by Defendants regarding the safety of Defendants' GLP-1 RAs were made with the intent to induce Plaintiff to use the product and/or Plaintiff's prescribing physician(s) to prescribe the products.

329. Defendants knew and/or should have known that by making the express warranties to Plaintiff and/or Plaintiff's prescribing physician(s), it would be the natural tendency of Plaintiff to use Defendants' GLP-1 RAs and/or the natural tendency of Plaintiff's prescribing physician(s) to prescribe Defendants' GLP-1 RAs.

330. Plaintiff and Plaintiff's prescribing physician(s), as well as members of the medical community, relied on the express warranties of Defendants identified herein.

331. Had Defendants not made these express warranties, Plaintiff would not have used Defendants' GLP-1 RAs and/or, upon information and belief, Plaintiff's prescribing physician(s) would not have prescribed Defendants' GLP-1 RAs.

332. Plaintiff's injuries and damages were directly caused by Defendants' breach of the

aforementioned express warranties.

333.    Plaintiff's injuries and damages arose from a reasonably anticipated use of the product by Plaintiff.

334.    Accordingly, Defendants are liable as a result of their breach of express warranties to Plaintiff.

335.    As a result of the foregoing breaches, Plaintiff was caused to suffer serious and dangerous injuries including chronic nausea and vomiting, as well as other severe and debilitating personal injuries, including physical pain, mental anguish, diminished enjoyment of life, and fear of developing any of the above-named health consequences.

336.    By reason of the foregoing, Plaintiff has been severely injured and will require more constant and continuous medical monitoring and treatment than prior to Plaintiff's use of Defendants' GLP-1 RAs drugs.

337.    As a result of the foregoing acts and omissions, Plaintiff requires and/or will require more health care and services and did incur medical, health, incidental, and related expenses.

**THIRD CAUSE OF ACTION**
**(BREACH OF IMPLIED WARRANTY OF MERCHANTABILITY)**

338.    Plaintiff repeats, reiterates, and realleges each and every allegation of this Complaint contained in each of the foregoing paragraphs inclusive, with the same force and effect as if more fully set forth herein.

339.    At all relevant times, Defendants designed, researched, manufactured, tested, advertised, promoted, marketed, sold, and distributed the GLP-1 RAs drugs used by Plaintiff.

340.    Defendants' GLP-1 RAs were expected to and did reach the usual consumers, handlers, and persons encountering said product without substantial change in the condition in

which they were produced, manufactured, sold, distributed, and marketed by the Defendants.

341. At all relevant times, Defendants impliedly warranted to Plaintiff, Plaintiff's prescribing physician(s), and the medical community that Defendants' GLP-1 RAs were of merchantable quality and safe and fit for their ordinary purpose.

342. At all relevant times, Defendants knew or should have known that Defendants' GLP-1 RAs were unreasonably dangerous because of their increased risk of gastroparesis and its sequelae, especially when the drugs were used in the form and manner as provided by Defendants.

343. At all relevant times, Defendants knew or should have known that Defendants' GLP-1 RAs had not been sufficiently and/or adequately tested for safety.

344. At the time Defendants' GLP-1 RAs left Defendants' control, Defendants' GLP-1 RAs did not conform to Defendants' implied warranty and was unfit for their ordinary purpose because Defendants failed to provide adequate warnings of the drugs' causal association with increased risk of gastroparesis and its sequelae.

345. At all relevant times, Defendants reasonably anticipated and expected that prescribing physicians, such as Plaintiff's prescribing physician(s), would recommend, prescribe and/or dispense Defendants' GLP-1 RAs for use by their patients to improve glycemic control in adults with type 2 diabetes, reduce cardiovascular risk, and/or to promote weight loss.

346. At all relevant times, Defendants reasonably anticipated and expected that individuals, such as Plaintiff, would use and/or consume Defendants' GLP-1 RAs for their ordinary purposes.

347. Despite the fact that Defendants knew or should have known that Defendants' GLP-RAs cause unreasonably dangerous injuries, such as gastroparesis and its sequelae, Defendants continued to market, distribute, and/or sell Defendants' GLP-1 RAs to consumers, including

Plaintiff, without adequate warnings.

348.     The unreasonably dangerous characteristics of Defendants' GLP-1 RAs were beyond that which would be contemplated by the ordinary user, such as Plaintiff, with the ordinary knowledge common to the public as to the drugs' characteristics.

349.     The unreasonably dangerous characteristics of Defendants' GLP-1 RAs were beyond that which would be contemplated by Plaintiff's prescribing physician(s), with the ordinary knowledge common to prescribing physicians as to the drugs' characteristics.

350.     Plaintiff reasonably relied on Defendants' implied warranties of merchantability relating to Defendants' GLP-1 RAs' safety and efficacy.

351.     Plaintiff reasonably relied upon the skill and judgment of Defendants as to whether Defendants' GLP-1 RAs were of merchantable quality and safe and fit for their intended uses.

352.     Upon information and belief Plaintiff's prescribing physician(s) relied on Defendants' implied warranties of merchantability and fitness for the ordinary use and purpose relating to Defendants' GLP-1 RAs.

353.     Upon information and belief Plaintiff's prescribing physician(s), reasonably relied upon the skill and judgment of Defendants as to whether Defendants' GLP-1 RAs were of merchantable quality and safe and fit for its intended use.

354.     Had Defendants not made these implied warranties, Plaintiff would not have used Defendants' GLP-1 RAs and/or, upon information and belief, Plaintiff's prescribing physician(s) would not have prescribed Defendants' GLP-1 RAs, and/or would have altered their prescribing practices and/or would have provided Plaintiff with adequate warnings regarding the dangers of Defendants' GLP-1 RAs to allow Plaintiff to make an informed decision regarding Plaintiff's use of Defendants' GLP-1 RAs.

355.    Defendants herein breached the aforesaid implied warranties of merchantability because the drug Defendants' GLP-1 RAs were not fit for its intended purposes.

356.    Defendants' breaches of implied warranties of merchantability were a substantial factor in causing Plaintiff's injuries.

357.    As a result of the foregoing breaches, Plaintiff was caused to suffer serious and dangerous injuries including chronic nausea and vomiting, which resulted in other severe and debilitating personal injuries, including physical pain, mental anguish, diminished enjoyment of life, and fear of developing any of the above-named health consequences.

358.    As a result of the foregoing acts and omissions the Plaintiff requires and/or will require more health care and services and did incur medical, health, incidental, and related expenses.

## FOURTH CAUSE OF ACTION
## (FRAUDULENT CONCEALMENT)

359.    Plaintiff repeats, reiterates, and realleges each and every allegation of this Complaint contained in each of the foregoing paragraphs inclusive, with the same force and effect as if more fully set forth herein.

360.    At all relevant times, Defendants designed, researched, manufactured, tested, advertised, promoted, marketed, sold, and distributed Defendants' GLP-1 RAs, which were used by Plaintiff as hereinabove described.

361.    At all relevant times, Defendants knew or should have known that Defendants' GLP-1 RAs had not been adequately and/or sufficiently tested for safety.

362.    At all relevant times, Defendants knew or should have known that Defendants' GLP-1 RAs were unreasonably dangerous because of the increased risk of gastroparesis and its

sequelae, especially when the drugs were used in the form and manner as provided by Defendants.

363.     Defendants had a duty to disclose material information about Defendants' GLP-RAs to Plaintiff and Plaintiff's prescribing physician(s), namely that Defendants' GLP-1 RAs is causally associated with increased risk of gastroparesis and its sequelae, because Defendants have superior knowledge of the drugs and their dangerous side effects, this material information is not readily available to Plaintiff or Plaintiff's prescribing physician(s) by reasonable inquiry, and Defendants knew or should have known that Plaintiff and Plaintiff's prescribing physician(s) would act on the basis of mistaken knowledge.

364.     Nonetheless, Defendants consciously and deliberately withheld and concealed from Plaintiff's prescribing physician(s), Plaintiff, the medical and healthcare community, and the general public this material information.

365.     Although the Defendants' GLP-1 RAs labels list nausea, vomiting, diarrhea, abdominal pain, and decreased appetite as common adverse reactions reported in Defendants' GLP-1 RAs patients, the risk of Severe Gastrointestinal Disease, gastroparesis is not specifically mentioned.

366.     Defendants' promotional websites for Defendants' GLP-1 RAs similarly do not disclose that Defendants' GLP-1 RAs are causally associated with increased risk of gastroparesis.

367.     Defendants' omissions and concealment of material facts were made purposefully, willfully, wantonly, and/or recklessly in order to mislead and induce medical and healthcare providers, such as Plaintiff's prescribing physician(s), and adult Type 2 diabetes patients, such as Plaintiff, to dispense, provide, prescribe, accept, purchase, and/or consume Defendants' GLP-1 RAs for treatment of Type 2 Diabetes and/or obesity.

368.     Defendants knew or should have known that Plaintiff's prescribing physician(s)

would prescribe, and Plaintiff would use Defendants' GLP-1 RAs without the awareness of the risks of serious side effects, including gastroparesis and its sequelae.

369.    Defendants knew that Plaintiff and Plaintiff's prescribing physicians (s) had no way to determine the truth behind Defendants' misrepresentations and concealments surrounding Defendants' GLP-1 RAs, as set forth herein.

370.    Upon information and belief, Plaintiffs prescribing physician(s) justifiably relied on Defendants' material misrepresentations, including the omissions contained therein, when making the decision to dispense, provide, and prescribe Defendants' GLP-1 RAs.

371.    Upon information and belief, had Plaintiff's prescribing physician(s) been warned of the increased risk of gastroparesis causally associated with Defendants' GLP-1 RAs, they would not have prescribed Defendants' GLP-1 RAs and/or would have provided Plaintiff with adequate information regarding the increased risk of gastroparesis causally associated with Defendants' GLP-1 RAs to allow Plaintiff to make an informed decision regarding Plaintiff's use of Defendants' GLP-1 RAs.

372.    Upon information and belief, had Plaintiff's prescribing physician(s) been told that Defendants' GLP-1 RAs had not been sufficiently and/or adequately tested for safety risks, including gastroparesis and its sequelae, they would not have prescribed Defendants' GLP-1 RAs and/or would have provided Plaintiff with adequate warnings regarding the lack of sufficient and/or adequate testing of Defendants' GLP-1 RAs to allow Plaintiff to make an informed decision regarding Plaintiff's use of Defendants' GLP-1 RAs.

373.    Plaintiff justifiably relied on Defendants' material misrepresentations, including the omissions contained therein, when making the decision to purchase and/or consume Defendants' GLP-1 RAs.

89

374.    Had Plaintiff been informed of the increased risks causally associated with Defendants' GLP-1 RAs, Plaintiff would not have used Defendants' GLP-1 RAs and/or suffered chronic nausea and vomiting.

375.    Defendants' fraudulent concealments were a substantial factor in causing Plaintiff's injuries.

376.    As a direct and proximate result of the above stated omissions as described herein, Plaintiff was caused to suffer serious and dangerous injuries including chronic nausea and vomiting, which resulted in other severe and debilitating personal injuries, including physical pain, mental anguish, diminished enjoyment of life, and fear of developing any of the above-named health consequences.

377.    As a result of the foregoing acts and omissions the Plaintiff requires and/or will require more health care and services and did incur medical, health, incidental, and related expenses.

**FIFTH CAUSE OF ACTION**
**(FRAUDULENT MISREPRESENTATION)**

378.    Plaintiff repeats, reiterates, and realleges each and every allegation of this Complaint contained in each of the foregoing paragraphs inclusive, with the same force and effect as if more fully set forth herein.

379.    At all relevant times, Defendants designed, researched, manufactured, tested, advertised, promoted, marketed, sold, and distributed the GLP-1 RAs which were used by Plaintiff as hereinabove described.

380.    At all relevant times, Defendants knew or should have known that Defendants' GLP-1 RAs had not been adequately and/or sufficiently tested for safety.

381.    At all relevant times, Defendants knew or should have known of the serious side effects of Defendants' GLP-1 RAs, including gastroparesis and its sequelae.

382.    At all relevant times, Defendants knew or should have known that Defendants' GLP-1 RAs were not safe to improve glycemic control in adults with Type 2 diabetes, reduce cardiovascular risk in patients with Type 2 diabetes, or promote weight loss, given their increased risk of gastroparesis.

383.    Nonetheless, Defendants made material misrepresentations to Plaintiff, Plaintiff's prescribing physician(s), the medical and healthcare community at large, and the general public regarding the safety and/or efficacy of Defendants' GLP-1 RAs.

384.    Defendants represented affirmatively and by omission on television advertisements and on the labels of Defendants' GLP-1 RAs that Defendants' GLP-1 RAs were a safe and effective drug for treatment of adults with Type 2 diabetes and/or obesity, despite being aware of increased risks of gastroparesis and its sequelae causally associated with using Defendants' GLP-1 RAs.

385.    Defendants were aware or should have been aware that its representations were false or misleading and knew that it was concealing and/or omitting material information from Plaintiff, Plaintiff's prescribing physician(s), the medical and healthcare community, and the general public.

386.    Defendants' misrepresentations of material facts were made purposefully, willfully, wantonly, and/or recklessly in order to mislead and induce medical and healthcare providers, such as Plaintiff's prescribing physician(s), and adult Type 2 diabetes patients, such as Plaintiff, to dispense, provide, prescribe, accept, purchase, and/or consume Defendants' GLP-1 RAs for treatment of Type 2 Diabetes and/or obesity.

91

387.    Upon information and belief, Plaintiff's prescribing physician(s) had no way to determine the truth behind Defendants' false and/or misleading statements, concealments and omissions surrounding Defendants' GLP-1 RAs, and reasonably relied on false and/or misleading facts and information disseminated by Defendants, which included Defendants' omissions of material facts in which Plaintiff's prescribing physician(s) had no way to know were omitted.

388.    Upon information and belief, Plaintiff's prescribing physician(s) justifiably relied on Defendants' material misrepresentations, including the omissions contained therein, when making the decision to prescribe Defendants' GLP-1 RAs to Plaintiff.

389.    Upon information and belief, had Plaintiff's prescribing physician(s) been informed of the increased risk of gastroparesis causally associated with Defendants' GLP-1 RAs, Plaintiff's prescribing physician(s) would not have prescribed Defendants' GLP-1 RAs and/or would have provided Plaintiff with adequate information regarding safety of Defendants' GLP-1 RAs to allow Plaintiff to make an informed decision regarding Plaintiff's use of Defendants' GLP-1 RAs.

390.    Upon information and belief, had Plaintiff's prescribing physician(s) been told that Defendants' GLP-1 RAs had not been sufficiently and/or adequately tested for safety risks, including gastroparesis and its sequelae, they would not have prescribed Defendants' GLP-1 RAs and/or would have provided Plaintiff with adequate warnings regarding the lack of sufficient and/or adequate testing of Defendants' GLP-1 RAs so that Plaintiff can make an informed decision regarding Plaintiff's use of Defendants' GLP-1 RAs.

391.    Plaintiff had no way to determine the truth behind Defendants' false and/or misleading statements, concealments and omissions surrounding Defendants' GLP-1 RAs, and reasonably relied on false and/or misleading facts and information disseminated by Defendants, which included Defendants' omissions of material facts in which Plaintiff had no way to know

were omitted.

392.    Plaintiff justifiably relied on Defendants' material misrepresentations, including the omissions contained therein, when making the decision to accept, purchase and/or consume Defendants' GLP-1 RAs.

393.    Had Plaintiff been told of the increased risk of chronic nausea and vomiting causally associated with Defendants' GLP-1 RAs, Plaintiff would not have used Defendants' GLP-RAs and/or suffered chronic nausea and vomiting.

394.    Had Plaintiff been told of the lack of sufficient and/or appropriate testing of Defendants' GLP-1 RAs for safety risks, including chronic nausea and vomiting, Plaintiff would not have used Defendants' GLP-1 RAs and/or suffered chronic nausea and vomiting.

395.    As a direct and proximate result of the above stated false representations and/or omissions as described herein, Plaintiff was caused to suffer serious and dangerous injuries including chronic nausea and vomiting, which resulted in other severe and debilitating personal injuries, including physical pain, mental anguish, diminished enjoyment of life, and fear of developing any of the above-named health consequences.

396.    As a result of the foregoing acts and omissions the Plaintiff requires and/or will require more health care and services and did incur medical, health, incidental, and related expenses.

## SIXTH CAUSE OF ACTION
## (NEGLIGENT MISREPRESENTATION-AGAINST ALL DEFENDANTS)

397.    Plaintiff repeats, reiterates, and realleges each and every allegation of this Complaint contained in each of the foregoing paragraphs inclusive, with the same force and effect

as if more fully set forth herein.

398.    At all relevant times, Defendants designed, researched, manufactured, tested, advertised, promoted, marketed, sold, and distributed GLP-1 RAs, which was used by Plaintiff as hereinabove described.

399.    At all relevant times, Defendants knew or should have known that GLP-1 RAs had not been adequately and/or sufficiently tested for safety.

400.    At all relevant times, Defendants knew or should have known of the serious side effects of GLP-1 RAs, including gastroparesis, and its sequelae.

401.    Defendants had a duty to disclose material information about GLP-1 RAs to Plaintiff and Plaintiff's prescribing physician(s) that GLP-1 RAs is causally associated with increased risk of gastroparesis, and its sequelae, because Defendants held a special expertise with respect to GLP-1 RAs, Plaintiff, as a user of GLP-1 RAs, had a special relationship of trust with Defendants, and Defendants knew that their statements regarding the risks causally associated with GLP-1 RAs would be relied on by GLP-1 RAs users.

402.    At all relevant times, Defendants knew or should have known of the serious side effects of GLP-1 RAs, including gastroparesis, and its sequelae.

403.    Nonetheless, Defendants made material misrepresentations and omissions and/or concealments to Plaintiff, Plaintiff's prescribing physician[s], the medical and healthcare community at large, and the general public regarding the safety and/or efficacy of GLP-1 RAs.

404.    Defendants represented affirmatively and by omission on television advertisements and on the label of GLP-1 RAs that GLP-1 RAs was a safe and effective drug for treatment of adults with Type 2 diabetes and/or obesity, despite being aware of the increased risks of gastroparesis, ileus and/or intestinal obstruction, and their sequelae causally associated with using

GLP-1 RAs.

405.    Defendants were aware or should have been aware that their representations were false or misleading and/or knew that Defendants were concealing and/or omitting material information from Plaintiff, Plaintiff's prescribing physician[s], the medical and healthcare community, and the general public.

406.    Defendants knew that Plaintiff and Plaintiff's prescribing physicians (s) had no way to determine the truth behind Defendants' misrepresentations and concealments surrounding GLP-1 RAs, as set forth herein.

407.    Upon information and belief that Plaintiff's prescribing physician(s) justifiably relied on Defendants' material misrepresentations, including the omissions contained therein, when making the decision to prescribe GLP-1 RAs to Plaintiff.

408.    Upon information and belief, had Plaintiff's prescribing physician(s) been warned of the increased risk of gastroparesis, and its sequelae causally associated with GLP-1 RAs, they would not have prescribed GLP-1 RAs and/or would have provided Plaintiff with adequate information regarding safety of GLP-1 RAs so as to allow Plaintiff to make an informed decision regarding Plaintiff's use of GLP-1 RAs.

409.    Upon information and belief, had Plaintiff's prescribing physician(s) been told that GLP-1 RAs had not been sufficiently and/or adequately tested for safety risks, including gastroparesis, and its sequelae, they would not have prescribed GLP-1 RAs and/or would have provided Plaintiff with adequate warnings regarding the lack of sufficient and/or adequate testing of GLP-1 RAs so that Plaintiff can make an informed decision regarding Plaintiff's use of GLP-RAs.

410.    Plaintiff reasonably relied on the false and/or misleading facts and information

disseminated by Defendants, which included Defendants' omissions of material facts in which Plaintiff had no way to know were omitted.

411.    Had Plaintiff been told of the increased risk of chronic nausea and vomiting causally associated with GLP-1 RAs, Plaintiff would not have used GLP-1 RAs and/or suffered chronic nausea and vomiting.

412.    Defendants' misrepresentations and omissions of material facts amount to willful, wanton, and/or reckless conduct.

413.    As a direct and proximate result of the above stated false representations and/or omissions as described herein, Plaintiff was caused to suffer serious and dangerous injuries including chronic nausea and vomiting, which resulted in other severe personal injuries, physical pain, and mental anguish, including diminished enjoyment of life, and fear of developing any of the above-named health consequences.

414.    As a result of the foregoing acts and omissions the Plaintiff requires and/or will require more health care and services and did incur medical, health, incidental, and related expenses.

### SEVENTH CAUSE OF ACTION
### (VIOLATION OF PENNSYLVANIA UNFAIR TRADE PRACTICES AND CONSUMER PROTECTION LAW 73 P.S. SECT. 201-1)

415.    Plaintiff repeats, reiterates, and realleges each and every allegation of this Complaint contained in each of the foregoing paragraphs inclusive, with the same force and effect as if more fully set forth herein.

416.    Defendants financed, assisted, supported and participated in the promotion and use of GLP-1 RAs in order to create a demand for the drugs.

417.    Defendants deliberately and/or negligently misrepresented the safety of GLP-1

RAs and concealed the risks attendant to use of the drugs. Through its misrepresentations, Defendants' conduct had the tendency or capacity to deceive and affected the decisions of consumers and their healthcare providers to purchase, prescribe and use GLP-1 RAs, and to exclude the options of not using a drug product for treatment.

418.    Defendants, while engaged in the conduct and practices identified above, committed one or more violations of state laws related to unfair or deceptive acts or practices, including, but not limited to, the following:

    a.  Causing likelihood of confusion or of misunderstanding as to the source, sponsorship, approval or certification of GLP-1 RAs;

    b.  Representing that GLP-1 RAs had sponsorship, approval, characteristics, ingredients, uses, benefits or quantities that they do not have;

    c.  Representing that Defendants' authors, key opinion leaders, consultants, and speakers do not have a sponsorship, approval, status, affiliation or connection that they do have;

    d.  Representing that GLP-1 RAs are of a particular standard, quality or grade; and

    e.  Engaging in other fraudulent or deceptive conduct which creates likelihood of confusion or of misunderstanding, as alleged in this Complaint.

419.    Plaintiff has suffered injuries and damages as a direct and proximate result of Defendants' statements in the advertising and promotional activities to Plaintiff and Plaintiffs' medical providers, as described above.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff demands judgment against Defendants on each of the above referenced claims and Causes of Action and as follows:

420.    Awarding compensatory damages to Plaintiff for past and future damages, including but not limited to pain and suffering for severe personal injuries sustained by Plaintiff, health care costs, medical monitoring, together with interest and costs as provided by law;

421.    Punitive and/or exemplary damages for the wanton, willful, fraudulent, reckless acts of Defendants, who demonstrated a complete disregard and reckless indifference for the safety and welfare of the general public and to Plaintiff in an amount sufficient to punish Defendants and deter future similar conduct;

422.    Awarding Plaintiff the costs of these proceedings; and

423.    Such other and further relief as this Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands trial by jury as to all issues.


Dated: August 1, 2025                              RESPECTFULLY SUBMITTED,

                                                   */s/ Melissa Ephron*
                                                   Melissa Ephron
                                                   Lisa Lee
                                                   **The Joel Bieber Firm**
                                                   6806 Paragon Place
                                                   Richmond, VA 23230
                                                   Phone: (804) 358-2200
                                                   Fax: (804) 358-2262
                                                   mephron@joelbieber.com
                                                   llee@joelbieber.com

                                                   Melissa Fry Hague
                                                   **The Joel Bieber Firm**
                                                   Two Liberty Place
                                                   50 South 16th Street, Suite 1700
                                                   Philadelphia, PA 19102
                                                   mhague@joelbieber.com

*Counsel for Plaintiff*